CASE NO. _____08 cv 3131_____

ATTACHMENT NO. _2_____

EXHIBIT _B part 3_____

TAB (DESCRIPTION) _____

1    her.  But I didn't like stare at her.  I just

2    hucked and took off.

3        Q.    So while you were being attacked by the

4    gentleman Miss Coleman was still there brandishing

5    the knife?

6        A.    Yes.

7        Q.    All right.  And while you were engaged in

8    taking the stick away from the gentleman,

9    Miss Coleman did not attempt to stab you?

10       A.    I don't know if she did or not.

11       Q.    Okay.  She certainly never made contact

12   between the knife and your body?

13       A.    No.

14       Q.    Okay.  You managed to get the stick away,

15   and you hit the man.  Where did you hit him?

16       A.    I don't know where I hit him at.  I hit

17   him and he went down.

18       Q.    When you say he went down, did he fall

19   down completely or did he just go down on his hands

20   and knees?  How did he go down?

21       A.    I hit him and then he fell back and he

22   fell down.

23       Q.    Was he unconscious?

24       A.    No.

                                                      158

1      Q.    So he was just on the ground, but he was

2    still conscious?

3      A.    Yes.

4      Q.    Was he saying anything?

5      A.    I don't recall.

6      Q.    And after he goes down, you then take the

7    stick; and you threw it at Miss Coleman?

8      A.    Yes.

9      Q.    Did you hit her?

10     A.    I don't know if it hit her or not.

11     Q.    At any time did you make physical contact

12   with Miss Coleman?

13     A.    No.

14     Q.    Okay.  When I say any time, I mean --

15   well, let me ask it this way.

16           From the time that you first started

17   walking southbound on Michigan Avenue to the time

18   that you threw the stick at Miss Coleman, did you

19   make any physical contact with her?

20     A.    Never bumped in, never touched her at all.

21     Q.    Okay.  What did she say when you threw the

22   stick at her?

23     A.    I don't -- I don't recall.

24     Q.    Approximately how long did this entire

                                                    159

1    encounter take?  And I mean from the time that you

2    stopped outside the Diamond building to the time

3    that you threw the stick at Miss Coleman, about how

4    much time passed?

5        A.   35 -- not even a minute.

6        Q.   Okay.  So less than a minute?

7        A.   Yes.

8        Q.   Okay.  More than half a minute?

9        A.   35 seconds, sure.

10       Q.   And during that whole time that you're

11   stopped outside the Diamond building with

12   Miss Coleman, the shorter woman and the man, you

13   never once yelled for help, true?

14       A.   No, because you can't depend on people to

15   help you.

16       Q.   I'm sorry.  That was a poorly phrased

17   question.

18            No, it's not true, or no, you never called

19   for help during that time?

20       A.   No, I never called for help.

21       Q.   Okay.  And no one came up to the area

22   where you were standing with Miss Coleman and this

23   man and offered to help?

24       A.   No one offered to help.

                                                  160

1     Q.   Okay.  And you didn't scream anything at

2  all?

3     A.   No.

4     Q.   Okay.  And you actually stayed in front of

5  the Diamond building until the point where you had

6  the opportunity to take the stick away from the man

7  and throw it sat Miss Coleman?

8     A.   Yes.

9     Q.   And was it right after throwing the stick

10  at Miss Coleman that you decided to run?

11     A.   Yes.

12     Q.   All right.  Now, let me ask you this.

13          While you were standing out in front of

14  the Diamond building with Miss Coleman, this other

15  woman and this gentleman, do you have any idea if

16  there were any Metra police officers in the

17  vicinity?

18     A.   No.

19     Q.   Do you have any idea if there were any

20  Chicago police officers in the vicinity?

21     A.   No.

22     Q.   Okay.  When you decided to run, what

23  direction were you going to run?

24     A.   Down Randolph, westbound down Randolph.

161

1    Q.    You were going to continue towards the

2    Clark and Lake CTA stop?

3    A.    Yes, but my main objective was to get out

4    of there, just get out.

5    Q.    Okay.  Now, when you threw the stick at

6    Miss Coleman, did you see what happened to the

7    knife?

8    A.    No.

9    Q.    Okay.

10   A.    I didn't even look.  I just hucked it, and

11   I took off running.  So I don't know what happened.

12   Q.    Okay.  You say you hucked it, this stick

13   was about 4 feet long?

14   A.    It broke in half when I hit him, and I had

15   the other part in my hand.

16   Q.    Okay.  So when you hit the gentleman, the

17   stick actually broke in half.  Did half of it fall

18   to the ground?

19   A.    Yes.

20   Q.    And the other half you kept in your hand?

21   A.    Yes.

22   Q.    Your right hand?

23   A.    Yes.

24   Q.    All right.  And you threw that half at

162

1    Miss Coleman?

2        A.    Yes.

3        Q.    And then you turned around to face

4    southbound?

5        A.    Yes.

6        Q.    Okay.  And then you began running?

7        A.    Uh-huh.

8        Q.    Yes?

9        A.    Yes.

10       Q.    When you turned to begin running, did you

11   see any Metra police officers?

12       A.    No, ma'am.

13       Q.    Did you see any kind of officer?

14       A.    No, ma'am.

15       Q.    Did you see anyone in uniform?

16       A.    No, ma'am.

17       Q.    Now, in this Paragraph 11 where it says,

18   nevertheless, Deborah Coleman stood her ground and

19   continued to attempt to harm and rob Matthew, did

20   she at all say anything else other than just the

21   swearing at you from the time she approached you

22   with the knife?

23       A.    You're going to get stabbed, mother

24   fucker, that's what she said.

                                                    163

1    Q.    But other than you're going to get

2    stabbed, mother fucker, she said nothing else other

3    than that and swearing at you?

4    A.    No.

5    Q.    And you never said a word during this

6    entire encounter with Miss Coleman, this man and

7    the short woman?

8    A.    No.

9    Q.    Okay.  All right.  So you turn and face

10   southbound.  You were going to run down west

11   Randolph.  Is that what you started to do?

12   A.    Yes.

13   Q.    All right.  You started to run down

14   Randolph; and while you were running, did you see

15   anyone in uniform?

16   A.    No.

17   Q.    Did you hear anyone shouting behind you

18   anything like help or someone's got a knife or

19   anything like that?

20   A.    No, I didn't hear any of that.

21   Q.    All right.  Now, I want to look at

22   Paragraph 13 on Line 3.  It stays, despite the fact

23   that Matthew who had fallen to the pavement at

24   Garland Court and Randolph Street was obviously the

                                              164

1  victim of an attack by an unkempt and disheveled

2  "homeless person", Defendant Kimble initiated an

3  unprovoked attack upon Matthew.

4       Did I read that correctly?

5  A.  Yes.

6  Q.  Where's Garland Court?

7  A.  Right behind -- the street west of

8  Michigan.

9  Q.  It's the first street west of Michigan; is

10  that accurate?

11  A.  Yes.

12  Q.  Okay.  And on that corner at Garland and

13  Randolph, is the Cultural Center there?

14  A.  I don't -- I don't know.

15  Q.  What other kind of buildings are in that

16  area?

17  A.  I don't recall.

18  Q.  Had you been in that area before?

19  A.  Never walked down Garland Court before.

20  Q.  Okay.  Had you walked by Garland Court

21  before?

22  A.  Yes.

23  Q.  So the street, you knew was there; you

24  just didn't necessarily know what the name of it

165

1    was?

2        A.    Yes.

3        Q.    All right.  You learned the name of it

4    after this incident?

5        A.    Yes.

6        Q.    All right.  Which side of the street did

7    you fall down on?  Were you on the north side of

8    Randolph or the south side of Randolph?

9        A.    The question you asked me about did I

10   encounter any police, you asked that on Michigan

11   Avenue, right?

12       Q.    Correct?

13       A.    I encountered -- when I was turning, you

14   know how I told you there was a good amount of

15   space from the Diamond building to Michigan Avenue,

16   well, I was -- I turned -- I was running down

17   Michigan Avenue southbound, and then I turned west

18   across that area.

19            As I was turning west I look to my left,

20   and I'm getting swung on by one of those long Billy

21   clubs.  And that's -- then I noticed I was getting

22   attacked by someone who I later found out was a

23   Metra police officer.

24       Q.    Let back up a second so I have it

166

1    straight.

2           First of all, this distance I guess

3    between the Diamond building and the corner, that

4    would allow you if you were going to run west to

5    kind of run in a diagonal to reach Randolph?

6       A.   Yes.

7       Q.   And so when you turned away from

8    Miss Coleman and these two other unknown persons,

9    you started to run south on Michigan Avenue and

10   then wanted to cut across that diagonal so that you

11   had kind of a shorter distance to reach Randolph?

12      A.   Yes.

13      Q.   Okay.  And so you initially started to run

14   southbound on Michigan Avenue, is that accurate?

15      A.   Yes.

16      Q.   All right.  As you were running southbound

17   on Michigan Avenue before you turned to cut on that

18   diagonal towards Randolph, before you did that, did

19   you see anyone in uniform?

20      A.   No.

21      Q.   All right.  You reached the section

22   outside the Diamond building where you can turn and

23   run on a diagonal towards Randolph?

24      A.   Yes.

                                                    167

1    Q.   Okay.  At that point when you turn to run

2    on that diagonal, you would have been running kind

3    of southwest; is that accurate?

4    A.   Yes.

5    Q.   All right.  And when you began running

6    southwest did you see anyone in uniform at that

7    point in time?

8    A.   Right when I got there, yes, yes.

9    Q.   Okay.  And you said you looked to your

10   left?

11   A.   Yes.

12   Q.   Okay.  To your left you saw a person?

13   A.   Yes.

14   Q.   All right.  When you looked to your left,

15   how far from you was this person?

16   A.   Not even 5 feet.

17   Q.   All right.  And you were running at the

18   time?

19   A.   Yes.

20   Q.   All right.  Do you know where this person

21   came from?

22   A.   No.

23   Q.   Okay.  And was this person close to -- was

24   this person actually on the corner of Randolph and

168

1    Michigan or close to the Diamond building?  Where

2    at?

3         A.   I don't know where he came from.

4         Q.   You don't know where he came from; you

5    don't know when he arrived in the area?

6         A.   No.

7         Q.   You don't know what this person actually

8    saw?

9         A.   Correct.

10        Q.   And this person -- is this the person you

11   later learned was Officer Dion Kimble?

12        A.   Yes.

13        Q.   Okay.  And when you turned to the left and

14   you saw this person, were you at all able to see

15   where Miss Coleman was?

16        A.   No.

17        Q.   Do you have any idea if he she stayed

18   where you left her and this other woman and this

19   man?

20        A.   Yes.

21        Q.   Yes, they stayed there?

22        A.   No.  I know where they were.

23        Q.   Okay.  And were they still in the location

24   where you left them to turn and run when you

                                              169

1    encountered --

2        A.   I don't know where they were at the time,

3    but later on the question you asked I will answer

4    where she was.

5        Q.   So you turned to cut across the diagonal,

6    and that's when you first see this other person.

7            When you saw this person he was about

8    5 feet away from you?

9        A.   Yes.

10       Q.   Was that person in uniform?

11       A.   Yes.

12       Q.   When were you first able to tell that that

13   person was in uniform?

14       A.   Say I looked and I was getting swung on,

15   and I was freaking out.  I kept running, and then I

16   realized that it was not a Chicago cop.  I didn't

17   know who it was.  I just knew they were in uniform,

18   and they had a billy club.

19       Q.   A Billy club, is that the same thing as a

20   baton?

21       A.   Yes, yes.

22       Q.   But what I want to know is -- I understand

23   that when you first turned you saw this person

24   you're getting swung on.

                                                    170

1          When did you first realize this person was

2     in a uniform?

3          A.    After I was getting swung on, I noticed it

4     was someone in a uniform.

5          Q.    Okay.  And when you say that you turned,

6     you were getting swung on.  So when you initially

7     started to run on that diagonal and you looked to

8     your left, was it simultaneous that you saw this

9     person and you were getting hit with this Billy

10    club?

11         A.    Yeah.  As soon as I started running, I

12    turned westbound; and I was, you know, running.

13    And then I looked, and it was like it all like

14    that.  It happened all quick, and I was getting

15    swung on.

16         Q.    All right.  So did you actually get hit

17    with the Billy club prior to ever falling down at

18    Garland Court?

19         A.    No.

20         Q.    So what do you mean you were getting swung

21    on.  Were you still running --

22         A.    Yes.

23         Q.    Let me finish my question.

24              Were you still running when you initially

                                                      171

1    looked to your left and saw this person who you

2    later learned was Officer Kimble?

3       A.   Yes.

4       Q.   All right.  And when you first were

5    running and looked to your left, you were still on

6    your feet?

7       A.   Yes.

8       Q.   All right.  And while you were on your

9    feet and you first saw this person, you observed

10   this person had a Billy club, a baton?

11      A.   Yes.

12      Q.   All right.  And you were still running at

13   that point?

14      A.   Yes.

15      Q.   All right.  Had you reached Randolph when

16   you first observed this baton?

17      A.   Yes.  I was -- I had already turned on --

18   I just got on there.  Right when I turned on there,

19   it happened like that.

20      Q.   Okay.  And did you observe this person who

21   you later learned was Officer Kimble actually swing

22   the Billy club at you?

23      A.   Yes.

24      Q.   Did you hear him shout or say anything

172

1    before he swung that?

2        A.    No.

3        Q.    At any time from the time you initially

4    left Deborah Coleman to the time where you first

5    saw this Billy club being swung at you, did you

6    hear anything to the effect of stop, police,

7    anything of that nature?

8        A.    No.

9        Q.    All right.  So you said this Billy club

10   was being swing at you.  How many times while you

11   were running was this Billy club swung at you?

12       A.    Five times.

13       Q.    Did the Billy club make any contact with

14   you while you were running?

15       A.    No.

16       Q.    So while you were running and the Billy

17   club was being swung at you, but before you fell to

18   the ground, did you have an opportunity to observe

19   that the person swinging the Billy club was in

20   uniform?

21       A.    Yes.

22       Q.    All right.  And what about the uniform did

23   you observe?

24       A.    It was Navy blue or black, and he had a

                                                         173

1    bullet proof vest on.

2        Q.    Did you notice a badge?

3        A.    No.

4        Q.    Okay.  Now, you previously said, well, it

5    wasn't the Chicago police.  Was there something

6    about this gentleman you encountered who was

7    swinging the Billy club that led you to believe he

8    was an officer of some sort?

9        A.    Yes.

10       Q.    All right.  And you reached that

11   conclusion at some point while you were running,

12   but before you fell down at Garland Court?

13       A.    Yes.

14       Q.    Okay.  Do you have any idea why the

15   officer was swinging the Billy club at you?

16       A.    I believe he was -- he observed

17   Miss Coleman and two others, and he was kind of

18   like helping them I believed.

19       Q.    Okay.  You believed.  Let me ask you this.

20       A.    Yes.

21       Q.    Because you previously said you didn't

22   know where he was or what he saw, so why do you

23   believe that what he saw was Miss Coleman and this

24   gentleman and this other woman attacking you; and

                                                    174

1    he was just joining in with them?

2        A.   Because it happened so quickly, I got

3    attacked by three -- three black people all like

4    that.  And then as I was running I was getting

5    attacked by another black person.  I thought they

6    were all coming at me for some reason.

7        Q.   Now, is it fair to say that for all you

8    know this officer saw you throw the stick and

9    thought you were attacking Miss Coleman?

10       MR. FITZSIMMONS:  Objection.  It calls for him

11   to speculate.  If he can answer that, fine.  If he

12   can only answer with speculation, I'd advise him

13   not to answer.

14       THE WITNESS:  I cannot answer.

15   BY MS. MAYHEW:

16       Q.   Okay.  Because you have no idea what he

17   actually saw or thought, true?

18       A.   I have no idea what he saw.

19       Q.   And you have no idea what he thought based

20   on what he saw?

21       A.   Yes.

22       Q.   Now, Paragraph 13 talks about you falling

23   to the pavement at Garland Court.  Was there any

24   contact between -- I'm sorry.  I asked that

                                                    175

1    already.  Strike that.

2         When you fell at Garland Court were you on

3    the north side of Randolph or the south side of

4    Randolph?

5         A.   It was on -- I had cut across Randolph and

6    was on Garland Court, and it was on the west side

7    of Garland Court.

8         Q.   All right.  So you had actually through

9    running that diagonal had reached the southwest

10   corner of Garland and Randolph?

11        A.   Yes.

12        Q.   Okay.  And is that where you fell?

13        A.   In the middle of the Garland Court, a

14   flower bed was where I was taken down, yes.

15        Q.   You say taken down?

16        A.   Thrown down.

17        Q.   Let me ask my question, okay?

18        You say taken down.  The complaint says

19   that you fell to the pavement at Garland Court.

20        Now, did you -- what actually caused you

21   to fall to the pavement at Garland Court?

22        A.   I lost a shoe.

23        Q.   Where did you lose the shoe?

24        A.   Somewhere on Garland Court.

176

1    Q.   How did the shoe come off?

2    A.   I had my shoes untied.

3    Q.   Why did you have your shoes untied?

4    A.   I tie them now, but it was comfortable at

5   the time.  It was not like I had the laces hanging

6   out.  They were inside my shoe.

7    Q.   Okay.  So they weren't so long that you

8   actually tripped on a shoelace and that caused you

9   to fall?

10    A.   No, I did not trip on the shoelace at you

11   will.

12    Q.   Did you take off your shoe and throw it at

13   Officer Kimble?

14    A.   No.

15    Q.   Did you actually see at any time where

16   your shoe was?

17    A.   No.

18    Q.   Was it actually losing the shoe that

19   caused you to fall?

20    A.   I never fell.  I couldn't run anymore, and

21   then I got grabbed and thrown down.

22    Q.   Okay.  So when you fell to the ground at

23   Garland Court, the pavement at Garland Court as

24   it's indicated in the complaint, you were actually

177

1   thrown onto the ground by Officer Kimble?

2       A.   It was not the ground.  It's a flower bed.

3       Q.   This flower bed, this flower bed has some

4   sort of fencing around it?

5       A.   I do not recall.

6       Q.   Okay.  Was there anything sharp or metal

7   outlining the flower bed on August 30, 2007, that

8   you made contact with when you were coming to the

9   ground?

10      A.   No.

11      Q.   Okay.  Did you at all attempt to enter any

12  buildings on Garland Court before you were thrown

13  to the ground?

14      A.   No.

15      Q.   All right.  So Officer Kimble physically

16  got his hands on you while you were -- well, strike

17  that.  Let me ask you this.

18           At some point Officer Kimble physically

19  got his hands on you before you were thrown to the

20  pavement at Garland Court?

21      A.   I wasn't thrown to the pavement.  I was

22  thrown into the flower bed.

23      Q.   So where it says pavement at Garland Court

24  in the complaint, that's incorrect?

178

1      A.   That's the way it was written.  Same

2   thing, I was thrown in a flower bed.

3      Q.   All right.  Now, did officer -- strike

4   that.

5           Had you stopped running by the time

6   Officer Kimble made physical contact with you?

7      A.   Yes.

8      Q.   All right.  Where did you actually stop

9   running?

10     A.   The middle of Garland Court there.

11     Q.   All right.  You stopped running, and then

12  Officer Kimble put his hands on your person?

13     A.   On?

14     Q.   On you, physically on you?

15     A.   Yes.

16     Q.   And then he threw you into this flower

17  bed?

18     A.   Yes.

19     Q.   You never attempted to get into this

20  building that's right next to the flower bed on

21  Garland Court?

22     A.   No.

23     Q.   All right.  And from the time that you

24  first saw him to the time he made physical contact

                                                    179

1   with you, you never heard Officer Kimble shout,

2   stop?

3       A.   Towards the end when I got -- yeah, he

4   started yelling stop.  But at first he didn't yell

5   anything.  He just came swinging at me.

6       Q.   Okay.  So at some point you heard him

7   yell, stop.  When you heard him yell, stop, did he

8   say anything about being police?

9       A.   No.

10      Q.   By the time he yelled, stop, had you

11  already determined he was some form of police?

12      A.   Yes.

13      Q.   All right.  So you continued to run from

14  the police?

15      A.   I didn't think he was the police.  I

16  didn't believe he was the police.

17      Q.   Why not?

18      A.   Because police I know wear the light blue

19  shirts.

20      Q.   Okay.  So it was because Officer Kimble

21  was in a dark blue or a black shirt that you did

22  not believe he was police?

23      A.   Yes.

24      Q.   All right.  Now, when you first observed

                                                  180

1    Officer Kimble and you saw that he was in uniform,

2    you said you saw he had a bullet proof vest on?

3        A.    Yes.

4        Q.    Okay.  Did he have a gun?

5        A.    I did not observe.

6        Q.    Have you ever known anyone who's not

7    police to be carrying these what you call Billy

8    club?

9        A.    I do not recall.

10       Q.    Do you know if there are any requirements

11   or any certificates required in order to actually

12   carry one of those?  You may not know, do you know?

13       MR. FITZSIMMONS:  I would object to the form of

14   the question.  It requires him to have specialized

15   knowledge, specialized training.

16   BY MS. MAYHEW:

17       Q.    Do you know?

18       A.    I don't have the knowledge.

19       Q.    Has your dad ever said anything about what

20   officers are allowed to carry those?

21       A.    No, ma'am.

22       Q.    All right.  Now, in the complaint it

23   indicates that you were obviously the victim of an

24   attack.  You previously indicated that neither the

                                                    181

1    stick nor the knife made any contact with you; is

2    that accurate?

3        A.    Yes.

4        Q.    All right.  So what was it about you that

5    indicated you were obviously the victim of an

6    attack?

7        A.    What indicated to me that I was the victim

8    of an attack?

9        Q.    Let me ask it this way.

10           What was it about you that would make it

11   obvious to someone else that you had been the

12   victim of an attack by the time Officer Kimble

13   reached you?

14       A.    I don't understand the question.

15       Q.    Okay.  Well, take a look at I think it's

16   Paragraph 13 on Page 3.  It talks about how you

17   fell to the pavement which we covered was actually

18   a flower bed; but despite the fact that Matthew who

19   had fallen to the pavement at Garland Court and

20   Randolph Street was obviously the victim of an

21   attack by an unkempt and disheveled homeless

22   person, Defendant Kimble initiated unprovoked

23   attack upon Matthew.

24           When this says that Matthew was obviously

                                                    182

1    the victim of an attack by an unkempt, disheveled

2    homeless person, in terms of how you appeared to

3    other people, was there anything about you that

4    indicated you had actually been attacked before

5    Officer Kimble reached you?

6        MR. FITZSIMMONS:  Object to the question.  It

7    calls for him to speculate the mindset of other

8    people.  You can answer if you want to.

9        THE WITNESS:  I cannot answer.

10   BY MS. MAYHEW:

11      Q.   Okay.  And I just want to be clear.

12        When you began running from Miss Coleman,

13   you did not have any cuts or scrapes?

14      A.   Yes, I didn't have any.

15      Q.   Okay.  You were not bleeding, were you?

16      A.   Correct.

17      Q.   All right.  And you were able to stand on

18   your own two feet?

19      A.   Correct.

20      Q.   You were able to run?

21      A.   Correct.

22      Q.   Okay.  And since you hadn't been hit by

23   the stick, you didn't have any bruises or welts?

24      A.   Correct.

                                        183

1     Q.   All right.  Your shoe came off, you

2   stopped midway down Garland Court; and is that when

3   Officer Kimble reached you?

4     A.   Yes.

5     Q.   Did he still have the Billy club at the

6   time?

7     A.   Yes.

8     Q.   All right.  And did he swing the Billy

9   club at you?

10    A.   Yeah.  He put me down, and when he was on

11  top of me, he swung at me and hit me.

12    Q.   So just so I understand the sequence of

13  events, he put you down onto the flower bed before

14  he actually made contact with you and the baton?

15    A.   Yes.  He grabbed me and threw me down,

16  then he hit me.

17    Q.   How many hands did he grab you with?

18    A.   One.

19    Q.   Where did he grab you?

20    A.   Up on the neck and like gave me one of

21  those, threw me down.

22    Q.   Did he actually grab you on the neck or

23  did he grab your clothes?  Was it a combination?

24    A.   Combination, he just threw me down, you

184

1 know.

2  Q. Was there anyone walking by on Garland

3 Court at the time this occurred?

4  A. I don't recall.

5  Q. Do you know if anyone witnessed what

6 occurred between you and Officer Kimble on Garland

7 Court?

8  A. I don't recall. There was people there.

9 I don't recall if anyone -- I don't know anyone.

10  Q. So there may have been passersby who may

11 have seen, but you don't know who any of those

12 people may have been?

13  A. Yes.

14  Q. All right. So Officer Kimble grabbed you

15 by the neck and pushed you down to the flower bed.

16 Was that face first?

17  A. Yes.

18  Q. All right. Did you land in the flower bed

19 face first? Did you land on your side? Did you

20 land on your back?

21  A. Face first.

22  Q. Okay. And were you completely on your

23 stomach?

24  A. Yes.

                185

1    Q.   All right.  Your legs were straight so

2    that your thighs were actually touching the ground?

3    A.   Yes.

4    Q.   All right.  And were you attempting to get

5    up at that time?

6    A.   I couldn't go anywhere.  Right when he

7    threw me down is when he took the, you know, got

8    his knee on me; and my arm was -- I was laying on

9    this, and I couldn't get my arm out.  He hit me

10   repeatedly times, and then he told me, stop

11   wrestling.  And I was not wrestling.  He was on top

12   of me, and my arm was -- I couldn't get my arm out

13   because he was on top of me, and there was no way

14   to get my arm out.  So I wasn't even moving, and he

15   finally cuffed me.

16   Q.   I want to describe this because you did

17   some gestures, and we need to describe this for the

18   record.

19        You indicated that when Officer Kimble

20   grabbed you by the neck, threw you down face first

21   into the flower bed, you landed such that your

22   right arm was underneath your body?

23   A.   Yes.

24   Q.   All right.  What was your left arm doing?

186

1    A.    It was just up in the air.  Just normal,
2    you know, in the air.
3    Q.    And while you were laying on the ground in
4    the flower bed with your right arm under your body,
5    Officer Kimble put his knee on the back of you?
6    A.    Yes.  Right between my, you know, on my
7    neck.
8    Q.    When Officer Kimble had his knee on your
9    neck while you were lying face down on the flower
10   bed with your right arm under you, you heard him
11   say, stop wrestling?
12   A.    No.  He hit me first and then he said it.
13   Q.    Okay.
14   A.    I wasn't moving.  I couldn't do anything.
15   So he believed that I was, you know, trying to get
16   him from cuffing me because I was on, you know --
17   he couldn't get my other arm because I was on top,
18   and he finally got it.
19   Q.    Is it fair to say that the first time
20   Officer Kimble struck you with the baton was once
21   you were already face down laying on your right arm
22   in the flower bed?
23   A.    Yes.
24   Q.    All right.  So he had his knee on the back
187

1    of your head or your neck, shoulder blades, holding

2    you down.  He struck you with the baton and then he

3    said, stop wrestling?

4        A.   Yes.

5        Q.   How many times did he strike you with the

6    baton before he said, stop wrestling?

7        A.   About ten times.

8        Q.   Do you know what hand he had his baton in?

9        A.   No.  My face was down the whole time.

10       Q.   Did you see at all what hand his baton was

11   in when you were running away?

12       A.   No.

13       Q.   Did he have a gun?

14       A.   I don't recall.

15       Q.   All right.  When he struck you with the

16   baton, where did he strike you?

17       A.   My whole right side.

18       Q.   All right.  You were lying on your

19   stomach, so your right side was actually free or

20   available?

21       A.   It was -- yes.  It was the most prone part

22   to do something to.

23       Q.   Okay.  When you were struck on your right

24   side, what part of your right side?  Was it the

                                            188

1    side of your stomach, closer to your hip, your

2    thigh?

3        A.    From my chest down to my thighs, yes.

4        Q.    Okay.  So Officer Kimble struck you

5    according to the complaint nine or ten times from

6    your chest down to your right thigh?

7        A.    Yes.

8        Q.    And he struck you each time just on the

9    right side of the body?

10       A.    Yes.

11       Q.    Okay.  Did he ever strike you anywhere

12   other than your chest down to your right thigh?

13       A.    Repeat it again.

14       Q.    Did he ever strike you anywhere other than

15   the area that was from your chest down to your

16   right thigh?

17       A.    Yes.

18       Q.    Where else did he strike you?

19       A.    He punched me in the face.  This was

20   after, though.  You're probably going to get to

21   that later.

22       Q.    Well, let me ask this.

23             In terms of the baton, did Officer Kimble

24   strike you with the baton anywhere other than from

                                                    189

1  your chest down to your right thigh?

2      A.  No.

3      Q.  Okay.  And again looking at Paragraph 14

4  of the complaint, it says, Kimble struck Matthew

5  with an expandable metal baton repeatedly nine or

6  ten times while Matthew lay motionless and

7  defenseless of the public way.  Did I read that

8  accurately?

9      A.  Yes.

10     Q.  And again it wasn't the pavement, it was

11 the flower bed?

12     A.  Yes.

13     Q.  And nine or ten times, how do you know it

14 was nine or ten times?

15     A.  I felt it.  I kept getting hit.  It had to

16 be around ten times.

17     Q.  So you're just estimating.  You didn't

18 actually count?

19     A.  It was not five times.  It was a good

20 amount of times.

21     Q.  All right.  And then you didn't attempt to

22 struggle or attempt to get away the entire time you

23 were in the flower bed?

24     A.  I couldn't go anywhere.  That was it.

                                                    190

1      Q.    Do you know if by just by being thrown

2  down to the flower bed you ended up with any

3  bruising from that particular motion?

4      A.    No.

5      Q.    No, you don't know?

6      A.    I landed fairly softly.

7      Q.    Looking at Paragraph 15, Kimble then

8  handcuffed Matthew, dragged him to his feet in a

9  painful and humiliating manner and walked him

10  towards the Metra offices, approaching

11  Defendant Collins who was nearby.  Collins stated

12  to Matthew, "so you like hitting black people," and

13  then immediately struck Matthew in the face with

14  his hand.

15          Did I read that correctly?

16      A.    Yes.

17      Q.    All right.  So officer Collins was still

18  by himself at the time that he handcuffed you?

19  Strike that.

20      A.    Back to the question before, when I mean

21  fairly softly, I landed on the soil, like flower

22  bed soil.  It wasn't like I landed on the cement.

23  That's what I mean by landed softly.  I did get

24  thrown down, though.

191

1      Q.   Let me ask you this.

2           At the time you were handcuffed was

3    Officer Kimble still the only officer in the area?

4      A.   Yes.

5      Q.   And when you say dragged you painfully up

6    to your feet, how did he drag you up onto your

7    feet?

8      A.   Grabbed me by the cuffs and the back of

9    the neck and just grabbed me up.

10     Q.   You say it was in a humiliating manner.

11   What was humiliating about it?

12     A.   I mean, it was not like, all right, get

13   up, you know, because I could have got up by myself

14   most likely; but to him he had control and just

15   grabbed me up.  That's humiliating.

16     Q.   Do you have any idea if that's police

17   procedure to actually physically lift the arrestee

18   up onto their feet?

19     A.   No, I do not.

20     Q.   So you don't know if actually according to

21   police procedure he could have allowed you to get

22   up on your own?

23     MR. FITZSIMMONS:  Objection.  He's already said

24   he doesn't know what the police procedure is.  I'm

                                              192

```
 1    going to direct him not to answer that question.

 2    BY MS. MAYHEW:

 3         Q.   Is it fair to say you're not familiar with

 4    any police procedure?

 5         A.   Yes.

 6         Q.   Okay.  So he pulls you up to your feet.

 7    You say it was humiliating.

 8              How many people were in the area?

 9         A.   Miss Coleman and two others, they showed

10    up, and there was people in cars, too.

11         Q.   Did Miss Coleman and the two others show

12    up while you were still on Garland Court?

13         A.   When he cuffed me, I got up, they were

14    there.  I don't know how long they were there.

15    They were there, though.

16         Q.   Once ended up back on your feet, you were

17    able to observe that Miss Coleman, the short

18    unknown woman and this other unknown man were in

19    the vicinity?

20         A.   Yes.

21         Q.   All right.  Did you hear them say anything

22    at all while Officer Kimble was putting handcuffs

23    on you?

24         A.   I was cuffed, and then I just heard like,
```

193

1    that's that mother fucker.  And that's -- just a

2    bunch of swear words and, you know, that I was the

3    one that attacked them and everything.

4        Q.    Who actually said, that's that mother

5    fucker?  Was that Miss Coleman, the man or the

6    unknown woman?

7        A.    I don't know who said it.  I just heard

8    it.

9        Q.    And you said, like you were the one who

10    attacked them.  What was said that made it sound

11    like you were the one who attacked them?

12        A.    That's that mother fucker.

13        Q.    Okay.  So it's not like you heard

14    Miss Coleman or the man actually say, this guy

15    attacked us.  It was just the swearing?

16        A.    Yeah.

17        Q.    All right.  And then Officer Kimble took

18    you towards the entrance to Millenium Station?

19        A.    Yes.

20        Q.    Now, this Paragraph 15 references

21    Sergeant Collins.  When were you first aware of

22    Sergeant Collins?

23        A.    When Officer Kimble was walking -- taking

24    me eastbound down Randolph before the entrance

194

1     there, a male, black, wearing a white shirt came

2     approaching us.  That's when I observed him.

3       Q.   All right.  The male, black, wearing a

4     white shirt, did he have a badge on?

5       A.   Yes.

6       Q.   All right.  So you recognized the badge as

7     some sort of security or law enforcement?

8       A.   Yes.

9       Q.   All right.  He approached you, and did he

10    immediately say, so you like hitting black people?

11      A.   Well, the first thing he said -- he said,

12    so you like hitting up on black women.  Later on in

13    the station he said the black people.

14      Q.   All right.  So you're walking towards --

15    you're being taken towards the Millenium Station

16    with your hands handcuffed behind your back?

17      A.   Yes.

18      Q.   You see an African American man in a white

19    shirt with a badge approach?

20      A.   Yes.

21      Q.   He's later identified as Sergeant Collins?

22      A.   Yes.

23      Q.   And the first thing Sergeant Collins says

24    when he approaches you is, so you like hitting up

                                                       195

1    on black women?

2        A.    The first thing he said to me was that,

3    yes, and he struck me.

4        Q.    Do you know when Sergeant Collins actually

5    arrived in the vicinity of Randolph and Michigan

6    Avenue?

7        A.    No.

8        Q.    All right.  Do you know why he would think

9    you had hit a black woman?

10    MR. FITZSIMMONS:  Objection.  It calls for him

11    to speculate into the mind of another person.  I'm

12    going to direct him not to answer the question.

13    BY MS. MAYHEW:

14        Q.    Do you understand the question?

15        A.    Yes, and I will not answer.

16        Q.    Okay.  Did you hear anyone tell

17    Sergeant Collins that you had hit a black woman?

18        A.    Miss Coleman and the two others were

19    following, so I assumed they told -- he knew.  He

20    knew what happened.  I don't know how he knew,

21    though, because why else would he hit me.

22        Q.    You just said he knew what happened?

23        A.    Yes.

24        Q.    What do you mean he knew what happened.

196

1   In terms of what portion?

2     A.   He knew that Officer Kimble had pursued of

3   me and that whatever Kimble radioed or if anything

4   happened, if Kimble called anything in, said

5   something happened, an incident happened, he knew

6   something because when I was walking he was coming,

7   and he looked pissed about something.

8     Q.   Did you hear Officer Kimble radio anything

9   in?

10     A.   No.

11     Q.   You never attacked a black woman?

12     A.   I didn't attack anyone.

13     Q.   You never hit a black woman?

14     A.   No.

15     Q.   You never heard Miss Coleman tell

16   Sergeant Collins that -- let me finish my question.

17         You never heard Miss Coleman tell

18   Sergeant Collins that you hit her while you were up

19   in the Garland/Randolph area?

20     A.   By attack do you mean I initialized the

21   attack or I was attacked and then I attacked, is

22   that what you mean?

23     Q.   Did you ever hear Miss Coleman say

24   anything to Sergeant Collins that would suggest you

197

1    either hit her or attempted to hit her at any time?

2        A.    No, but she was yelling the whole time

3    about me.

4        Q.    What was she yelling?

5        A.    That I attacked them on the street.

6        Q.    Okay.  Was the man saying anything?

7        A.    I don't recall.

8        Q.    So while you were being taken towards

9    Millenium Station by Officer Collins and you were

10   being approached by -- strike that.

11            While you were being taken towards

12   Millenium Station by Officer Kimble, you were

13   approached by Sergeant Collins; and Miss Coleman

14   was shouting that you had attacked them?

15       A.    Yes, the three.

16       Q.    I'm sorry.  I didn't mean to interrupt.

17            Them is Miss Coleman, the gentleman and

18   the unknown woman she's with?

19       A.    Yes.

20       Q.    All right.  And was it after Miss Coleman

21   shouted that that Sergeant Collins made his

22   statement to you, so you like hitting up on black

23   women?

24       A.    I don't know.  I don't recall.

                                              198

1    Q.    You said that Sergeant Collins then hit

2    you in the face after he remarked, so you like

3    hitting up on black women?

4    A.    Yes.

5    Q.    What hand did he hit you with?

6    A.    I do not know.

7    Q.    Was it a closed fist or open palm?

8    A.    Closed fist.

9    Q.    What side of the face did he hit you on?

10    A.    I don't recall.

11    Q.    Was it actually on the side of the face or

12    was it full on straight into the --

13    A.    Full on straight.

14    Q.    Did it hit your nose?

15    A.    I don't recall.

16    Q.    Did it hit your mouth?

17    A.    May have.  He hit me in the face, I

18    mean . . .

19    Q.    Were you bleeding after Sergeant Collins

20    hit you in the face?

21    A.    I don't recall.

22    Q.    And then Paragraph 16 says, both Kimble

23    and Collins then dragged Matthew down a set of

24    stairs to Metra offices causing Matthew's wrist to

199

1    be injured.  First let me ask you this.

2             The handcuffs when they were put on you,

3    did they hurt?

4        A.    Yes.

5        Q.    They were tight?

6        A.    Yes.

7        Q.    Were you moving your hands at all while

8    they were handcuffed?

9        A.    You could barely move.  It was as tight as

10   you could make it to fit around my wrist.

11       Q.    They were metal handcuffs?

12       A.    Yes.

13       Q.    Okay.  Now, it says that Kimble and

14   Collins dragged you down a set of stairs.

15            Officer Kimble still had his hands on you

16   from when he picked you up at Garland Court; is

17   that accurate?

18       A.    Yes.

19       Q.    Was he on one side or the other?

20       A.    They were both on -- I don't know what

21   side he was on; but Collins was on the other one,

22   and Kimble was on the other one.  They were taking

23   me down the stairs.

24       Q.    Okay.  Where did Officer Kimble -- where

                                                    200

1   was he holding you when he was walking you down the

2   stairs?

3       A.   Probably my left hand or right hand.   I

4   don't know what side he was on.

5       Q.   I guess I mean was he holding your arm?

6   Was he holding your wrist?

7       A.   He was grabbing my arm, you know, just

8   dragging me.   I was walking, but I guess I wasn't

9   walk fast enough.   He was dragging me.   They were

10  dragging me.

11      Q.   What happened to your shoe?   Were you

12  still only wearing one shoe at this point?

13      A.   One shoe I had on.

14      Q.   And when Officer Kimble dragged you up

15  after he handcuffed you, did you see where the shoe

16  that you lost or that came off was?

17      A.   No.

18      Q.   Did you ask anybody to look for your shoe?

19      A.   No.

20      Q.   Did you ever get that shoe back?

21      A.   No.

22      Q.   So you were being taken down to Millenium

23  Station.   Officer Kimble was on one side;

24  Sergeant Collins was on the other, true?

                                                    201

1    A.   Yes.

2    Q.   And you had to walk downstairs at

3  Millenium Station?

4    A.   Yes.

5    Q.   All right.  You said dragged.  Were you

6  actually able to put your feet down on each stair

7  as you went down?

8    A.   At the beginning, yes.  At the end, no.

9    Q.   Okay.  How many stairs approximately, you

10  know, quarter of the way, half way, third of the

11  way did you get down before you were no longer able

12  to put your feet on the stairs?

13    A.   Not even halfway.

14    Q.   Okay.  And did either Sergeant Collins or

15  Officer Kimble say anything to you that indicated

16  they weren't going to let you put your feet on the

17  stairs?

18    A.   No, they didn't say anything.

19    Q.   They just started to walk ahead of you

20  while pulling you kind of behind them?

21    A.   No.  They were on the side of me.  They

22  weren't in front of me.  They were kind of on the

23  side, but dragging.

24    Q.   Okay.  Did your toes hit the stairs?

202

1    A.   Yes.  I had one shoe on, yes.

2    Q.   All right.  So you got to Millenium

3  Station, and then they had to walk you, you know,

4  past all these, I don't know, kind of restaurants

5  and businesses and things; is that right?

6    A.   I don't recall if the station is before or

7  after that.

8    Q.   Meaning you don't remember if the station

9  was remodeled to include all these things before

10  this incident of August 30, 2007?

11    A.   Yes.

12    Q.   All right.

13    MR. FITZSIMMONS:  Why don't we take a break

14  right here.

15    MS. MAYHEW:  Sure.

16               (Whereupon, a short break was

17               taken.)

18  BY MS. MAYHEW:

19    Q.   All right.  You're in handcuffs.

20  Officer Collins on one side -- Sergeant Collins on

21  one side.  Officer Kimble on the other.  They are

22  taking you through Millenium Station?

23    A.   Yes.

24    Q.   While they are taking you through

203

1    Millenium Station towards what would be the Metra

2    police offices, do you know where Deborah Coleman

3    was?

4        A.   She was following them.

5        Q.   Was she behind the three of you?

6        A.   Yes.

7        Q.   What about the gentleman who had had the

8    stick earlier?

9        A.   Yes.  They were with her.

10       Q.   As well as the short unknown woman?

11       A.   Yes.

12       Q.   Did that unknown woman ever say anything

13   from the time you first saw her to the time you

14   were going through Millenium Station?

15       A.   I don't recall.

16       Q.   All right.  At some point the three of

17   you -- strike that.

18            At some point you, Sergeant Collins,

19   Officer Kimble reached the Metra police station

20   inside Millenium Station?

21       A.   Yes.

22       Q.   Now, look at Paragraph 17 of the complaint

23   on Page 3, it says, in the Metra offices Kimble and

24   Collins were joined by Defendant Geanes.  Collins

                                                    204

```
 1    once again stated to Matthew, so you like hitting

 2    black people, and struck Matthew in the face.

 3            Did I get that correctly?

 4      A.    Yes.

 5      Q.    All right.  Once you get down to the Metra

 6    offices, that's when Sergeant Collins hits you a

 7    second time?

 8      A.    Yes.  Him and Kimble took me into this

 9    like little side room, and just like how I'm

10    standing here, Officer Collins is here.  You're

11    Kimble.  He said, you like hitting up on black

12    people.  Collins struck me right above here.  After

13    he hit me, it was simultaneously Kimble hit me

14    right on the side.

15      Q.    You did gestures, so we need to describe

16    the gestures.

17      A.    I got hit with -- Collins' right hand hit

18    me.

19      Q.    I want to make sure that I have the who

20    doing the right part, all right?

21      A.    All right.

22      Q.    So you get down to the Metra police

23    offices, and you're taken into some kind of

24    separate room?
                                                   205
```

1      A.    Yes.

2      Q.    And when you enter that room, you are

3  alone with Officer Kimble and Sergeant Collins?

4      A.    Yes.

5      Q.    When you enter that room with

6  Officer Kimble and Sergeant Collins, you're still

7  handcuffed?

8      A.    Yes.

9      Q.    Is this the room that you were ultimately

10  looked in later?

11      A.    No.

12      Q.    So this is a different room than where you

13  ultimately end up being held?

14      A.    Yes.

15      Q.    All right.  What did this room look like?

16      A.    A table -- I don't really recall.

17      Q.    To get to this room you had to walk

18  through Millenium Station.  Did you have to go

19  upstairs, downstairs, do you remember?

20      A.    Into the Metra police office.

21      Q.    And when you first walked into the office,

22  where is this room?  Is it off to the right, the

23  left, directly ahead?

24      A.    I don't recall.  I believe it's straight

                                              206

1    ahead.

2       Q.    Was there a door on this particular room

3    that you were initially taken into?

4       A.    I don't recall.

5       Q.    While you were in this room Officer Kimble

6    and Sergeant Collins, did they let go of you?

7       A.    Yes.  I was standing like this.  I was

8    standing with my arms behind my back cuffed still.

9       Q.    All right.  So when you're taken into this

10   separate room, you're standing on your own with

11   your hands still cuffed behind your back?

12      A.    Yes.

13      Q.    And then Sergeant Collins is standing

14   somewhat in front of you and off to your right?

15      A.    Yes.

16      Q.    And then Officer Kimble is standing

17   somewhat in front of you and off to your left?

18      A.    Yes.

19      Q.    Okay.  Approximately how many feet away

20   from you was Sergeant Collins standing?

21      A.    Not even one foot.

22      Q.    All right.  And would that be

23   approximately the same distance from you that

24   Officer Kimble was standing while you were

                                                  207

1    handcuffed there?

2        A.    Correct.

3        Q.    Okay.  And Sergeant Collins then says, so

4    you like hitting up on black people?

5        A.    Yes.

6        Q.    After Sergeant Collins says, so you like

7    hitting up on black people, he then strikes you in

8    the face just above your right eye?

9        A.    Yes.

10       Q.    Did he strike you with a closed fist or

11   open hand?

12       A.    Closed fist.

13       Q.    Which fist, left or right?

14       A.    Right.

15       Q.    When he struck you in your right -- or

16   directly above your right eye, can you tell me

17   about how much of the eye area the side of your

18   head that he actually made contact with?

19       A.    Right above my right brow, right there.

20       Q.    All right.  Now, did his fist also extend

21   to kind of where your hairline is?

22       A.    Yes.

23       Q.    Is your hairline similar or about the same

24   now as it was back then, August 30, 2007?

                                              208

1    A.   No.

2    Q.   All right.  Were you bleeding anywhere

3  after Sergeant Collins struck you while you were in

4  this office that you were initially taken into at

5  the Metra offices?

6    A.   Can you repeat that?

7    Q.   Yeah.  That was a poor question.

8        We previously talked how when

9  Sergeant Collins punched you in the face when you

10  were still upstairs at the Randolph/Michigan area

11  that you didn't remember if you were bleeding or

12  not.  Do you remember that?

13    A.   Yes.

14    Q.   This time, the second time that

15  Sergeant Collins punched you, he punch you above

16  your right eyebrow.  Were you bleeding from that?

17    A.   It was not trickling on the ground, but

18  when I later got home I saw that I had a cut.  So

19  yes, I was bleeding.

20    Q.   Okay.  Was it when you got home that next

21  day that you first realized that you had any blood

22  above your right eye?

23    A.   Yes.

24    Q.   Okay.  Now, after Sergeant Collins punched

209

1    you above your right eye, Officer Kimble also

2    punched you?

3    A.   Yes.

4    Q.   Did Officer Kimble say anything before he

5    punched you?

6    A.   No.

7    Q.   Officer Kimble punched you on the left

8    side of your face?

9    A.   Yes.

10    Q.   Was it also above what would be your left

11    eyebrow?

12    A.   Yes, around the cheek area, you know.  If

13    you hit with -- if you got a big hand, you can hit

14    the cheek and you can hit the brow, right around

15    there.

16    Q.   So is that what Officer Kimble did?

17    Officer Kimble took a swing at you and punched you

18    at the top of your left cheek bone including the

19    left brow?

20    A.   Yes.

21    Q.   All right.  Were you bleeding from that?

22    A.   No.

23    Q.   Okay.  Was that the first time that

24    Officer Kimble punched you with his hand?

210