CASE NO. _____08cv 3131_____

ATTACHMENT NO. _6_____

EXHIBIT _C part 3_____

TAB (DESCRIPTION) _____

1    the fight?

2        A.   I would say it was unfair, yes.

3        Q.   Did you tell them it was unfair?

4        A.   Yes, but there's -- they have authority.

5    There's no reason to put up a fight with them.  I

6    mean, I was -- I understand something happened.

7    Something did happen.  So I'm wrong for something

8    happening.  If nothing happened, then they have

9    no -- then I would say something, but something did

10   happen.  So whatever you guys, take me there, I'll

11   leave.

12       Q.   But you understand what they did to you,

13   Matthew, is they escorted you off the premises, you

14   were out?

15       A.   Yes, sir.

16       Q.   Did you find that to be fair in light of

17   the fact that your testimony here today is you

18   didn't start this fight, you were defending

19   yourself?

20       A.   Yes, but also an altercation happened.  So

21   they're not going to allow you back in there

22   because it could have been whoever else was the

23   other person could have other people that are there

24   that might want to attack me.  So why are they

                                                    128

1   going to let me back in there when a bigger problem

2   come escalate, so it's go.

3       Q.   So your understanding at least was that

4   the perpetrator, if you will, of this whole fight

5   was allowed to stay in the game, and you were asked

6   to leave; and that was for your own safety?

7       A.   I do not know what happened to him.

8       Q.   Okay.  Did you have any concern at that

9   point for your own safety?

10      A.   No.

11      Q.   Okay.  Did you call your father and say,

12  hey, I just got kicked out of this game because

13  some jerk started a fight with me?

14      A.   No, sir.

15      Q.   Did you let your father know at any time

16  that evening that you had been escorted out of the

17  Bears game?

18      A.   I don't recall.

19      Q.   You don't recall?

20      A.   I don't recall.

21      Q.   You don't know if you called him or not?

22      A.   I didn't call him.  I don't know when I --

23  no.  That whole night -- I didn't see him until the

24  next morning, so I never said anything to him.

                                                129

1      Q.    All right.  Do you think it would have

2   been important to contact your dad to let him know

3   what had happened at the Bears stadium?

4      A.    At the time I didn't believe it was

5   from -- that time period, 7:55, I didn't believe it

6   was that big of a deal.  So I didn't figure it was

7   important to call him.

8      Q.    Well, he would have been expecting you

9   home after the game, right?

10     A.    Yes, sir.

11     Q.    All right.  Do you think your dad would

12  have been disappointed if you would have called him

13  and said you got kicked out of the game that he

14  gave you tickets to?

15     A.    It depends.  I cannot answer that.

16     Q.    Well, I'm asking what you think?

17     A.    What do I believe?

18     Q.    Yeah.

19     A.    It's up for grabs.  I don't know.

20     Q.    Could have been disappointed, may not have

21  been disappointed?

22     A.    Yes, sir.

23     Q.    Could have been angry, may not have been

24  angry?

                                                    130

1    A.   Yes, sir.

2    Q.   You weren't sure what his response would

3  have been if you contacted him, right?

4    A.   Yes, sir.

5    Q.   All right.  What was Ryan's intent when

6  you called him immediately outside the stadium, to

7  stay and watch the game?

8    A.   He said he was already headed back up

9  north.

10    Q.   What do you mean by up north?

11    A.   Where we lived.

12    Q.   So he had already taken off from the game?

13    A.   He didn't know what happened to me.

14    Q.   So he just left?

15    A.   Yes.

16    Q.   And he was already on the Blue Line or?

17    A.   I answered this earlier.  I don't recall

18  what form of transportation he was taking at the

19  time.

20    Q.   Did you talk with Ryan at all about trying

21  to hold tight, let's hook up, where you at and

22  we'll take the Blue Line home?

23    A.   Well, if -- if he was already headed back

24  up north and I'm all the way by Soldier's Field,

131

1    why should I say hold tight?  All right.  Go ahead.

2       Q.   Well, just trying to get the plans back on

3    track.  Your intent was to go back up the Blue Line

4    with him?

5       A.   Yes.  And when that fell apart, then I

6    could go -- I don't know.  I was on my own.

7       Q.   If you would have left at that time, you

8    would have arrived back at your house before the

9    game ended, correct?

10      A.   The train stalls sometimes.  I could have

11   gotten home real quick.  I could have gotten home

12   whenever.  The Blue Line was on -- has been on

13   repairs for a long time.  So I don't know when I

14   could have got home.

15      Q.   For purposes of my question I want you to

16   presume the train would have operated in its normal

17   and intended way, okay.  There's no breakdowns.  If

18   you proceed from Soldier's Field to the Blue Line

19   and take that home and walk the mile or so to your

20   house, would you agree with me you would have

21   arrived prior to the Bears game ending?

22      A.   No, sir.

23      Q.   Okay.

24      A.   The normal way at the time is -- it never

                                                    132

1    breaks down.  There are repairs, so it might have

2    to stop, take a bus to the next stop.  So it takes

3    a while.

4        Q.    If you took the same mode of

5    transportation that you took into the city out of

6    the city at the time that you were discharged from

7    the stadium, would you agree with me you would have

8    arrived at your father's home before the game

9    ended?

10       A.    No, sir.

11       Q.    Why not?

12       A.    Because the time period is different.  I

13   took the train earlier in the daytime, and this is

14   going into the nighttime.  So more stuff happens

15   with the train at nighttime.

16       Q.    How do you know that?

17       A.    I've been on the train before.

18       Q.    And you've been on the Blue Line at night;

19   and what happens at night, there's more breakdowns?

20       A.    No.  It never breaks down.  They do

21   repairs because it's not like a rush hour.  Like

22   they do repairs.

23       Q.    Were they doing repairs that night?

24       A.    I never took the train home that night, so

133

1    I couldn't tell you if they were doing it at all.

2        Q.    Back to my original question.  No repairs,

3    the train runs as intended.  No repairs, no stops,

4    it runs as intended.

5        A.    As it was supposed to when they first made

6    it in like 1950, then yes, I would have been home

7    on time, quickly.

8        Q.    You would have been home before the Bears

9    game ended?

10       A.    Yes, sir.

11       Q.    All right.  And if you had been home

12   before the Bears game ended, certainly you would

13   agree with me it probably would have prompted a

14   question from your dad, hey, what are you doing

15   home early?

16       A.    Not at all.

17       Q.    He wouldn't ask at all, that would be your

18   expectation?

19       A.    We left early one time from a game, me and

20   my dad.

21       Q.    Okay.

22       A.    Atlanta Falcons, Bears game, we left.

23       Q.    What was the reason you left early?  Blow

24   out?

134

1      A.    No.   It was -- a few games, yeah, we left,

2    blow out.  Well, that Atlanta Falcons game, I

3    remember that one.  It was pretty cold out,

4    so . . .

5      Q.    Well, this evening was 75 degrees?

6      A.    It was very warm.

7      Q.    And this game was a 19 to 9 game?

8      A.    I never found out the ending as I answered

9    earlier.

10      Q.    Okay.  Is it a reasonable expectation that

11    if you would have gotten home before the game, your

12    dad would have asked you at least why did you

13    leave?

14      A.    No, sir.

15      Q.    Your expectation is he would have never

16    asked you anything about it?

17      A.    Yes, sir.  It was a preseason game.

18      Q.    Is there a reason preseason games he would

19    not ask you about getting home early, but in

20    regular season he would have?

21      A.    Well, first, second quarter, they -- well,

22    most of the time it's like first and second quarter

23    they only let the starters play for that.  So third

24    and fourth quarter is just like guys that aren't

135

1    even going to be on the team.  So that's like

2    watching high school football, so there's really no

3    reason to, you know . . .

4        Q.    But that's not why you left.  You left

5    involuntarily.

6        A.    Well, it says right here, so yeah.

7        Q.    Right?

8        A.    I would say so.

9        Q.    And getting home before the end, if your

10   dad would have asked, you would have certainly had

11   to explain to him that, hey, Dad, I got the boot?

12       A.    I would have told him, but the next time I

13   saw him way more serious thing than this happened

14   to me.  This is little Kiddieland stuff compared to

15   what happened to me.  So this was not on my top

16   priority to tell him what else happened to me,

17   okay.  This is nothing.

18       Q.    But none of that happened at the time you

19   were escorted out of the Bears stadium.  That's

20   what I'm getting at.

21       A.    Obviously.  It was at 8:00, so . . .

22       Q.    So your path then was to cross through

23   Grant Park and head to Michigan Avenue, right?

24       A.    That's the way back, yes.  I mean, you got

                                                    136

1   the lake on the one side, so I'm not going to go

2   that way.  I'm not going to go south, so yes, that

3   would be the way.

4        Q.   Where were you going to pick up the Blue

5   Line?

6        A.   I do not recall.

7        Q.   I think in your dep you said it would be

8   at Clark and Lake?

9        A.   Then that's the answer that you're looking

10  for.

11       Q.   Okay.  And I'm not looking for any

12  answers.  I just want to know what happened.  So

13  there's no answer here today I'm looking for.  I

14  just want to know what happened, okay.

15            So at Clark and Lake, if I understand your

16  deposition before, Matt, you had taken that several

17  times.  You had experience getting on the Blue Line

18  at Clark and Lake?

19       A.   I don't recall.

20       Q.   You told us you did.  Do you have any

21  reason --

22       A.   I never said Clark -- did I say Clark and

23  Lake in the last deposition?

24       Q.   I'm pretty sure they asked you, and you

                                                137

1    didn't know if it was six times or a dozen times,

2    but you knew more than once.

3        A.    Then that's the truth then.

4        Q.    Okay.  I trust that.

5              You knew where you had to go to get on

6    that Blue Line at Clark and Lake, right?

7        A.    I don't recall.

8        Q.    Why did you stop at Bennigan's?

9        A.    I was hungry.

10       Q.    Okay.  When you left Bennigan's -- well,

11   let's go back up to this.

12             What did Haven look like?

13       A.    I don't recall.  She was a pretty girl.

14   That's all I can tell you about her.

15       Q.    Okay.  Did you tell Haven your last name?

16       A.    I don't recall.

17       Q.    Okay.  How long were you at Bennigan's?

18       A.    I do not recall.

19       Q.    Where did you get the change to make a

20   phone call at the pay phone?

21       A.    I do not recall.

22       Q.    Okay.  And so we're clear, I think you

23   told us the phone was either in the restaurant

24   itself or on the corner?

138

1      A.   Yes, sir.

2      Q.   Is that Adams and Michigan where the

3    Bennigan's is at?

4      A.   Right across from the Art Institute,

5    so . . .

6      Q.   Okay.  At any time -- well, strike that.

7           When you went into the Bennigan's

8    restaurant, was it your intent to see Haven or was

9    it your intent to get something to eat?

10     A.   I don't recall.

11     Q.   Okay.  Any reason why you simply didn't

12   walk straight to the Blue Line and head home?

13     A.   I don't recall.

14     Q.   Okay.  When you left -- well, strike that.

15          When you called Denise I think you said in

16   your first dep, Matt, that you asked her to come

17   get you, and she said, no, right?

18     A.   Yes, sir.

19     Q.   All right.  What was the reason she

20   wouldn't come get you?

21     A.   I do not recall.

22     Q.   Okay.  How long did you talk to Denise?

23     A.   I do not recall.

24     Q.   Did you tell her you got kicked out of the

                                              139

1    stadium?

2        A.    I do not recall.

3        Q.    Okay.  Did you ask her to come downtown

4    and hang out for a while?

5        A.    There was really no places -- you got to

6    park your car, and that costs a lot of money to

7    park.  I mean . . .

8        Q.    What was the intent with Denise, simply to

9    get a ride?

10       A.    Yes, sir.

11       Q.    Okay.  What about Lauren, what did you say

12   to Lauren, what did she say to you?

13       A.    I don't recall.

14       Q.    You don't recall any of it?

15       A.    Asking her for a ride.

16       Q.    And what was her response?

17       A.    No.

18       Q.    All right.  Did Lauren at any time ask you

19   if you had been drinking?

20       A.    No, sir.

21       Q.    Okay.  Did you call Lauren and Denise

22   before or after you ate?

23       A.    I don't recall.

24       Q.    Okay.  So at the time you had left

                                                        140

1    Bennigan's you had talked to your friend Ryan,

2    right, on the cell phone?

3         A.    No, sir.

4         Q.    All right.  Let's back this up.

5              From the time you left Soldier's Field

6    until the time you left Bennigan's, in that

7    timeframe you had called Ryan Ames on his cell

8    phone, correct?

9         A.    From the time I left the Bears game, yes,

10   sir.

11        Q.    And you used another person's cell phone

12   to call him, right?

13        A.    Yes, sir.

14        Q.    And you called Denise Bilski and Lauren

15   Fuller from a pay phone at Bennigan's?

16        A.    Yes, sir.

17        Q.    Did you call anyone else?

18        A.    I do not recall.

19        Q.    Did you explain to Ryan why you got kicked

20   out or the stadium?

21        A.    I do not recall.

22        Q.    Did you tell Denise what happened?

23        A.    I do not recall.

24        Q.    Okay.  Did you tell Haven?

141

1       A.   I do not recall.

2       Q.   Okay.  Do you know if Haven recognized any

3   cuts on you when you were in the restaurant at

4   Bennigan's?

5       A.   No.  Why would she recognize cuts on me?

6       Q.   Just asking you.

7       A.   I didn't have any cuts on me, sir.

8       Q.   Okay.  Did you have any, any signs that

9   you had been in a fight physically when you were at

10  Bennigan's?

11      A.   No, sir.

12      Q.   Okay.  Was there a mirror inside the

13  security office?

14      A.   I do not recall.

15      Q.   I take it from the time you left the

16  stadium until the time you left Bennigan's you

17  hadn't looked at yourself in the mirror?

18      A.   Might have, might have not.

19      Q.   You don't recall as you sit here today,

20  correct?

21      A.   I don't recall.

22      Q.   Okay.  Back to the security officers at

23  Monterey, how did you know they had authority?

24      A.   I went to 15, 20 games and had been a Bear

                                                    142

1    fan, and it's obvious.

2        Q.   Do they carry a gun?

3        A.   I don't believe so.

4        Q.   Okay.  Do they carry any of form of

5    defense, a gun, baton, any other type of thing?

6        A.   No, sir.

7        Q.   Other than the mere badge that they wear

8    that says security?

9        A.   And they have a coat.

10       Q.   Okay.  And that for you was sufficient

11   that these folks had authority over you at that

12   time?

13       A.   Yes, sir.

14       Q.   Okay.  But you understood at that point

15   they weren't Chicago police officers, they were

16   security officers?

17       A.   Yes, sir.

18       Q.   Do you draw a distinction between a

19   Chicago police officer and a security officer like

20   Monterey?

21       A.   Well, a Chicago police officer has was

22   blue shirt on and doesn't wear a fluorescent red

23   coat, so, yeah, there's a big difference.

24       Q.   Not physically, I'm talking from an

                                                    143

1    authoritative position.  Do you draw a distinction

2    between the Monterey Security folks and a member of

3    the Chicago Police Department?

4        A.    They're the police force at the Bears

5    game.

6        Q.    Okay.  At any time did you advise the

7    Monterey Security officer that your father was a

8    member of the Chicago Police Department?

9        A.    I don't recall.

10        Q.    If you did, do you have any understanding

11    why you would advise that security officer that

12    your dad was a member of the Chicago Police

13    Department?

14        A.    No, sir.

15        Q.    Okay.  When they took a photo of you, did

16    you happen to see the actual photograph?

17        A.    No, sir.

18        Q.    Have you ever had a chance to see the

19    actual photograph?

20        A.    Never seen that picture.

21        Q.    Did you ever have an opportunity to see

22    the actual photograph that shows and depicts what

23    your face looked like at that time?

24        A.    Never seen that before.

                                                      144

1     Q.   But you would agree with me that the

2  picture contained on Exhibit 1 was taken before you

3  ever came in contact with any members of the Metra

4  Police Department?

5     A.   Yes, sir.

6     Q.   So to the extent there's any mark or any

7  contusion on your face in that photograph, you

8  would agree with me that couldn't have been caused

9  by any interaction with a member of the Metra

10  Police Department, correct?

11     A.   Do you have a picture of this?

12     Q.   Not now.

13     A.   I don't see any marks and nothing -- I

14  never encountered any Metra police before that.

15     Q.   My question is this, you would agree with

16  me that any mark that's on your face in that

17  photograph couldn't have happened from any

18  interaction with a member of the Metra Police

19  Department?

20     A.   Yes, sir.

21     Q.   You agree with that?

22     A.   Yes, sir.

23     Q.   All right.  Did Monterey ever discuss with

24  you that they would be contacting the season ticket

145

1    holder to advise them of what happened?

2         A.   I don't recall.

3         Q.   Okay.  They could have, but they may not

4    have, right?

5         A.   I don't recall.

6         Q.   Okay.  When you left Bennigan's

7    restaurant, you headed north on Michigan Avenue?

8         A.   Yes, sir.

9         Q.   All right.  Your intent, if I understand

10   correctly, when you left Bennigan's was to get on

11   the Blue Line to get home?

12        A.   No, sir.

13        Q.   All right.  What was your intent when you

14   left Bennigan's?

15        A.   To take the Metra home.

16        Q.   Why did you decide to take the Metra train

17   home versus the Blue Line at that time?

18        A.   Because once again it was nighttime out,

19   and it was going to take me a while to get home.

20   Metra I could be home in -- I mean, it would take

21   me a little bit still, but it would be a lot

22   quicker than taking the Blue Line home.

23        Q.   How far is the Metra station from your

24   father's home?

                                              146

1    A.   Well, the Metra would have went to

2  Jefferson Park.  So I could have got -- taken a bus

3  or the Blue Line which is from Jefferson Park to

4  Harlem, it's only one stop.  I never set a plan,

5  but it was just probably 15 minutes.

6    Q.   Well, what I'm asking you -- my question

7  was, what is the distance between where you would

8  get off from the Metra line to your father's home,

9  more or less than 3 miles?

10   A.   Yeah, 2 and a half miles.

11   Q.   We could Mapquest it, correct?

12   A.   Yeah.  I'd like to know how far that

13  mileage is.

14   Q.   If it was somewhere around 3.8 miles, you

15  wouldn't be surprised?

16   A.   No.

17   Q.   And 3.8 miles, you'd agree with me, is

18  something you would have to take another form of

19  transportation to walk from there to your father's

20  home at that time of night?

21   A.   3.8 miles is not that long, so, I mean, it

22  would be one thing if it was from downtown walking.

23   Q.   So your intent was to take the Metra line.

24  What was your intent when you got off at the Metra

147

1    station, and how were you going to get to your

2    father's house?

3        A.    I don't recall.

4        Q.    Okay.  You'll agree with me that the Blue

5    Line would have dropped you off, okay, at a

6    distance much closer to your father's house than

7    the Metra line?

8        A.    Yes, sir.

9        Q.    And I think you just testified a second

10   ago that the Metra line you would then either have

11   to get back to the Blue Line or get on a bus to

12   then get you closer to your father's house?

13       A.    Or walk.

14       Q.    Or walk.

15       A.    Or I could have called --

16       Q.    But it's your testimony that the reason

17   you took the Metra line is it would have been

18   quicker?

19       A.    Yes, sir.

20       Q.    When you left Bennigan's the Bears game

21   had ended, correct?

22       A.    I don't know.

23       Q.    You didn't see the Bears game on in the

24   bar at Bennigan's?

                                                  148

1      A.   I don't recall.

2      Q.   If the Bears game ended around 10:00,

3  would you agree with me you left Bennigan's

4  sometime after 10:00?

5      A.   Yes, sir.

6      Q.   Okay.

7      A.   But I wouldn't -- the Bears game -- I was

8  gone from the Bears game, so that had nothing to do

9  with me anymore.

10     Q.   Okay.  You had taken the Metra line prior

11 to August 30, 2007, correct?

12     A.   Yes, sir.

13     Q.   All right.  So you knew where it was,

14 correct?

15     A.   No, sir.

16     Q.   You didn't know where it was?  How many

17 times did you take the Metra line prior to

18 August 30, 2007?

19     A.   I do not recall.

20     Q.   So your choice on taking the Metra line,

21 you weren't sure where it was, it dropped you off

22 further from your dad's home; but you wanted to

23 take that instead of the Blue Line where you knew

24 where it was, and it got you closer.  What I want

                                              149

1   to understand, Matt, is why that decision was made.

2      A.   I believed that it was this certain

3   location because I remember getting -- a long time

4   ago walking out of the train station and looking

5   and seeing the Wrigley building, so I believed it

6   was towards there.

7      Q.   Okay.  When you left Bennigan's, how much

8   money did you have on you?

9      A.   When I left Bennigan's?

10     Q.   When you left Bennigan's, how much money

11  did you have on you?

12     A.   $2.

13     Q.   Two bucks?

14     A.   Yes, sir.

15     Q.   You knew two bucks wasn't enough for the

16  Blue Line, correct?

17     A.   I didn't know that at the time until --

18  when I left I believed I had mother money, and then

19  I realized I only had $2 on me.

20     Q.   When did you check in your walking from

21  Bennigan's to determine how much money you had on

22  you?

23     A.   I made it -- I don't know the name of the

24  street, but I made it up Michigan Avenue, and I was

                                          150

1   almost by, I don't know the street; but I noticed I

2   only had $2 on me, and know that was not enough for

3   Metra.

4        Q.   It's not enough for Metra, Matt, but what

5   you also knew it wasn't enough for the Blue Line.

6   You already paid for the Blue Line earlier, right?

7        A.   Yes, but you can stumble upon --

8   there's -- it's the city.  There's stuff laying

9   around everywhere.

10       Q.   And you were hoping to find change on the

11  streets?

12       A.   Not hoping, but, I mean, you never know.

13  Say, you reach number where you pay for the fee,

14  sometimes there's change in there, too, because it

15  didn't accept for the next card.

16       Q.   That's at the Blue Line?

17       A.   Yes, sir.

18       Q.   But you weren't taking the Blue Line?

19       A.   After I decided that I didn't have -- I

20  found out I didn't have that much money on me, I

21  was taking the Blue Line.

22       Q.   Because you were hoping to find change

23  around the machine?

24       A.   Yes.

                                              151

1    Q.   Either way, Matt Granberg needed more

2    money to get home?

3    A.   Yes.

4    Q.   Would it have been a satisfactory phone

5    call to your father to say, Dad, I don't have

6    enough money to get home, can you come downtown and

7    get me?

8    A.   Yeah, but I also had $2.  It wasn't like I

9    had zero.  I was a quarter away from being able to

10   take the train, so it's not like I was . . .

11   Q.   And at that time if you got a quarter, you

12   wouldn't have had to call your dad for a ride,

13   correct?

14   A.   Yes, sir.

15   Q.   So getting that quarter quite frankly was

16   important because you knew at that point your dad

17   was sleeping?

18   A.   He might have been awake.  He might not

19   have been.

20   Q.   But based on your experience you said

21   earlier he went to bed between 9:00 and 10:00,

22   correct, that was his habit?

23   A.   Yes, sir.

24   Q.   We're after 10:00 now, and you were out

152

1    and you were short money to get home, correct?

2        A.   Yes, sir.

3        Q.   And if you could find that quarter, you

4    could get on the Blue Line.  You could get home,

5    and you wouldn't have to call your dad who was

6    sleeping, correct?

7        A.   Yes, sir.

8        Q.   All right.  To me that would be important

9    to me not having to wake my father.  Would you

10   agree with that?

11       A.   Yes, sir.

12       Q.   If you could avoid waking your dad to come

13   downtown to pick you up, that would be a good

14   thing, right?

15       A.   If I had $0 I -- if I had $0 on me I would

16   have called him.

17       Q.   It's this simple.  Whether you had two

18   bucks or a buck fifty, you didn't have enough.  It

19   didn't matter how much you had because you didn't

20   have enough, right?

21       A.   But I was also a quarter away, so that's

22   easy to come by.  If you walk around here, you

23   could probably find dimes lying around, nickles.

24       Q.   Rather than make that phone call, what you

                                              153

1    wanted to do is try to find some change on the

2    streets or by the purchase ticket by the Blue Line.

3    That's what you chose to do?

4        A.    I believed if I got to the Blue Line and I

5    didn't have enough money, then I would call him

6    from there.

7        Q.    So when you left Bennigan's, is it your

8    testimony here that you didn't know how much money

9    you had on you?

10       A.    Yes, sir.

11       Q.    And how much was it going to cost you to

12   take the Metra train back?

13       A.    I don't know how much it costs from

14   downtown; but I remember I used to take Edgebrook

15   to Northbrook, and that was I believe at the time

16   3.80 or something like that.

17       Q.    Okay.  You had your ATM card on you?

18       A.    Yes, sir.

19       Q.    Okay.  At what point were you going to go

20   to the ATM and get money so you could take any mode

21   of transportation, a cab, Metra, Blue Line,

22   whatever you wanted?

23       A.    I never -- I don't know.

24       Q.    Why didn't you go to the ATM?

154

1    A.   Do not recall.

2    Q.   Did you look for an ATM up Michigan

3  Avenue?

4    A.   I do not recall.

5    Q.   You might have?

6    A.   Might have, and if I did, then there would

7  have been an ATM there.

8    Q.   Where?

9    A.   I don't -- it's downtown.  This is

10 Chicago.  There's ATMs everywhere.

11   Q.   When's the last time you've been on

12 Michigan Avenue?

13   A.   By that area or Michigan Avenue.

14   Q.   From Adams all the way up to the Wrigley

15 building?

16   A.   August 30, 2007.

17   Q.   Did you find any ATM machines between the

18 Bennigan's and the Wrigley building?

19   A.   I wasn't scouring for one.

20   Q.   So you had a cash card, you were short

21 money, but you weren't looking for cash?

22   A.   No.

23   Q.   You agree with me you could have used your

24 ATM if you found an ATM machine somewhere along

155

1    Michigan Avenue?

2       A.   Yes, sir.

3       Q.   All right.  As you sit here today you

4    don't know if there is an ATM machine from

5    Bennigan's all the way up to Wrigley?

6       A.   Correct.

7       Q.   Is it possible, Matt, that the reason you

8    kept walking further north on Michigan Avenue is

9    you were looking for an ATM machine to get money so

10   you could get home?

11      A.   No, sir.

12      Q.   It's your testimony that you were confused

13   as to where the Metra station was?

14      A.   Yes, sir.

15      Q.   Did you ask anybody along Michigan Avenue

16   where Union Station was?

17      A.   No, sir.

18      Q.   But you knew it was Union Station,

19   correct?

20      A.   Yeah, but that's -- from now where I know

21   that's no where near where I was going.

22      Q.   But you knew the name of it was Union

23   Station?

24      A.   Yes, sir.

156

1   Q.   And I take it you passed numerous people

2   on Michigan Avenue when you were walking up the

3   street?

4   A.   Yes, sir.

5   Q.   All right.  And you didn't think to ask

6   any of them where Union Station was?

7   A.   I wasn't lost.  I found the money -- I

8   found I didn't have any money, so I --

9   Q.   When did you find you didn't have money?

10  That's what I was trying to find out a little bit

11  ago.  When is it that you determined, hey, I only

12  have $2 on me?

13  A.   I don't recall.

14  Q.   Was it before you got to Randolph and

15  Michigan?

16  A.   It was after.

17  Q.   Okay.  How do you know it was after?

18  A.   Because I had -- it kind of goes up.  So I

19  crossed and kept walking and went all the way up,

20  and I don't know what street that is.

21  Q.   Did you go in any stores after you left

22  Bennigan's before you had the incident with Officer

23  Kimble?

24  A.   I don't recall.

157

1    Q.    I thought you told us something about a

2    CVS or a 7-Eleven.  Did you go in a store?

3    A.    I do not recall.  Whatever I answered last

4    time.

5    Q.    I don't recall.  I know you mentioned

6    something about a 7-Eleven or a CVS.  What I want

7    to know from your memory today is do you recall if

8    you went in either one of those stores or any store

9    from the time you left Bennigan's to the time you

10   were walking north on Michigan Avenue up to the

11   point of seeing Officer Kimble.

12   A.    I don't recall.

13   Q.    All right.  Did you ask anybody for a

14   quarter as you were walking up the street?

15   A.    Yes, sir.

16   Q.    And did anybody offer you a quarter?

17   A.    I asked one person.

18   Q.    That was Mrs. Coleman?

19   A.    Yes, sir.

20   Q.    But you passed a bunch of people walking

21   up, and you passed other people, right?

22   A.    Yes.

23   Q.    Is there any reason you chose Miss Coleman

24   over everybody else?

158

1    A.    She asked me if I had a quarter; and as I

2    was walking I said, I don't have one.  Can you give

3    me one.  Because I did need one.  And do you want

4    me to keep going on?

5    Q.    No.  It's just coincidental I guess that

6    she asked you for a quarter, and it so happened to

7    be that you needed a quarter.  She didn't ask you

8    for a dollar or 50 cents.  She asked you for the

9    exact piece of coin you needed.  Kind of ironic?

10    A.    I guess so.

11    Q.    All right.  And the way to get up to Clark

12    and Lake certainly if you would have went west on

13    Randolph, that would have taken you to Clark Street

14    and you're up one block up and you're on the Blue

15    Line?

16    A.    Yes, sir.

17    Q.    And if you got there, you could have

18    looked for change there, right?

19    A.    Yes, sir.

20    Q.    All right.  Now, there's a lot of

21    questions in your first dep about this

22    confrontation with Miss Coleman and a few others.

23    I'm going to try not to ask you about anything --

24    you're going to talk about.

159

1      MS. ROSEN:  I'm going to take a minute.

2      MR. KOEHLER:  Sure.

3                      (Whereupon, a short recess was

4                      taken.)

5   BY MR. KOEHLER:

6      Q.   All right.  I think we left of the last

7   question we were talking -- we were heading to now

8   you had asked Miss Coleman for a quarter, okay?

9   You saw she had cup, right?

10      A.   Yes, sir.

11      Q.   She had a cup.  Why from the point you

12   leave Bennigan's up to the point of asking

13   Miss Coleman for a quarter, why didn't you ask

14   anyone else for a quarter?

15      A.   I never planned on asking anyone for a

16   quarter.

17      Q.   All right.

18      A.   And when I asked her it was more a

19   sarcastic, you know, I don't have a quarter, can

20   you give me one.  And, I mean, I really did need

21   one, so . . .

22      Q.   Would you have taken it if she gave it to

23   you?

24      A.   Yeah, of course, then I would have been

                                              160

1    right on the . . .

2        Q.    What was the game plan to get the quarter

3    to get on the Blue Line, where was that coming

4    from?

5        A.    I already answered.  I told you, if I

6    found it on the ground or I look in the change

7    area.

8        Q.    So your game plan was to then walk to

9    Randolph, head west, get over to Clark, go up to

10   Lake, right, and see if there was any quarters or

11   change laying around the area where you can buy

12   tokens or tickets, right?

13       A.    Yes, sir.

14       Q.    That was the game plan.  So now when you

15   were heading back south back down Michigan Avenue,

16   the path of travel was west on Randolph to Clark,

17   north to Lake a block, see if there's any change.

18   What was the game plan by chance you didn't find

19   any change laying around the machines?  Would you

20   then ask somebody?

21       A.    Couldn't tell you.  I didn't plan that

22   ahead.

23       Q.    At any time did it dawn on you to try to

24   find an ATM machine and take out ten bucks?

                                                    161

1    A.   No, sir.

2    Q.   Okay.  When you talked to Denise Bilski

3  that night, did you ask at all for any phone

4  numbers or any contact information for any of your

5  friends?

6    A.   Ask her?

7    Q.   Uh-huh, ask her.

8    A.   For my friends?

9    Q.   Yeah.  Did you say, hey, you can't give me

10  a right, you got Jimmy's number; I'll call jimmy

11  and get a ride?

12    A.   No, because she really didn't know any of

13  the people I knew.

14    Q.   Okay.  What did you leave with Denise on

15  how you were going to get home?

16    A.   I do not recall.

17    Q.   Okay.  If I understand from your first

18  dep, when she asked -- Miss Coleman asked you for a

19  quarter, you were somewhere around 6 to 8 feet away

20  from her.  Does that sound right?  I think that's

21  what you told us in your first dep.

22    A.   Yes, sir.

23    Q.   And just so we're clear, you had passed

24  her at the time she asked you for a quarter?

162

1      A.   Yes, I was walking as she asked me.

2      Q.   Okay.  So as you're walking by her, she

3   asked you for the quarter; and by the time you

4   turned around to sarcastically say, hey, why don't

5   you give me a quarter, you were about 8 feet away?

6      A.   No.  All right.  I'm walking and she says

7   it to me, and I'm walking, and I looked.  I was

8   never like -- it was never like I looked back and

9   said, you got a quarter.  It was never like that.

10      Q.   Okay.

11      A.   It was like a side-view, but I kept

12   walking and I said it.

13      Q.   You're walking this way towards Randolph,

14   right?  I'm a visual guy.

15      A.   Yes, sir.

16      Q.   All right.  So let's just say Coleman is

17   here, and you're walking this way?

18      A.   I'll show you.

19      Q.   Okay.

20      A.   I'm on the street.  You're Debra Coleman.

21   I'm walking on the sidewalk.

22      Q.   You're heading this way towards Randolph?

23      A.   Yes.  There's the 7-Eleven.  She asks, you

24   go a quarter.  And I'm walking.  I go, I don't have

                                           163

 1    one, can you give me one?  But it was never like

 2    this.  And then I'll reenact the whole thing for

 3    you.  I know exactly what happened to me.

 4        Q.    You remember all that detail.  Now you had

 5    a lot of I don't recalls tonight, so this you

 6    remember?

 7        A.    Yes, because my life was almost taken from

 8    me.  I definitely remember that.

 9        Q.    Okay.  As you passed Miss Coleman you were

10    about now how many feet from her?

11        A.    As I passed her?

12        Q.    Yeah, when you said, hey, I don't --

13        A.    Exactly, you said 6 to 8 feet.

14        Q.    All right.  6 to 8 feet, okay.

15              Then from that point -- let me get back to

16    my notes.

17              What happens after you say, how about

18    giving me a quarter?

19        A.    Nothing was said for a few seconds, and

20    then --

21        Q.    You continued to walk towards Randolph,

22    correct?

23        A.    Yes, sir.

24        Q.    So you were continuing on your way,

                                                    164

1    continuing to get further away from Miss Coleman?

2         A.   Yes, sir.

3         Q.   All right.  And your intent was not to

4    give this another thought, to continue to Randolph,

5    head west, go to Clark, right?

6         A.   Yes, sir.

7         Q.   What happens next?  Let me just tell you

8    this.  I think you told us, I wrote some quotes

9    down here, that about 5 to 10 seconds goes by; and

10   you're walking, right?  So fair to say you were

11   about 20 feet away from her?

12        A.   Yes, sir.

13        Q.   All right.  So you're 20 feet away from

14   her, and then what is said?

15        A.   You want to get stabbed you mother fucker.

16        Q.   And now you're 20 feet away from her, and

17   she wields a knife?

18        A.   I answered all this last time.  Yes.  It's

19   all in there.

20        Q.   We're not repeating.  You can just agree

21   with me.  If I say something wrong, let me mow?

22        A.   Yes, sir.

23        Q.   She wields a knife.  You're 20 feet from

24   her, right?

                                                    165

1    A.    It could have been 19, it could have been

2    21.

3    Q.    Your best estimate it was a good distance

4    away from her?

5    A.    Not like a 50-yard, you know --

6    Q.    Matt, roughly 20 feet?  That's all.  We're

7    not pinning it down to the inch.  Roughly 20 feet

8    give or take --

9    A.    Yes, sir.  Yes, sir.

10   Q.    That's the ballpark.

11         All right.  She wields a knife that we now

12   understand was fairly significant because you can

13   see it from 20 feet way at 10:30 at night?

14   A.    Yes, sir.

15   Q.    All right.  And I think you said it was at

16   least 6 inches?

17   A.    Yes, sir.  Could have done damage to me.

18   Q.    It was a knife sizable enough that you

19   felt threatened with your life?

20   A.    Yes, sir.

21   Q.    All right.  So when you say at least

22   6 inches, are we talking about an 8 to 10-inch

23   knife?

24   A.    Even if it was a pocket knife, it still

                                                    166

1    could do damage to someone.  Any time someone pulls

2    out something like that, I feel threatened.

3        Q.   But are we talking about an 8 to 10-inch

4    knife?  Is that what we're dealing with?  You said

5    at least 6 inches.  I'm thinking it's got to go at

6    least 8, 10 inches.

7        A.   No.  It was not like -- no.  It was a

8    little stubby like a knife.  It was a good amount.

9    It could do something to me.  I don't know what the

10   metric size.  It was not -- it's all there.  I

11   answered.

12       Q.   You said at least 6 inches, fair enough?

13       A.   Yes.

14       Q.   All right.  And your response to Debra

15   Coleman saying you want to be stabbed, okay, was --

16       A.   You mother fucker.

17       Q.   That's fine.  Was what?

18       A.   I turned around, and I just -- I didn't

19   say nothing.  I turned around and I look, and by

20   that time her and her acquaintance were coming at

21   me.

22       Q.   Okay.

23       A.   She had her knife out.

24       Q.   Why didn't you turn around and bolt?

                                              167

1      A.    Come to think of it, I wish I did.

2      Q.    You were threatened for your life,

3  correct?

4      A.    Yes.

5      Q.    You were scared, correct?

6      A.    Yes.

7      Q.    You were heading to Randolph, correct?

8  You were trying to get to Randolph so you could get

9  home, correct?

10     A.    Yes, sir.

11     Q.    I take it you had no reasonable belief

12  that Miss Coleman was somehow going to run and

13  catch you.  You're 19 years old?

14     A.    It could have happened.  I don't know if

15  that was Jackie Joiner Kirsty (phonetic). It could

16  have bee anyone.  She could have come up running on

17  me.

18     Q.    Either way the best thing to do at that

19  moment is to get away from Miss Coleman, right?

20     A.    Yes, sir.

21     Q.    All right.  But that's not what happened,

22  right?

23     A.    No, sir.

24     Q.    All right.  What happened is you and

                                                   168

1    Miss Coleman came in close proximity to each other,

2    right?

3         A.   Yes, sir.

4         Q.   All right.  So instead of walking away

5    from this conflict or running away from this

6    conflict, you stayed put.  You stood your ground?

7         A.   Well, I was more like looking back, and

8    then she was right there with me.  So, yeah, I

9    stayed my ground because it was like what am I

10   going to do, run, and risk her stabbing me in the

11   back or do I stand my ground and maybe something --

12   someone could help and stop this from happening.

13   So that's what I believed.

14        Q.   So the reason you didn't run is because

15   you thought she'd catch you and stab you in the

16   back?

17        A.   Yes, sir.

18        Q.   Any other reason you didn't run?

19        A.   No, sir.

20        Q.   All right.  And you decided you were going

21   to stand your ground despite Miss Coleman being the

22   aggressor?

23        A.   Well, I was backing away.  And she dept

24   coming at me.  It wasn't like I was standing my

                                                      169

1   ground waiting for her to do something.  I was

2   backing away with my back turned, with my back to

3   Randolph backing away.  I never actually turned

4   around and put my back to her.  I just kept backing

5   away slowly.

6      Q.   But she got how close to you?

7      A.   Probably from where . . .

8      Q.   You to me?

9      A.   Yeah, she was pretty close.

10      Q.   3 feet?

11      A.   Yeah.

12      Q.   So from 20 feet to 3 feet, she advanced to

13   you at least 17 feet, okay?

14      A.   Yeah.

15      Q.   Takes 10, 15 seconds?

16      A.   No, sir.  They were moving quickly and --

17      Q.   But they weren't running, but they weren't

18   running?

19      A.   They weren't running, but they were moving

20   quickly.  And by the time I heard, you want to get

21   stabbed you mother fucker, I looked back, and they

22   were basically, what, 8 feet away from me and then

23   got closer.  So it's not like I didn't -- I didn't

24   see the whole -- by the time I heard it she got

                                         170

1    there because from where the 7-Eleven is to where

2    that flower pot is, that's a good feet, and that's

3    where it happened.

4        Q.   What happened?

5        A.   Where I got attacked.

6        Q.   Who attacked you?  Another person you

7    said, right?

8        A.   Yes, sir.

9        Q.   He attacked you with a table leg or

10   something?

11       A.   It was similar to that.  It was fairly

12   long.  I do not know what it was.  Came as -- I

13   answered all this already.  Do you want me to --

14       Q.   Explain it.  I'm not trying to trick you.

15       A.   I'm not saying you're tricking me at all.

16   As I'm standing here backing up, I look, and coming

17   from the 711 is a guy running at me, running like

18   towards the altercation.  He has this long thing,

19   whatever it was, just looking like he's going to

20   come to attack me, okay.  And I stood my ground and

21   he took one swing.  I wasn't expecting him to

22   swing.  I mean, he was running.  He took one swing

23   and I went back, and it went right by my ear.  When

24   he missed me, I took it from him.

                                                   171

1      Q.    So the pole you're saying went by your ear

2    and went by the right side of your face?

3      A.    It never went me.  It went vroom.  I

4    backed up.

5      Q.    You're showing one side, now you're going

6    this way?

7      A.    I'm standing here.  It went across the

8    whole side like vroom.

9      Q.    And then you grabbed it?

10     A.    Yes, sir.

11     Q.    And then you struck him with it?

12     A.    Yes.

13     Q.    And you struck it hard enough you broke it

14   in half?

15     A.    Yes, sir.

16     Q.    Now, just so I'm clear, this is the second

17   incident of the evening where you have been

18   attacked unprovoked?

19     A.    Yes, sir.

20     Q.    Do you think those folks, Miss Coleman and

21   the other two were waiting for somebody, waiting to

22   get after somebody or do you really think that you

23   simply pissed them off by saying, hey, how about

24   giving me a quarter?

                                                    172

1     A.    Couldn't tell you what she was thinking.

2     Q.    And when the gentleman was running at you

3  now with a substantial piece of wood and another

4  person is coming at you with a knife, you stood

5  your ground?

6     A.    I never -- it's not like I was locked in

7  cement like --

8     Q.    You didn't take off running, Matt.

9     A.    I didn't take off running because I didn't

10  want to get stabbed in the back, and why would I

11  take off running when a guy's coming at me full

12  speed and I'm going to take off.  The guy coming

13  full speed is like a car going 30 miles an hour and

14  you start going.  The car going 30 miles an hour is

15  going to catch up to you right when you take off.

16  So I never took off.

17     Q.    So what you would have rather have done

18  than ran and risk getting stabbed in the back is to

19  stay and confront the knife head on and confront

20  the person?

21     A.    I never wanted to confront the knife.  I

22  was backing away slowly, and then he set it off.

23     Q.    So really there were three confrontations,

24  one at Soldier's Field that we talked about, one

173

1    with Debra and then one with this other gentleman?

2        A.   Well, you could say four, because Debra

3    was with a lady, so they were both on the same

4    team.

5        Q.   So Debra and this woman were kind of

6    together.  She had a knife and was doing her thing.

7    And this guy comes out of another area with a

8    board, right?

9        A.   Which means he's then most likely with

10   Debra, too, because I had never seen him before, so

11   why would he come and attack me.

12       Q.   You did eventually run?

13       A.   Yes, sir.

14       Q.   And you ran after you struck the gentleman

15   and broke the board in half on the gentleman's

16   body, correct?

17       A.   No, sir.

18       Q.   When did you run?

19       A.   I struck him.  Debra Coleman was on the

20   right of me.  I struck him.  I didn't even look at

21   her, and I just hucked it, threw it at her and took

22   off.

23       Q.   So you hit him and broke it in half and

24   took the other half and threw it at Debra Coleman

                                                    174

1    and then ran?

2         A.    I don't know if it hit her or not, but I

3    threw it in her direction, and yes, I took off and

4    run.

5         Q.    Do you know if she sustained injuries from

6    this altercation?

7         A.    I do not know, sir.

8         Q.    Do you know if she received any medical

9    treatment for her injuries?

10        A.    Yes, sir.

11        Q.    She received medical treatment when you

12   were at the police station, right?

13        A.    I don't know what they did to her.  I just

14   remember EMTs coming, hearing them and . . .

15        Q.    Okay.  All right.  You're running down

16   Michigan Avenue, and you're going to cut across the

17   Diamond Building, right?

18        A.    Yes, sir.

19        Q.    And on the Diamond Building, I used to

20   work there, you can cut in front of it.  You can

21   cut through the post, right?  You understand what

22   I'm saying?

23        A.    Yes, I know where that is.

24        Q.    Right.  There's posts here and the

                                                    175

1   building is here?

2       A.   Yes, sir.

3       Q.   Here's Randolph?

4       A.   Yes, sir.

5       Q.   Path?

6       A.   Yes, sir.

7       Q.   All right.  And your game plan when you

8   took off running, you were going to the Blue Line?

9       A.   Yes, sir.

10      Q.   All right.  When you cleared the front of

11  the Diamond Building at 150 North Michigan is when

12  you came in contact or I guess first saw

13  Officer Kimble; is that right?

14      A.   Yes, sir.

15      Q.   All right.  You then -- your path, you

16  crossed over Randolph?

17      A.   Yes, sir.

18      Q.   And ended up ultimately in a flower pot on

19  Garland Court?

20      A.   Yes, sir.

21      Q.   On the south side of Randolph, right?

22      A.   You got Randolph then Garland, so I was

23  across, yes, yes, sir.

24      Q.   Yeah.  You crossed over Randolph, right?

                                                  176

1    True?

2        A.    Yes, sir.

3        Q.    And then you were on Garland Court, and

4    it's there on Garland Court where the flower pot

5    was that you went into with Officer Kimble?

6        A.    Yes, sir.

7        Q.    Okay.  The path to the Blue Line does not

8    include crossing over to Randolph, so why did you

9    cross Randolph?

10       A.    As I answered in the last deposition, I

11   was -- as I start turning onto Randolph, the corner

12   my peripherals I'm being swung on by a very

13   large --

14       Q.    Baton?

15       A.    Yes, sir.

16             And then I just -- I'm getting attacked

17   there, so I just kept going.  And that's why I

18   crossed, and I was trying to like get away.

19       Q.    Matt, you were running west on Randolph.

20   Officer Kimble was on your left.  That's where you

21   saw him in your peripherals?

22       A.    Yes, because I turned the corner.  I'm

23   running down Michigan.  That's -- . .

24       Q.    He's on your left?

                                                 177

1    A.   Yes, sir.

2    Q.   Then you veered to the left and crossed

3  over to -- over Randolph street towards Garland?

4    A.   I never veered.  I kept going to the

5  right.  I'm getting swung at, and I kept going.

6    Q.   Wait, wait.  This is Randolph here.  This

7  is Garland.  Flower pot?

8    A.   Yes, sir.

9    Q.   Here is -- it's when you clear the

10  building that you see Officer Kimble.  You cross

11  over Randolph and end up here?

12    A.   Okay.  You know how you got these posts.

13  I never went through the posts.  I came around

14  because the flower pot's right around here.  I'm

15  running.  He encounters me right here.  As he

16  encounters me right here I stagger, I kept running,

17  running, trying to get away, and then went down the

18  Garland Court; and that's when he got me.

19    Q.   Why didn't you run straight up Randolph

20  towards the Blue Line?

21    A.   I almost got killed, all right.  I'm just

22  trying to get away.

23    Q.   Get away from who?

24    A.   Trying to get away from the people who

178

1    tried to kill me, and then I'm getting attacked;

2    and I thought they were all together. So just get

3    away. That's why I was trying to get the hell out

4    of here. That's what happened.

5        Q. But you agree with me that the Blue Line

6    is up Randolph to Clark, and then you got to go

7    left on Lake?

8        A. But if I kept going this way, there's

9    other Blue Line stations. I don't know what the

10   names of them are, but there's other stations where

11   I could have -- or I could have if I got away, I

12   could have turned back and -- it was chaos.

13       Q. It may have been. I'm just trying to

14   understand why you would cross Randolph if your

15   intent was to go to the Blue Line.

16       A. Because I'm getting attacked, and I

17   just -- it was nuts. That's what it is.

18       Q. You've seen a baton before, correct?

19       A. Yes, sir.

20       Q. All right. You understand batons -- that

21   police officers carry batons?

22       A. Yes, sir.

23       Q. You knew on August 30, 2007, that police

24   officers carried batons, right?

                                                           179

1    A.   I -- from what I'm used to is the wooden

2    baton, so maybe they still carry them.

3    Q.   Was this not a wooden one?

4    A.   No, sir, it was not.

5    Q.   What was it?

6    A.   It was -- I don't know if it was steel or

7    aluminum.

8    Q.   Did you have that kind of time to see what

9    that was when you --

10   A.   It was a long black thing, and it was,

11   boom, coming at me.

12   Q.   And is it your sworn testimony that

13   Officer Kimble never announced that he was a police

14   officer at any time when he was pursuing you?

15   A.   If that's what I answered, then yes.

16   Q.   I just want to know.  I don't know if you

17   answered it or not.  I read through most of your

18   dep, but --

19   A.   Yes.

20   Q.   He never once said that he was an officer

21   at this stop?

22   A.   Not when he first came and attacked me

23   until the end; yes, then he did say that.

24   Q.   When did he announce to you that he was a

180

1    police officer?

2        A.    When I was face down in the dirt, and he

3    was telling me stop resisting.

4        Q.    Okay.  As a police officer and being the

5    son of a police officer you understand that a

6    police officer -- the reasons why they would take

7    you under control when you're resisting, right?

8    You understand what the process is?

9        A.    Yes, sir.

10       Q.    And you understand you're not supposed to

11   resist arrest, correct?

12       A.    Yes, sir.

13       Q.    Is it your sworn testimony that you were

14   not resisting in any way?

15       A.    Yes, sir.

16       Q.    So you laid perfectly, you know, stable,

17   not moving, obeying and accepting all the authority

18   that was being asked of you?

19       A.    When I was face down in the dirt or when I

20   was running?

21       Q.    No, when you were in the dirt?

22       A.    I was -- I landed -- my hand is on my --

23   I'm laying on my hand, okay.  I've got my other

24   hand around.  He's hitting me, hitting me, telling

                                              181

1    me, stop resisting. This guy's awful big. If he's

2    on top of me, how can I get my arm around. There

3    is no way I can get my arm around unless he laid

4    off me. That's the only way. So I never resisted

5    him at one time.

6        Q.   So it's your sworn testimony you laid

7    there still?

8        A.   Well, obviously I got moved around a

9    couple times if I'm getting hit, but I never was

10   like struggling. If I'm in the dirt, someone's on

11   top of me there's no way to get off, resist and get

12   away from that. I was done. I was finished. And

13   he knew I was finished.

14       Q.   How did he know you were finished?

15       A.   If, say, you're a big guy, okay, and

16   you're on top of me, how -- and you're on top of

17   me, how am I going to get off of you. I didn't

18   know if he knew I was finished. I don't know what

19   he knew, but it's common sense that I wasn't going

20   anywhere. It's common sense. It's like William

21   Perry being on top of Jim McMahon. Jim's not going

22   anywhere.

23       Q.   At the time at least as you understand

24   Officer Kimble saw you, you were running, right?

                                              182

1    A.   Yes, sir.

2    Q.   When did you understand that who was

3  pursuing you was a police officer?

4    A.   I do not recall.

5    Q.   Was it before or after you went into the

6  flower bed that you realized the person pursuing

7  you was a police officer?

8    A.   I do not recall.

9    Q.   But it was sometime before you went into

10  the flower bed, correct?

11    A.   Well, I almost got killed by three

12  individuals, and then I'm getting attacked by

13  someone I never seen before.  So I assumed that

14  they're all with each other connected.

15    Q.   What do you mean you never seen the guy

16  before?  What are you referring to?

17    A.   I never seen Officer Kimble before.  I

18  never saw him before until he came swinging on me

19  like that, never saw him before.

20    Q.   Okay.

21    A.   And I almost got killed by three people,

22  and then all of a sudden -- and I'm making my

23  getaway, and all of a sudden someone comes out of

24  nowhere.  I believe that they were with each other.

183

1    Q.   So your intent at that point when the

2    fourth person comes on to you, I think you're

3    saying that you didn't know it was Officer Kimble,

4    right?

5    A.   I did not know.

6    Q.   Was to flee and get away from him?

7    A.   Yes, sir.

8    Q.   Your conduct was consistent with somebody

9    trying to get away from Officer Kimble, right?

10   You're saying you didn't know who he was, right?

11   Regardless of who Officer Kimble was, you didn't

12   know who that person was.  As far as you know in

13   your mind it was somebody associated with the three

14   people you just had an altercation with, right?

15   A.   Yes, sir.

16   Q.   So your intent at that point was to get

17   away from him?

18   A.   Yes, sir.

19   Q.   You ran as fast as you could, crossed the

20   street.  Your intent was to get away from this

21   fourth person?

22   A.   Yes, sir.

23   Q.   Okay.  If he would have announced that he

24   was a police officer, would you have stopped?

184

1     A.    Yes, sir.

2     Q.    Would you have taken him over to the three

3  people and said, look, they just tied to kill me?

4     A.    Yes, sir.

5     Q.    Okay.  After you were succumbed by

6  Officer Kimble did you explain to him these people

7  tried to murder you?

8     A.    Yes.

9     Q.    What was his response to that?

10     A.    I do not recall.  I was guilty -- I was

11  cuffed.

12     Q.    Debra Coleman had made her way over to the

13  flower pot area where you were at?

14     A.    And there was more individuals there, too.

15     Q.    Right.  There was another officer that

16  came?

17     A.    Not -- he was not on Garland Court.

18     Q.    But at the time Debra Coleman was there,

19  right?

20     A.    Yes.

21     Q.    And when you turn around and initially ran

22  from Debra Coleman, you heard her screaming out,

23  right?

24     A.    Yes, sir.

185

1     Q.   What was she screaming out?

2     A.   I do not recall.

3     Q.   Something, help, right, she was screaming

4  out as if you had attacked her, right?

5     A.   I do not recall.

6     Q.   All right.  You wouldn't disagree if that

7  was the testimony in this case that she was

8  screaming out as if you attacked her and you were

9  running from her?

10    A.   That I said this, then if I said that,

11  then that's correct; but I do not recall as of now.

12    Q.   All right.  So if Debra Coleman's

13  screaming for help, you're running away and your

14  intent is to get away from the fourth person who

15  happens to be a police officer, you understand why

16  he would try to accost you and take you under

17  control, right?

18    A.   Yes, but I did not know that he was a

19  policeman.  I thought he was connected with them.

20  That's why I kept running.

21    Q.   I understand.  For the same reason

22  Officer Kimble didn't know what you've told us here

23  today, that those people were the aggressors, not

24  you, right?  He wouldn't have known that.  That's

186

1    fair.  In fairness -- right?  In fairness to you,

2    you didn't know that was Officer Kimble, right?

3        A.    Yes, sir.

4        Q.    And in fairness to Officer Kimble, he's

5    responding to circumstances that he's seeing and

6    hearing, right?

7        A.    Yes, sir.

8        Q.    Okay.  So your understanding your running

9    is that this is fourth guy is with the group of

10   people that just tried to murder you?

11       A.    Yes, sir.

12       Q.    Officer Kimble hears Debra Coleman saying

13   you've attacked them, and you're running.  You're

14   not suggesting that Officer Kimble did anything

15   wrong by tracking you down based on that

16   information, correct?

17       A.    Based on my belief, I believe he did do

18   something wrong.

19       Q.    What did he do wrong at that time?

20       A.    Attacking me.  I believe -- I believe that

21   he was part of the three, so, yes, I believe that

22   he was wrong.  But after finding out you say that

23   he didn't know anything, so . . .

24       Q.    I'm being fair to both of you.  You're

                                                  187

1 telling me today under oath, I didn't know it was

2 an officer.  That's why I was running like a bat

3 out of hell to get away from him, right?

4   A. Yes, sir.

5   Q. You were trying to get away from

6 Officer Kimble?

7   A. Yes, sir.

8   Q. All right.  You're intent at that time was

9 to get away from him and free yourself of him and

10 the three others, right?

11   A. Yes, sir.

12   Q. All right.  Officer Kimble comes upon and

13 what he hears is Debra Coleman scream out that you

14 attacked her, and then sees you running away,

15 right?  And as a police officer he then chases you.

16 That's a reasonable response, right?

17   A. Yes, sir.

18   Q. All right.  So in fairness to the

19 situation you can only do and respond to the facts

20 that are before you, right?

21   A. Yes, but I don't know how --

22   Q. Let me ask you this.

23   MR. FITZSIMMONS:  I'm going to object.  You're

24 cutting off his answers, and what you're talking

                188

1   about -- in your questions to him you're putting a

2   lot of stuff in there that's not in our complaint.

3   What we're complaining about is the fact that he

4   was knocked to the ground, brutally beaten and then

5   dragged in there and the racial explicatives and

6   the racial comments.

7       MR. KOEHLER:  We'll get to that, Joe.  I think

8   you know it's fair game to talk about what both

9   parties are presented with.

10  BY MR. KOEHLER:

11      Q.   The reason you were running from

12  Officer Kimble versus stopping is because you --

13  what you told us, you didn't know he was a police

14  officer?

15      A.   Yes, sir.

16      Q.   All right.  And what I'm asking you is in

17  fairness to Officer Kimble, he didn't know that it

18  was you that were attacked based on what Debra

19  Coleman was yelling out, based on the fact you're

20  running, looks like you attacked them and hit the

21  road?

22      A.   I don't know what he thought or what he

23  knew.

24      Q.   If that's what he knew, you wouldn't have

                                                189