CASE NO. _____08 c v 3131_____

ATTACHMENT NO. 10 _____

EXHIBIT _____ D - part 2_____

TAB (DESCRIPTION) _____

1    you're both ganging up on me.

2        MS. ROSEN:  That's true.

3        MS. MAYHEW:  I'm just going to object.  I mean,

4    you've asked her about the last 24 hours.  You're

5    certainly allowed to ask about that.  You'll be

6    able to probably ask to an extent some questions

7    about the night of the incident, the 24 hours

8    leading up to that.  I still fully believe it

9    doesn't matter how long she's been going to this Nu

10   Way clinic, it doesn't matter how long she's been

11   on methadone.  I have to make an objection as to

12   the relevance with respect to any line of

13   questioning with respect to anything beyond what

14   might affect her testimony today or the evening of

15   the incident.

16       MR. FITZSIMMONS:  We will have fun with this.

17       MS. MAYHEW:  I was on methadone.  It actually

18   can be used as an analgesic.  It's prescribed by a

19   doctor.  It's not just for recovering heroin

20   addicts as you put forth.  There are other things

21   that doctors prescribe medications for.

22   BY MR. FITZSIMMONS:

23       Q.   Over the objection, how long have you been

24   going to Nu Way Methadone Clinic for methadone?

                                              60

```
 1      A.   I don't recall that.  I forgot how many

 2   years I've been there.

 3      Q.   Is it before you started working for

 4   Streetwise?

 5      A.   No.

 6      Q.   Okay.  Have you gone to any other --

 7   before you went to Nu Way did you go to any other

 8   methadone clinics?

 9      MS. MAYHEW:  Objection.  Standing objection.

10      MR. FITZSIMMONS:  Standing objection is fine.

11   BY MR. FITZSIMMONS:

12      Q.   Where did you go before Nu Way?

13      A.   Do I have to actually answer these

14   questions?  That's not concerning this here.

15      Q.   Miss Coleman, here's my position.  I don't

16   care if you answer them or not.  However, if you

17   don't answer them, I'm going to move very strongly

18   for the judge to exclude you as a witness because

19   of your credibility.  It doesn't matter to me.  I

20   just assume have you excluded as a witness.  If you

21   want to o help Metra, my suggestion would be answer

22   the questions.  If yu want to hurt metra and help

23   me, then don't answer the questions.

24      MS. ROSEN:  First of all, she's not here to
```

61

1    hurt our help anybody.  That's not her -- she's an

2    independent witness.

3        MR. FITZSIMMONS:  Independent witness as far as

4    you're concerned.  As far as I'm concerned she is a

5    de facto witness for Dion Kimble.

6        MS. ROSEN:  Okay.  I can definitely understand

7    why you're putting her in the category as our

8    witness.  But she is an independent witness.

9    That's number one.  Number two, if you want to ask

10   her about the specific time that's relevant to this

11   period -- what she's doing today is not relevant.

12   Certainly what she was doing many years prior is

13   relevant.  Limit your questions enough to give to

14   your expert within a limited period of time prior

15   to the incident, that would be at least arguably

16   something to bring to the judge; but to ask these

17   broad questions that go well beyond the scope of

18   anything that can come into this case, no that's

19   not relevant at all.  That's meant to harass her.

20       MR. FITZSIMMONS:  It's not meant to harass her.

21   BY MR. FITZSIMMONS:

22       Q.   I want to know how long you've been a

23   methadone patient.  Can you answer that question?

24       A.   I don't -- how long I've been a methadone

                                                      62

```
 1    patient, I don't recall.  I can't remember.

 2        Q.    Okay.  How do you spell the name of this

 3    New Way, N-e-w, W-a-y?

 4        A.    N-u, Nu Way.

 5        Q.    Okay.  Do you have a telephone number for

 6    them?

 7        A.    Not with me.

 8        Q.    Okay.  Do you know their specific street

 9    address?

10        A.    It's right on the corner of 71st and

11    Langley.

12        Q.    So what would that be about if you can

13    surmise, 7500?

14        A.    About 57 east.

15        Q.    75th Street?

16        A.    Yes.

17        Q.    Now, let's go back to August 30, 2007.

18              Did you use methadone on August 30, 2007?

19        A.    No.

20        Q.    Okay.  Did you use it on August 29, 2007?

21        A.    No.

22        Q.    Did you use it on August 28, 2007?

23        A.    Sometimes I skip taking it.

24        Q.    Okay.  Now, in the times that you skipped
```

63

1   taking it, would it be necessary for you to use

2   heroin?

3      A.   No.

4      Q.   How long can you without taking it?

5      A.   72 hours.

6      Q.   Okay.  So are you -- let me clarify my

7   question.  I've asked you about August 28, 29 and

8   30 of 2007.  Are you stating for a fact that you

9   did not take methadone on those days or are you

10   telling me you can't recall if you did?

11      A.   I didn't take it.

12      Q.   How do you know you didn't take it?

13      A.   I know I didn't take it.

14      Q.   All right.  Have you used any alcohol in

15   the last 72 hours?

16      A.   No.

17      Q.   Have you ever been in any kind of an

18   alcohol treatment plan or a clinic?

19      A.   No, no.

20      Q.   Have you ever been diagnosed as

21   schizophrenic?

22      A.   No.

23      Q.   Have you ever been diagnosed as being

24   paranoid?

64

1  A. No.

2  Q. Have you ever been in any type of a mental

3 health facility?

4  A. No.

5  MS. MAYHEW: Objection, relevance.

6 BY MR. FITZSIMMONS:

7  Q. At the time -- in between the time in

8 between August 30, 2007, and today, June 12, 2009,

9 how many times have you been hospitalized?

10  MS. MAYHEW: Objection, relevance.

11  THE WITNESS: What that got to do with this?

12 BY MR. FITZSIMMONS:

13  Q. How many times have you been hospitalized?

14  MS. MAYHEW: As to form.  Do you mean actually

15 admitted or just gone to the ER, I mean, when you

16 say hospitalized.

17 BY MR. FITZSIMMONS:

18  Q. We'll break it down then.

19  How many times have you been admitted to a

20 hospital between August 30, 2007, and June 12,

21 2009?

22  MS. MAYHEW: And I still object on relevance.

23

24 BY MR. FITZSIMMONS:

                   65

1  Q. How many times have you been admitted to a

2 hospital?

3  MS. ROSEN: What is the relevance.

4  MR. FITZSIMMONS: The relevance is that I

5 believe the evidence is going to show that

6 Miss Coleman suffers from paranoid schizophrenia

7 which is the cause of many of her problems in life

8 and that there's a history of it, okay.

9  MS. ROSEN: Okay. Well, if you're going to ask

10 her -- oh.

11  MR. FITZSIMMONS: It goes back to August 30,

12 2007, and will color and affect her judgment on

13 that day and her recollection and memory of what

14 occurred.

15  And I do have a right to go into that,

16 into the ability of this witness to remember, to

17 have perceived correctly at the time, to have been

18 able to make perceptions that a reasonable jury

19 would accept as reasonable. That's why.

20  MS. ROSEN: Well, I don't think any of these

21 alleged mental conditions are such that they

22 actually deprive the witness of being able to

23 remember what the incidents are and to go into that

24 really --

66

1      MR. FITZSIMMONS:  Go off the record for a

2   minute.

3   (Whereupon, a discussion was had off the record.)

4   BY MR. FITZSIMMONS:

5      Q.   Okay.  Miss Coleman, you've indicate that

6   you had take high blood pressure medication.  Did

7   you take any of that medication today prior to

8   coming here?

9      A.   Yes.

10      Q.   What time did you take it at about?

11      A.   About 7:00 this morning.

12      Q.   Did you take medication for diabetes?

13      A.   Yes.

14      Q.   Same time?

15      A.   Yes.

16      Q.   And methadone, did you take methadone

17   today?

18      A.   No.

19      Q.   Yesterday?

20      A.   Yes.

21      Q.   About what time yesterday?

22      A.   About 2:00.

23      Q.   In the afternoon?

24      A.   Yes.

67

1    Q.   Okay.   Is there any other medication that

2    you're -- that is prescribed for you by any source

3    or that you take on a regular basis?

4    A.   My asthma inhaler when I need it.

5    Q.   And what kind of an asthma inhaler do you

6    have?

7    MS. ROSEN:   Again, just all medications, we

8    still maintain a continuing objection.

9    BY MR. FITZSIMMONS:

10   Q.   When is the last time you used your asthma

11   inhaler?

12   A.   A couple of days ago.

13   Q.   What kind of an asthma inhaler is that?

14   A.   Albuterol.

15   Q.   Albuterol.

16   Anything else besides Albuterol, high

17   blood pressure medicine, diabetic medicine and

18   methadone?

19   A.   No.

20   Q.   Okay.   You've indicated you had no other

21   drugs that you used today, right?

22   A.   Right.

23   Q.   I asked you before and we got into an

24   objection, and you never answered the question or

                                              68

1     told us whether or no you're going to refuse to

2     answer.

3              Have you ever been in the last 17 years

4     you've been an employee of Streetwise, have you

5     ever been admitted to a mental health facility?

6         A.   No.

7         Q.   Have you ever been treated --

8         MS. MAYHEW:  Maintain out objection.

9         MR. FITZSIMMONS:  Right, standing objection, I

10    note that.

11    BY MR. FITZSIMMONS:

12        Q.   Have you ever been an outpatient in any

13    type of mental health treatment center?

14        A.   No.

15        Q.   Have you ever been treated by a mental

16    health service provider?

17        A.   No.

18        Q.   Now, let's talk a little bit about your

19    employment with Streetwise.  What are your hours at

20    Streetwise?

21        A.   I work the hours that I choose to work.

22        Q.   Okay.  Are you required to punch in

23    anywhere?

24        A.   No.

                                              69

1    Q.    Do you have a supervisor that supervises

2  your tasks in selling papers?

3    A.    We have a vendor rep.

4    Q.    A vendor rep, okay.

5          Explain to me what the vendor rep does.

6    A.    A vendor rep is -- he's over all the

7  vendors, and people call him if something's going

8  wrong or they want to report something.

9    Q.    Is your position or title that of vendor?

10   A.    Yes.

11   Q.    So that is the name of what you are?

12   A.    A vendor.

13   Q.    Okay.  Do you have that Streetwise badge

14  with you today?

15   A.    I have a badge with me, but not the

16  original.

17   Q.    Did you have the original on August 30 --

18   A.    Yes.

19   Q.    -- 2007?

20   A.    Yes.

21   Q.    What's happened to that original since

22  August --

23   A.    I have been sick, and I haven't went in to

24  have a new badge made.

                                                  70

1    Q.    Did they take that badge away from you at

2    some time?

3    A.    No.

4    Q.    What happened to that badge?

5    A.    I haven't been into the office.  I've been

6    sick.

7    Q.    But you had a badge, though, on August 30,

8    2007, that you claim showed that you were an

9    employee of Streetwise; is that correct?

10   A.    Yes, yes.

11   Q.    Okay.  After August 30, 2007, where did

12   that badge physically go?

13   A.    Back home with me.

14   Q.    So do you still have that badge back home

15   with you now?

16   A.    Yes.

17   Q.    Okay.  And what does that badge from

18   Streetwise say?

19   A.    Streetwise, my name.

20   Q.    Does it have an expiration date?

21   A.    Yes.

22   Q.    What is the expiration date on that

23   particular badge, if you know?

24   MS. MAYHEW:  The one from August 30?

71

1    BY MR. FITZSIMMONS:

2        Q.    The one from August 30, 2007.

3        A.    All I remember is it expired in 2008.

4        Q.    Okay.  Now, you have no specific hours as

5    a Streetwise vendor, correct?

6        A.    Right.

7        Q.    You're not required to punch in at any

8    particular physical location; is that correct?

9        A.    No.

10        Q.    Do you -- does the vendor rep actually

11    supervise your activities?

12        A.    No.

13        Q.    Okay.  The vendor rep doesn't give you

14    direction on how to perform the work?

15        A.    Well, they have the orientation explaining

16    to you how you should act out there.

17        Q.    Does he direct you where to go to sell?

18        A.    We pick our own spots.

19        Q.    Does he direct you in any type of --

20    strike that question.

21              Does he tell you to wear any type of a

22    uniform?

23        A.    Our Streetwise badge.

24        Q.    Other than the Streetwise badge, are

                                                        72

1   you -- do you have any type of specific uniform?

2       A.   Well, they have aprons and hats, but it's

3   your choice if you want to wear if.

4       Q.   So you're not required to?

5       A.   No.

6       Q.   When you are paid, how are you paid?

7       A.   People buying the papers.

8       Q.   Explain to me the nature of the

9   compensation scheme that Streetwise provides for

10  its employees, as you've described yourself,

11  vendors?

12      MS. MAYHEW:  Object as to relevance.

13      THE WITNESS:  What?

14  BY MR. FITZSIMMONS:

15      Q.   Okay.  Does Streetwise pay you in a check?

16      A.   No.

17      Q.   Does Streetwise give you a 1099 form at

18  the end of the calendar year?

19      A.   If you choose to -- I guess there's a 1099

20  form where you can file income tax.

21      Q.   Okay.  Have you ever filed income taxes?

22      A.   Yes.

23      MS. MAYHEW:  I'm just going to make a standing

24  objection as to her compensation, filing a tax

                                                73

1  return, relevance.

2      MR. FITZSIMMONS:  The relevance is that she

3  claims she's an employee.

4      MS. MAYHEW:  I'm just making my objection.  I'm

5  just asking that you -- it be a standing objection.

6      MS. ROSEN:  Well, I'm going to just double tag

7  this one.

8      MR. FITZSIMMONS:  You are.

9      MS. ROSEN:  Her definition of what an employee

10  is, an independent contractor is, you know, may be

11  different.  She's a layperson.

12      MR. FITZSIMMONS:  I know she's a layperson.

13      MS. ROSEN:  Owel, you've obviously asked her

14  that with the 1099.

15      MR. FITZSIMMONS:  I assume that when I put her

16  up on the stand at a jury trial, you're going to

17  ask her, what were you doing.  She's going to say,

18  I was working in the course of my employment with

19  Streetwise.  Okay.

20      MS. ROSEN:  What she understands employment is.

21      MR. FITZSIMMONS:  Do we need to go into whether

22  it really is employment or not, and that's why I'm

23  asking specific questions, Counsel.

24      MS. ROSEN:  That's true, but again . . .

74

1    BY MR. FITZSIMMONS:

2        Q.    How many -- for how many years have you

3    filed income tax returns since you've been a

4    Streetwise employee?

5        MS. MAYHEW:   Can I have a standing objection?

6        MR. FITZSIMMONS:   You can have a standing

7    objection.   You can have a standing objection to

8    the entire -- all of my questions, Miss Mayhew.

9    BY MR. FITZSIMMONS:

10       Q.    For how many of the 17 years that you've

11   been a Streetwise employee have you filed income

12   taxes reporting your Streetwise income?

13       A.    I don't remember.

14       Q.    Okay.   Did you file an income tax return

15   in the beginning of 2009 for the 2008 year?

16       A.    No.

17       Q.    Did you file an income tax return at the

18   beginning of 2008 for the 2007 year which includes

19   this event?

20       A.    No.

21       Q.    Now, correct me if I'm wrong, but what I

22   gather from you is that the Streetwise gives you

23   and other vendors -- rather, the Streetwise vendor

24   rep gives you and the other vendors some

75

1   newspapers, Streetwise newspapers, to sell; is that

2   correct?

3       A.   We have to buy the papers.

4       Q.   Oh, you have to buy the papers?

5       A.   Yes.

6       Q.   How much do you pay for the papers?

7       A.   A dollar and a quarter.

8       Q.   And how much do you sell the papers for?

9       A.   Two dollars.

10      Q.   And approximately how many papers do you

11  sell each day as a Streetwise vendor?

12      MS. MAYHEW:  I'm going to object, especially if

13  you're trying to get into her official compensation

14  and the amount of money she makes.  It's completely

15  irrelevant.

16      THE WITNESS:  What I make, I don't know.  It

17  varies.

18  BY MR. FITZSIMMONS:

19      Q.   I'm going to direct your attention to

20  August 30, 2007.  Do you recall what day of the

21  week that was?

22      A.   Close to the weekend.

23      Q.   Okay.  What time did you start work that

24  day?

                                                    76

1     A.    I had worked off and on all day.

2     Q.    Since what time in the morning?

3     A.    About 11.

4     Q.    Okay.  And where had you worked?

5     A.    I started at Madison and Clark.

6     Q.    And how many newspapers did you have that

7  day?

8     A.    I don't know how many papers I had bought

9  that day.

10    Q.    How many do you normally start with?

11    A.    Sometimes 50, sometimes 30.

12    Q.    At what time did you go to the area of

13  Michigan Avenue between Randolph and Lake?

14    A.    About 7:00.

15    Q.    At any time that day did you have anything

16  to eat?

17    A.    Yes.

18    Q.    What time did you eat?

19    A.    About 5:00.

20    Q.    Okay.  Do you recall --

21    A.    4:30, 5:00.

22    Q.    Do you recall what you had to eat that

23  day?

24    A.    No.

77

1    Q.   Do you recall where you went to eat?

2    A.   McDonald's.

3    Q.   Which McDonald's?

4    A.   On Monroe and Clark.

5    Q.   Okay.  You've indicated that was about

6    5:00?

7    A.   Huh?

8    Q.   Do you recall -- I'm just trying to

9    clarify the time.

10        Did you say 5:00?

11   A.   4:30, 5:00 I went and ate.

12   Q.   Did you have anything to drink that day?

13   A.   No.

14   Q.   Nothing?

15   A.   No more than pop and water.

16   Q.   Pardon me?

17   A.   No more than pop and water because I don't

18   drink.

19   Q.   Okay.  When you went to Michigan Avenue

20   between Randolph and Lake, who were you with?

21   A.   By myself at the time.

22   Q.   After you got there who were you joined

23   by?

24   A.   By myself.

78

1    Q.    Okay.  Did you remain there by yourself

2    throughout the entire evening?

3    A.    No more than people coming up talking to

4    me.

5    Q.    Okay.  Well, who came up and talked to

6    you?

7    A.    People that be down there on a regular

8    basis.

9    Q.    Do you recall the names of any of those

10   people that are down there on a regular basis?

11   A.    No.

12   Q.    There is a relatively large community of

13   people that are around the Loop area on a regular

14   basis in the evening; is that correct?

15   A.    People -- yes, it is.  People would just

16   come up to you and just start a conversation.

17   Q.    Okay.

18   A.    And I couldn't tell you who they are.

19   Q.    And these are people who spend a lot of

20   their time in the Loop are; is that correct?

21   A.    Some of them, some of them not.

22   Q.    Are you familiar with any of these people?

23   A.    Not really.

24   Q.    Okay.  At the time that this incident

79

1    occurred with Mr. Granberg, who were you with at

2    that time?

3        A.    Nobody.

4        Q.    Were you talking to anyone?

5        A.    I was talking to a girl.

6        Q.    And who was that girl?

7        A.    I don't know her name.

8        Q.    Okay.  Had you seen her before that day?

9        A.    Yes.

10       Q.    Have seen her since that day?

11       A.    Yes.

12       Q.    She spends a lot of time in the Loop area;

13   is that correct?

14       A.    I don't know where she spend her time.  I

15   just run into her in the Loop.

16       Q.    Can you describe her for me?

17       A.    Brown-skinned, about my height.

18       Q.    So we're talking about a woman, correct?

19       A.    Yes.

20       Q.    African American?

21       A.    Yes.

22       Q.    Age?

23       A.    Anywhere between her 40s and 50s.

24       Q.    Okay.  About your height; is that correct?

                                                    80

1    A.    Yes.

2    Q.    What was she wearing that day?

3    A.    Some jeans, she had on some jeans.

4    Q.    And what did she say to Mr. Granberg when

5  he hit you with the stick?

6    MS. MAYHEW:  I'm going to object.  I don't know

7  that we've established that she said anything at

8  all to him --

9  BY MR. FITZSIMMONS:

10    Q.    Did she say anything to Mr. Granberg?

11    MS. MAYHEW:  -- other that she was present when

12  Mr. Granberg was --

13    THE WITNESS:  She wasn't even there when he hit

14  me with the stick.

15  BY MR. FITZSIMMONS:

16    Q.    Well, you just said you were talking to

17  her.

18    A.    I was talking to a lady.  I didn't talk to

19  her that long.

20    Q.    Okay.  Well, how long did you talk to her?

21    A.    Just a few minutes.

22    Q.    Okay.  And this was right at the same time

23  when Mr. Granberg came up to you?

24    A.    No.

81

```
 1      Q.   When was this?

 2      A.   This was before he came up to me.

 3      Q.   How long before?

 4      A.   I can't tell you how long it was.

 5      Q.   How about a man, were you talking to a

 6  man?

 7      MS. MAYHEW:  I'm going to object in terms of

 8  the limited time and scope on that day.

 9  BY MR. FITZSIMMONS:

10      Q.   When Mr. Granberg approached you, were you

11  talking to a man?

12      A.   Not when he approached me.

13      Q.   Okay.  At any time during the incident

14  with Mr. Granberg was there a man in the vicinity

15  who you knew?

16      A.   Not that I knew.

17      Q.   Okay.  Well, was there a man in the

18  vicinity?

19      A.   A man came up after he hit me with the

20  stick.

21      Q.   Okay.  Can you tell me -- can you describe

22  that man for me?

23      A.   Kind of tall, kind of healthy, African

24  American, braids.
```

82

1      Q.    Is he someone that you regularly see in

2  the area of the Loop?

3      A.    No.

4      Q.    How was he dressed?

5      A.    Like a bum.

6      Q.    Like a bum?

7      A.    Yes.

8      Q.    Okay.  Would you describe him as one of

9  the homeless community?

10     A.    I would.

11     Q.    And the woman that you just described a

12  little while ago, would you describe her as someone

13  from the homeless community of the Loop area?

14     A.    Just to look at her, no.

15     Q.    Do you know for -- well, do you have any

16  belief as to whether or not she may be a member of

17  the homeless community in the north Loop area?

18     MS. MAYHEW:  Objection, relevance as to her

19  personal thoughts on whether the woman may or may

20  not be homeless.

21     THE WITNESS:  I don't judge people on what

22  really they have on.

23  BY MR. FITZSIMMONS:

24     Q.    Well, I'm not asking you to judge.  I'm

83

1    asking to indicate whether or not your belief or

2    your perception of her --

3        A.   I can't give --

4        Q.   -- based upon -- let me finish -- based

5    upon all the times you've seen her, the area you've

6    seen her at and the way she was dressed and

7    conducted herself, based upon all those

8    circumstances do you have any belief that she may

9    be a member of the homeless community or that she

10   is not a member of the homeless community?

11       A.   If I'm just saying the way she dressed,

12   no.

13       Q.   But aside from the way she's dressed, the

14   fact that she's down there, you see her frequently

15   and the way she talks and carries on, what would

16   you say?

17       MS. MAYHEW:  Objection as to relevance.

18           Go ahead.

19       THE WITNESS:  I see her from time to time, I

20   don't see her that frequent.

21   BY MR. FITZSIMMONS:

22       Q.   Have you ever seen her selling Streetwise?

23       A.   No.

24       Q.   The man that you've just described, have

                                                    84

1    you ever seen him selling Streetwise?

2        A.    No.

3        Q.    You told me that you had a meeting with

4    Miss Rosen and Miss Mayhew several months ago at a

5    restaurant?

6        A.    Yes.

7        Q.    When is the first time after August 30,

8    2007, that you were contacted by any employee of

9    Metra about this lawsuit?

10       A.    About a year ago.

11       Q.    Okay.  What happened a year ago, can you

12   tell my what kind of contact happened a year ago?

13       A.    They just called me.

14       Q.    When you say they, who is they?

15       A.    I don't know which one of them it was.

16       Q.    One of these ladies?

17       A.    Yeah, yes.

18       Q.    And did they call you at 773-503-2777?

19       A.    Yes.

20       Q.    And what was said?  What did the Metra

21   employee say to you, and what did you say to the

22   Metra employee?

23       A.    Well, all they said was they needed my

24   statement, if I could give it of what happened.

                                                    85

1    Q.   Did you give a statement on the phone?

2    A.   No.

3    Q.   Okay.  What did you tell them about giving

4 a statement?

5    A.   I told them I would give a statement.

6    Q.   Okay.  And what other conversation did you

7 have during that phone call?

8    A.   No more than what happened.

9    Q.   You told them what happened?

10    A.   Not on the telephone.

11    Q.   Okay.  Well, I'm talking about what was

12 said between you and the Metra employee on the

13 telephone.

14    A.   Me and the Metra --

15    Q.   Yeah, the person that called and you, what

16 did you talk about?

17    A.   We set up a lunch date.

18    Q.   That was when you set up the lunch

19 daylight at Maxie's; is that correct?

20    A.   Yes.

21    Q.   Okay.  Now, when you with them at Maxie's,

22 were you working for Streetwise that day?

23    A.   Yes.

24    Q.   And it was several months ago?

86

1    A.    Yes.

2    Q.    Do you recall if it was in the winter when

3  it was cold and snowing?

4    A.    I don't know.

5    Q.    Okay.  So you really have no recollection

6  of when that occurred, right?  Is that fair to say?

7  I'm not trying to badger you.

8    MS. MAYHEW:  I'm just going object to

9  mischaracterization of the testimony.  She said it

10  was a few months ago.

11    MR. FITZSIMMONS:  She's used the word several.

12  Every time you've corrected me on that.

13    MS. MAYHEW:  I think she's used both, several

14  and few, so, I mean, other than her knowing that.

15  BY MR. FITZSIMMONS:

16    Q.    Okay.  So I'm asking you now, several

17  months ago was in the winter, was it in the winter

18  when it was cold?

19    A.    It was in the winter.

20    Q.    Okay.  Who was there?

21    THE WITNESS:  What is your name?

22    MS. MAYHEW:  Mine?

23    THE WITNESS:  Yes.

24    MS. MAYHEW:  Jennifer Mayhew.

87

1 BY MR. FITZSIMMONS:

2   Q. Miss Mayhew was there; is that correct?

3   A. Miss Mayhew.

4   Q. And Miss Rosen?

5   A. Yes.

6   THE WITNESS: That's your name?

7   MS. ROSEN: Yes.

8 BY MR. FITZSIMMONS:

9   Q. Was anybody else there?

10   A. Two gentlemen.

11   Q. Did you get their names?

12   A. They gave it to me, but I don't remember.

13   Q. Did anybody have a tape recorder?

14   A. No.

15   Q. Did you see anybody writing notes on a pad

16 of paper?

17   A. Not at the time.

18   Q. Okay. Not at the time?

19   A. Not right then. I didn't see no paper or

20 pen.

21   Q. Okay. After you had that lunch were you

22 ever contacted by Metra again?

23   A. About a month ago.

24   Q. How did you -- how were you contacted

                     88

1    about a month ago?

2        A.    By phone.

3        Q.    Who called you, if you know?

4        A.    I don't know which one of the ladies

5    called.

6        Q.    One of the ladies, though, one of these

7    ladies here; is that correct?

8        A.    Yes.

9        Q.    What did you talk about during that phone

10   call?

11       A.    We set up another lunch date.

12       Q.    Okay.  And when did you have lunch with

13   them pursuant to that conversation?

14       A.    Yesterday.

15       Q.    Okay.  Yesterday being Thursday, June 11,

16   isn't that correct?

17       A.    Yes.

18       Q.    Okay.  Where did you have lunch with them?

19       A.    At Maxie's.

20       Q.    At Maxie's.

21             Did they buy lunch?

22       A.    Yes.

23       Q.    Okay.  How long did that meeting last?

24       A.    About 45 to an hour.

89

1    Q.   What did you discuss during that lunch?

2    A.   Questions that I was going to be asked.

3    Q.   Okay.  What questions did they discuss

4  with you?

5    A.   Of what happened, they asked me what

6  happened.

7    Q.   Okay.  And did you tell them what

8  happened?

9    A.   Yes.

10    Q.   Okay.  Were you -- did you meet with both

11  ladies?

12    A.   Yes.

13    Q.   Were there any gentlemen there?

14    A.   One.

15    Q.   Do you know his name?

16    A.   I can't recall it.

17    Q.   So that was yesterday, and you can't

18  recall his name; is that correct?

19    A.   I don't know his name.

20    Q.   Did he introduce himself?

21    A.   I'm not good with names.

22    Q.   That's fair.

23         The gentleman, can you describe him to me?

24    A.   Tall, African American, a little low cut

90

1    natural.

2         Q.    What was he wearing?

3         A.    Nice pair of pants and a shirt, tie.

4         Q.    Did he have a suit coat on?

5         A.    I don't think he had a suit coat on.

6         Q.    Do you recall what color the pants were?

7         A.    No.

8         Q.    Okay.  Did he introduce himself to you?

9         A.    He introduced himself.

10        Q.    Is he a lawyer or is he a police officer?

11    MS. MAYHEW:  Or something else.

12    THE WITNESS:  He didn't say what he was.

13    BY MR. FITZSIMMONS:

14        Q.    Okay.  Did he give you a business card?

15        A.    No.

16        Q.    Did they -- was anybody using a tape

17    recorder?

18        A.    No.

19        Q.    After August 30, 2007, when is the next

20    time you met one of the Metra police officers that

21    were involved in this incident?

22        A.    I haven't met them.

23        Q.    Okay.  Had you ever met or talked to

24    either one of those two Metra police officers --

                                                    91

1    A.    No.

2    Q.    -- of August 30, 2007, before that date?

3    A.    No.

4    Q.    Okay.  Do you know the names of either one

5  of those Metra police officers?

6    A.    No, I don't.

7    Q.    You said that Mr. Granberg ran from the

8  7-Eleven area in a southwest direction, correct?

9    A.    Yes.

10    Q.    Down do Randolph Street and then more west

11  than southwest; is that correct?

12    A.    Well, it was about a half block west.

13    Q.    Now, did you see him fall at any time and

14  lose his shoe?

15    A.    I turned my head.

16    Q.    Okay.  When you turned your head back,

17  what was going on?

18    A.    They was over in the grass.

19    Q.    Okay.  And he refused to put his hands

20  behind his back to be handcuffed; is that correct?

21    A.    Yes.

22    Q.    How many times was it necessary for the

23  Metra officer to strike him with a baton before

24  Mr. Granberg -- answer my question -- before

92

1    Mr. Granberg complied and put his hands behind his

2    back?

3        MS. MAYHEW:  I'm going to object to the form of

4    the question, mischaracterization of testimony,

5    particularly since she testified he never used a

6    baton.

7        MR. FITZSIMMONS:  All right.

8        MS. MAYHEW:  Form of the question, foundation.

9        MR. FITZSIMMONS:  Can you read it back?

10   (Whereupon, the record was read as requested.)

11   BY MR. FITZSIMMONS:

12       Q.   How many times was it necessary for the

13   police officer to strike Mr. Granberg with a baton

14   before Mr. Granberg complied and put his hands

15   behind his back?

16       MS. MAYHEW:  Objection, foundation.

17       MR. FITZSIMMONS:  Your objection is already

18   noted.  You interrupted her answer.  Counsel, I

19   consider this to be an unethical way to preclude

20   her from answering in spontaneous manner.

21       MS. MAYHEW:  I'm allowed to make my objections.

22       MR. FITZSIMMONS:  You have.

23       MS. MAYHEW:  Since you had to reask the

24   question because she missed, I wanted to make sure

93

1    that my objections were properly noted.  My

2    objections are mischaracterization of the

3    testimony, form of the question and foundation.

4    BY MR. FITZSIMMONS:

5        Q.    Do you understand the question?

6        A.    Yes.

7        Q.    Okay.  Your answer is?

8        A.    He never hit him with no baton.

9        Q.    He never hit him.

10       A.    That I saw?

11       Q.    How would you describe that first police

12   officer physically?

13       A.    The average officer.

14       Q.    The average officer, what is the average

15   officer?

16       A.    Talking to you first, asking you to put

17   your hands behind your back.

18       Q.    Okay.  What did he look like?  He was

19   obviously a man, correct?

20       A.    Yes.

21       Q.    He was in some type of a black uniform,

22   correct?

23       A.    Yes.

24       Q.    Was he African American or White?

                                                    94

```
1       A.    African American.

2       Q.    How tall was he, short, medium, tall?

3       A.    Shorter than you.

4       Q.    Shorter than me, okay.

5             Was he well-built and muscular or average

6   in size?

7       A.    He was kind of on the average size.

8       Q.    Okay.  And about how old would he be, 25

9   to 35, 35 to 45, 55?  How old?

10      A.    I really can't answer that because you

11  can't look at people these days and tell how old

12  they is.

13      Q.    So what you're saying is that you have no

14  idea how old he may have been?

15      A.    No.

16      Q.    Okay.  Now, you said there was a second

17  police officer that came out, they talked on a

18  walkie-talkie and then came up from the Metra

19  station; is that correct?

20      A.    Yes.

21      Q.    Describe him.

22      A.    He was African American, I guess about

23  your height, black uniform.  That's about it.

24      Q.    Okay.  Young man?
```

95

1    A.   I can't tell you if he was young or old.

2    Q.   Would you recognize him again if you were

3  to see him?

4    A.   Not really, it's been so long.

5    Q.   Okay.  In that -- in the time that it's

6  been so long which is almost two years now, a lot

7  of your memory has faded; is that correct?

8    A.   Some of it has.

9    Q.   Okay.  How long did you remain in the

10  Metra station?

11    A.   About 40 minutes to an hour.

12    Q.   Now, during the time that you were in the

13  Metra station, what was physically wrong with you?

14    A.   My wrist.

15    Q.   Was it broken?

16    A.   No.

17    Q.   Okay.  Was it bleeding?

18    A.   No.  It had swole.

19    Q.   It?

20    A.   Had swollen right up in here.

21    Q.   It was swollen?

22    A.   Yes.

23    Q.   Who called the -- you indicated an

24  ambulance came.  Who called for the ambulance, if

96

1    you know?

2        A.    Metra.

3        Q.    What kind of an ambulance was it?

4        A.    A Chicago ambulance.

5        Q.    When you say Chicago, would that be the

6    Chicago fire department?

7        A.    Yes.

8        Q.    Did the paramedics take a look at your

9    wrist?

10       A.    They looked at it.

11       Q.    Did they take you in the ambulance to a

12   hospital?

13       A.    Yes.

14       Q.    Which hospital?

15       A.    Northwestern.

16       Q.    What happened at Northwestern Hospital

17   after you got there?

18       A.    Well, they took my name and stuff after

19   the ambulance had gave them the paper.

20       Q.    And you gave them the name, Deborah

21   Coleman; is that correct?

22       A.    Yes.

23       Q.    Did you give them your correct street

24   address?

97

1      A.    Yes, I did.

2      Q.    Okay.  And who did you give that

3  information to?

4      A.    I gave it to a nurse.

5      Q.    Okay.  And what did they do for your

6  injury after that?

7      A.    They took x-rays.

8      Q.    Okay.

9      A.    When the x-rays came back they just told

10  me that I had a bruise on it and told me to keep it

11  in the sling.

12      Q.    Did they give you any instructions in

13  writing?

14      A.    Keep a cold pack on it.

15      Q.    Did they give you any instructions in

16  written form?

17      A.    They put on there to keep a cold pack on

18  it.

19      Q.    Okay.  So would if be fair to say they did

20  give you some written document that had

21  instructions on how to treat your injury?

22      A.    They gave me a paper that already be wrote

23  up.

24      Q.    Did you keep those papers?

98

1        A.    I don't know what I did with them.

2        Q.    Okay.  Did you ever get a bill from

3    Northwestern Hospital?

4        A.    Yes.

5        Q.    Do you still have any of those bills?

6        A.    I threw them in the garbage.  I can't

7    afford to pay for them.

8        Q.    Okay.  Do you wear glasses?

9        A.    Yes.

10       Q.    Do you have your glasses today?

11       A.    Not my seeing glasses, but I got glasses

12   on my head.

13       Q.    Well, what are --

14       A.    These just some -- just some glasses.

15       Q.    When you say your seeing glasses, what do

16   you mean by seeing glasses?

17       A.    Prescription glasses.

18       Q.    Okay.  What kind of a sight disability do

19   you have, if you know?

20       A.    Nearsighted.

21       Q.    Okay.  Who prescribes your glasses or who

22   examines your eyes?  Let's start with who examines

23   your eyes first.

24       A.    For Eyes I think it was on Michigan and --

                                                    99

1    I mean State and Madison.

2         Q.    State and Madison?

3         A.    Yes.

4         Q.    Did you buy your glasses from For Eyes?

5         A.    I think it's For Eyes, I'm not for sure if

6    that's the exact name, but I know I bought them on

7    Michigan and Madison.

8         Q.    Okay.  Did you have your eyeglasses with

9    you on August 30, 2007?

10        A.    In my purse.

11        Q.    Okay.  But you weren't wearing them when

12   all of this happened; is that correct?

13        A.    No.

14        Q.    Have you ever had eyeglasses prescribed or

15   sold to you by Cook County Hospital?

16        A.    No.

17        Q.    Do you have any kind of an insurance card

18   or insurance plan that would provide you with

19   eyeglass benefit?

20        A.    No.

21        Q.    Do you recall how much your glasses cost?

22        A.    It was is a hundred-and-something dollars

23   for the exam and the glasses.

24        Q.    And how long ago was that?

                                                    100

1     A.   About three years.

2     Q.   At any time during this incident did you

3   see any blood on my client, Mr. Granberg?

4     A.   No.

5     Q.   Did you see any injuries?

6     A.   No.

7     Q.   Did you see these police officers strike

8   him?

9     A.   No.

10    Q.   Would it be fair to say that his repeated

11  comments about the real police made these officers

12  mad?

13       MS. MAYHEW:   Object, speculation.

14  BY MR. FITZSIMMONS:

15    Q.   To you, did they appear to be angry about

16  the comments that he wanted real police?

17    A.   Did he?

18    Q.   Did either one of the Metra police

19  officers --

20    A.   No.

21    Q.   -- appear to be mad?

22    A.   No.

23    Q.   Okay.  You have not seen either one of

24  these police officers since that date; is that

                                              101

1    correct?

2        A.    No.

3        Q.    Have you ever been chased out of the Metra

4    station for selling Streetwise?

5        A.    I don't sell at Streetwise (sic).

6        Q.    Pardon me?

7        A.    I don't sell at Metra station.

8        Q.    Is there somebody who does?

9        A.    A gentleman upstairs.

10        Q.    And what is his name?

11        A.    I don't know his name.

12        Q.    Aside from the meetings we talked about

13    between you and the Metra attorneys, has any Metra

14    investigator or any other Metra employee ever

15    approached you and taken a written statement?

16        A.    No.

17        Q.    Have you ever been asked to sign some type

18    of a written statement?

19        A.    No.

20        Q.    To the best of your knowledge has anyone

21    ever made a tape recording of any of your

22    statements?

23        A.    No.

24        Q.    Do you know whether or not when you had

102

1      the first lunch whether or not the two men that

2      were with Ms. Rosen and Mayhew were attorneys?

3          A.    I don't know.

4          Q.    Did they introduce themselves to you?

5          A.    Yes.

6          Q.    Would it be fair to say that prior to --

7      just a few minutes ago that even though you met

8      with Miss Mayhew and Miss Rosen at least twice, you

9      didn't recall their names; is that correct?

10         A.    I'm not good with names.

11         Q.    Okay.  At any time during this incident

12     did you see Mr. Granberg lose his shoe?

13         A.    I didn't see him lose his shoe.

14         Q.    When they took him downstairs in

15     handcuffs, did he have two shoes on or one shoe?

16         A.    He was carrying a shoe.

17         Q.    How was he carrying it?

18         A.    In his hand.

19         Q.    And where were his hands?

20         A.    Behind his back.

21         Q.    So he was carrying a shoe behind his back?

22         A.    Carrying a shoe.

23         Q.    And he also took out an identification

24     card?

                                                    103

1    A.   I don't know if he took it out or what.

2  He had it out and he dropped it.

3    Q.   Okay.  It's necessary to advise you that I

4  am going to go to court and ask for an order that

5  will compel you to answer some of the questions

6  that you refused to answ4er, so we may be back here

7  again.  But as far as I'm concerned at this point

8  I'm done with all those questions.

9    MS. MAYHEW:  With that proviso, I mean, I think

10  we're done.

11    MR. FITZSIMMONS:  Are you done, too?  No

12  redirect?

13    MS. MAYHEW:  Just give me two seconds.

14    MR. FITZSIMMONS:  No lawyer takes two seconds.

15    MS. MAYHEW:  I'm good.  No further questions.

16    MR. FITZSIMMONS:  Let's do signature.

17    MS. MAYHEW:  Of course pending any motion that

18  Mr. FitzSimmons brings before the court and

19  whatever might happen with that with respect to

20  this deposition today, you have a right in the

21  event it's ordered to be written up to review it

22  and go over it and make corrections.  The only kind

23  of corrections you can make are to spelling,

24  punctuation, grammar.  You cannot change the nature

104

1    of your testimony.  You can't change a yes to a no

2    or anything like that.

3         The other option is that if this is

4    ordered to be written or transcribed, you think

5    everything's been taken down fine, you don't need a

6    copy, you don't need to review it.  Which would you

7    like to do?

8    MS. ROSEN:  You should know people do it both

9    ways.  It doesn't matter to the attorneys here.

10    MR. FITZSIMMONS:  And I am going to order it.

11    THE WITNESS:  I'll get a copy.

12    MS. MAYHEW:  Show reserved.

13         FURTHER DEPONENT SAITH NAUGHT.

14

15

16

17

18

19

20

21

22

23

24

105

1    STATE OF ILLINOIS  )

2                       )  SS:

3    COUNTY OF C O O K  )

4           I, RAELENE STAMM, a Notary Public within

5    and for the County of Cook and State of Illinois,

6    do hereby certify that heretofore, to-wit, on the

7    12th day of June 2009, personally appeared before

8    me DEBORAH COLEMAN, a witness in a certain cause

9    now pending and undetermined in the United States

10   District Court, Northern District of Illinois,

11   Eastern Division, wherein MATTHEW GRANBERG is the

12   Plaintiff and METRA POLICE OFFICER DION KIMBLE,

13   STAR NUMBER 105, SERGEANT ALFRED COLLINS, and

14   POLICE OFFICER LARRY GEANES are the Defendants.

15          I further certify that the said DEBORAH

16   COLEMAN was by me first duly sworn to testify the

17   truth, the whole truth, and nothing but the truth

18   in the cause aforesaid; that the testimony then

19   given by said witness was reported stenographically

20   by me in the presence of said witness and

21   afterwards reduced to typewriting by Computer-Aided

22   Transcription, and the foregoing is a true and

23   correct transcript of the testimony so given by

24   said witness as aforesaid.

                                                107

1        I further certify that the signature to

2   the foregoing deposition was not waived by counsel

3   for the respective parties.

4        I further certify that the taking of this

5   deposition was pursuant to Notice and that there

6   were present at the deposition the attorneys

7   hereinbefore mentioned.

8        I further certify that I am not counsel

9   for nor in any way related to the parties to this

10  suit, nor am I in any way interested in the outcome

11  thereof.

12      IN TESTIMONY WHEREOF:  I have hereunto set

13  my hand and affixed my notarial seal this 22nd

14  day of __June__, 2009.

15

16

17

18  _Raeene Slann_

19          NOTARY PUBLIC, COOK COUNTY, ILLINOIS

20

21

22

23

24                                          108

**WORD INDEX**

**A**

ability
49:4 57:5
66:16
able
28:21 30:18
35:9 59:19
60:6 66:18
66:22
above-entitled
106:12 109:10
accept
66:19
accurate
33:1
accurately
106:14
accuse
48:4
act
72:16
activities
72:11
addict
59:23
addicts
60:20
address
33:6 42:6 63:9
97:24 109:12
admissible
54:15,18 55:4
55:7
admitted
65:15,19 66:1
69:5
advise
104:3
affect
60:14 66:12
affixed
108:13
afford
99:7
aforesaid
107:18,24
African
45:22 80:20
82:23 90:24
94:24 95:1
95:22
afternoon
67:23
age
37:11 80:22
agencies
55:23
ages
6:23,23
ago
7:7 44:15
68:12 83:12
85:4,10,11
85:12 86:24
87:10,17
88:23 89:1
100:24 103:7
agree
49:1
agrees
42:24
ahead
32:5 52:8
57:10 84:18
aid
47:14,16,19
49:11,12
50:5,15,16
Albuterol
68:14,15,16
alcohol

64:14,18
Alfred
1:9 41:21
106:7 107:13
alleged
66:21
allow
10:4
allowed
60:5 93:21
ambulance
36:6 96:24,24
97:3,4,11,19
American
45:22 80:20
82:24 90:24
94:24 95:1
95:22
amount
11:23 76:14
analgesic
60:18
angry
101:15
ANN
2:11
Annette
41:21
answer
5:5,11,24
42:14,17,22
49:4,9,10
50:18 52:8
56:6,11 57:6
61:13,16,17
61:21,23
62:23 69:2
92:24 93:18
94:7 95:10
104:5
answered
68:24
answering
5:23 93:20
answers
4:18 106:15
answ4er
104:6
Anthony
39:5,21
anticipate
5:16
anybody
62:1 88:9,13
88:15 91:16
apartment
4:13
appear
36:15 101:15
101:21
108:16
109:13,15
APPEARANCES
2:1
appeared
107:7
appointment
109:12,15
approached
13:14,22 14:1
82:10,12
102:15
approximately
76:10
aprons
73:2
area
9:20,21 13:11
21:19,24
31:18 77:12
79:13 80:12
83:2,13,17

84:5 92:8
arguably
62:15
arguing
15:4
arm
27:11,14,17
arrangements
109:15
arrest
26:13 27:8,24
31:22
arrested
23:14 54:12,23
55:19,21,24
56:5
Art
19:3,4
aside
84:13 102:12
asked
11:19 14:23
18:11,12
30:5 33:16
51:6 55:7
60:4 64:7
68:23 74:13
90:2,5
102:17
106:15
asking
5:24 8:17 48:2
74:5,23
83:24 84:1
87:16 94:16
assume
5:6 61:20
74:15
asthma
68:4,5,10,13
ate
78:11
attention
76:19
attorney
37:9 43:13
48:11,18,19
attorneys
43:5,9 44:24
46:17 102:13
103:2 105:9
108:6 109:16
August
9:7 10:17,22
45:12 47:6
49:16,21
59:21 63:17
63:18,20,22
64:7 65:8,20
66:11 70:17
70:22 71:7
71:11,24
72:2 76:20
85:7 91:19
92:2 100:9
Avenue
9:18,19 13:10
16:21 20:7
33:18 77:13
78:19
average
94:13,14,14
95:5,7
a.m
1:21

**B**

B
3:11
baby
37:20,22

back
9:7 11:6 12:22
12:24 13:5
13:20 14:9
16:11,12
17:1 18:11
18:12,14,17
18:23 22:7
33:17 43:10
46:18,20
59:7 63:17
66:11 71:13
71:14 92:16
92:20 93:2,9
93:15 94:17
98:9 103:20
103:21 104:6
background
48:5,6,6 52:5
badge
9:4 10:13
23:23 70:13
70:15,24
71:1,4,7,12
71:14,17,23
72:23,24
badger
87:7
based
84:4,4,7
basis
68:3 79:8,10
79:14
baton
21:2 92:23
93:6,13 94:8
beating
31:3,4,4
began
17:3
beginning
75:15,18
behalf
2:7,15
belief
83:16 84:1,8
believe
49:9 59:18
60:8 66:5
believes
49:3
benefit
100:19
best
5:23 102:20
beyond
60:13 62:17
bill
47:9,11 99:2
bills
99:5
birth
37:12 38:11
bit
69:18
bitch
11:7 12:7 14:2
14:15
black
23:22 25:13
94:21 95:23
bleeding
96:17
block
92:12
blood
56:19 57:16
58:7 67:6
68:17 101:3
Board
53:23
born

37:16,18 39:18
bought
44:14 77:8
100:6
Boulevard
1:19 2:12
braids
82:24
break
5:9,12 65:18
breath
18:10
brief
18:20
bring
62:16
brings
104:18
broad
62:17
broke
16:8
broken
96:15
brother-in-law
6:16
brought
45:15
Brown-skinned
80:17
bruise
98:10
building
17:10 19:2,12
19:13,15,22
20:4 25:5
41:11,13,14
41:16 53:24
bum
83:5,6
bus
34:19
business
91:14
buy
8:13,18,20 9:1
13:17 43:18
78:3,4 89:21
100:4
buying
73:7

**C**

C
107:3
calculating
54:15
calendar
73:18
call
22:16,16 24:22
29:1 37:22
70:7 85:18
86:7 89:10
109:11
called
1:13 4:4 22:14
36:6 85:13
86:15 89:3,5
96:23,24
calling
22:11,13
calls
9:3
card
91:14 100:17
103:24
care
61:16
carries
84:15

carrying
103:16,17,21
103:22
case
45:1 47:23
48:24 50:8
62:18
Casual
14:6
category
62:7
caught
18:9
cause
66:7 106:12
107:8,18
109:10
cc
109:24
cent
11:3
center
19:10 69:13
cents
11:24
certain
48:3,9 107:8
certainly
54:17 55:2
60:5 62:12
Certified
106:12 109:3
certify
106:10 107:6
107:15 108:1
108:4,8
change
104:24 105:1
charged
36:16
chased
23:2 102:3
chasing
18:9 34:15
check
73:15
chef
51:20
Chicago
1:19 2:5,13
6:6,7 24:22
35:2,3,7,10
35:18 36:5
37:17 41:3
51:3 58:2
97:4,5,6
109:2,6
child
39:2,4,6,14,18
children
6:17,19 38:24
40:18 42:5,8
42:10,11
children's
6:23
choice
73:3
choose
69:21 73:19
circumstances
84:8
city
38:15 41:3
51:3
Civil
1:14 109:20
claim
45:19 71:8
claims
74:3
clarify
64:6 78:9

Clark 43:23,24 44:18 77:5 78:4
Clean 14:8
clear 19:21
clearer 50:11
client 45:15,19 48:4 101:3
clients 45:4
clinic 59:2,4 60:10 60:24 64:18
clinics 61:8
Close 76:22
coat 91:4,5
cold 87:3,18 98:14 98:17
Coleman 1:13 3:3,13 4:3,10 32:6 32:7,11 37:8 38:10 39:5 39:15,21 40:13,21 61:15 66:6 67:5 97:21 106:18 107:8 107:16 109:5 109:9
COLLINS 1:9 106:7 107:13
color 66:12 91:6
come 8:21 11:3,6,11 14:11 15:12 25:4 33:14 34:20 44:4 48:3 62:18 79:16 109:12
coming 17:18 67:8 79:3
comment 34:16
comments 101:11,16
commercial 51:20,20
community 79:12 83:9,13 83:17 84:9 84:10
compel 104:5
compensation 44:4 50:13,14 73:9,24 76:13
complaint 32:3,22 33:2,9 33:15 34:24 36:5,8,16
completed 5:20,24 109:16
completely 76:14
complied 93:1,14
Computer-Aided 107:21
concerned

62:4,4 104:7
concerning 61:14
conditions 66:21
conducted 84:7
consider 93:19
considered 50:1
constitutional 45:21
contact 85:12
contacted 85:8 88:22,24
continued 27:5
continuing 68:8
continuously 49:21
contractor 74:10
conversation 46:13 79:16 86:6 89:13
convicted 7:12,14 54:21
conviction 54:19 55:3
convictions 54:17
Cook 1:18 38:15 39:23 56:24 57:17 100:15 107:5 108:19
cooking 51:16,17
copy 33:2 36:8 105:6,11
Corliss 41:2
corner 17:10,11,21 19:11,16 63:10
correct 38:24 40:19 41:7 44:1 46:14 47:2,3 47:7 56:3 57:18 71:9 72:5,8 75:21 76:2 79:14 79:20 80:13 80:18,24 86:19 88:2 89:7,16 90:18 92:8 92:11,20 94:19,22 95:19 96:7 97:21,23 100:12 102:1 103:9 107:23
corrected 87:12
corrections 104:22,23
correctly 66:17
correspondence 109:13
cost 100:21
counsel 74:23 93:18 108:2,8

country 39:24
County 1:18 38:15 39:23 57:1 57:17 58:9 100:15 107:3 107:5 108:19
couple 68:12
course 74:18 104:17
court 1:1 4:16,21 5:18 36:14 36:18 37:2 42:20 45:20 48:13 49:10 55:3,11 104:4,18 106:1 107:10 109:1,18,22
Courts 1:15 109:20
covered 54:17
Crane 40:24 41:1
credibility 48:2 61:19
crime 7:14
CSR 1:23 109:23
cuffs 21:8,9,11 22:4 22:9 23:3
Cultural 19:10
cursing 22:12 24:7,11 30:23
cut 90:24
CV 1:6 106:6
C-o-l-e-m-a-n 4:11

D
2:2 3:1
damn 24:14,15,16 28:24 31:1
dark 13:7
date 9:9 36:14 37:12 71:20 71:22 86:17 89:11 92:2 101:24 109:8 109:13
day 1:20 36:18 37:14 44:19 46:13 66:13 76:11,20,24 77:1,7,9,15 77:23 78:12 80:8,10 81:2 82:8 86:22 106:21 107:7 108:14
daylight 86:19
days 53:19 54:1 64:9 68:12 95:11 109:13

de 62:5
Dear 109:9
Deborah 1:13 3:3 4:3 4:10,12 6:3 6:8 7:9 97:20 106:18 107:8,15 109:5
deceased 38:17
deceit 7:15
deception 55:8
Defendant 2:15
Defendants 1:11 106:8 107:14
definitely 62:6
definition 74:9
department 2:9 42:11 47:13 50:5 50:15 56:3 97:6 109:11 109:23
DEPONENT 105:13
deposition 1:13 3:13 4:13 7:10 32:7,11 48:18 104:20 106:11 108:2 108:5,6 109:8,10,13 109:16
depositions 1:16
deprive 66:22
describe 80:16 82:21 83:8,12 90:23 94:11 95:21
described 73:10 83:11 84:24
desks 29:13,14
detail 49:2
diabetes 67:12
diabetic 58:1,4,7 68:17
diagnosed 58:5 64:20,23
die 38:18
different 74:11
Dion 1:8 62:5 106:7 107:12
direct 49:6 72:17,19 76:19
direction 72:14 92:8
directly 10:4
disability 99:18
discoverable 54:16

discuss 45:4,6 90:1,3
discussion 67:3
dishonesty 7:15
District 1:1,2,15 56:1 106:1,2 107:10,10 109:20
Division 1:3 106:3 107:11
divorced 38:16
doctor 57:11,20 60:19
doctors 60:21
document 32:17,19,22 98:20
doing 9:11 13:1,4 20:20 35:14 62:11,12 74:17
dollar 8:22 9:2 76:7
dollars 76:9 100:22
double 74:6
downstairs 24:22 29:10 103:14
Dr 57:21
dragged 29:2
dressed 11:8 14:3,3,5 83:4 84:6,11 84:13
drink 78:12,18
dropped 28:5,10 104:2
drugs 56:7,10,12,15 68:21
duly 4:2,4 107:16
D-e-b-o-r-a-h 4:10

E
3:1,11
early 51:13
east 11:14,17 12:23 12:24 13:2,5 14:9 16:24 63:14
Eastern 1:3 106:3 107:11
eat 77:16,18,22 78:1
education 50:23 53:23
either 11:24 43:5,9 44:23 91:24 92:4 101:18 101:23
employed

7:18 49:14,15 49:18,20 51:23
employee 50:1,13 69:4 71:9 74:3,9 75:4,11 85:8 85:21,22 86:12 102:14
employees 73:10
employer 7:20
employment 50:4,13 52:4 69:19 74:18 74:20,22
entire 19:18 43:2 75:8 79:2
ER 65:15
especially 54:16 76:12
essentially 9:5
established 81:7
evening 9:11 10:11 14:5 60:14 79:2,14
event 75:19 104:21
events 45:11
everything's 105:5
evidence 54:16 66:5
exact 100:6
exam 100:23
examination 1:14 3:2 4:6 37:6
examined 4:5
examines 99:22,22
exclude 61:18
excluded 61:20
Exhibit 3:13 32:6,7,11
expert 59:19 62:14
expiration 71:20,22
expired 72:3
Explain 70:5 73:8
explaining 72:15
extent 50:23 60:6
eyeglass 100:19
eyeglasses 100:8,14
eyes 99:22,23,24 100:4,5

F
facility 65:3 69:5
fact

| | | | | | |
|---|---|---|---|---|---|
| 45:18 64:8 | 49:13 50:9 | 104:15 105:13 | 32:5 36:15 | 18:11,12 24:14 | 81:13 82:19 |
| 84:14 | 50:20 52:3 | 107:15 108:1 | 36:19 42:19 | 24:15 28:24 | 94:8,9 |
| facto | 52:11,18,20 | 108:4,8 | 42:21 46:15 | 92:19 93:1 | hold |
| 62:5 | 54:20 55:6 | | 47:20 48:8 | 93:14 94:17 | 52:21 59:16 |
| facts | 55:17,18 | **G** | 48:10,24 | 103:19 | holding |
| 45:6 | 56:9 57:7,14 | ganging | 49:3,10 55:8 | happed | 27:9,14 |
| faded | 57:15 59:7,8 | 60:1 | 55:10,13,14 | 10:17 | hollering |
| 96:7 | 59:14,18 | garbage | 57:12 59:3,5 | happen | 11:1 24:6 |
| fail | 60:16,22 | 99:6 | 59:12,20 | 8:23 104:19 | Hollis |
| 109:15 | 61:10,11 | gather | 60:3,9,24 | happened | 38:7,8,9,13,16 |
| fair | 62:3,20,21 | 75:22 | 61:17 66:5,9 | 10:24 13:24 | 39:19 |
| 33:1 87:6 | 65:6,12,17 | GEANES | 69:1 70:7 | 15:11,19 | home |
| 90:22 98:19 | 65:24 66:4 | 1:10 106:8 | 73:23 74:6 | 16:23 18:7,8 | 71:13,14 |
| 101:10 103:6 | 66:11 67:1,4 | 107:14 | 74:16,17 | 20:13 21:8 | homeless |
| fall | 68:9 69:9,11 | GED | 76:12,19 | 22:4,5 25:3 | 11:7,8,9,9 |
| 20:10 21:21 | 72:1 73:14 | 7:3 | 81:6 82:7 | 28:16 29:9 | 12:7 14:2,4 |
| 92:13 | 74:2,8,12,15 | Generally | 87:8 90:2 | 30:3 31:9,16 | 14:15,18,22 |
| familiar | 74:21 75:1,6 | 48:17 | 92:17 93:3 | 35:3 36:4 | 83:9,13,17 |
| 79:22 | 75:9 76:18 | gentleman | 104:4 105:10 | 45:8 70:21 | 83:20 84:8 |
| family | 81:9,15 82:9 | 13:14 90:23 | good | 71:4 85:11 | 84:10 |
| 42:12 | 83:23 84:21 | 102:9 | 43:1 90:21 | 85:12,24 | hospital |
| far | 87:11,15 | gentlemen | 103:10 | 86:8,9 90:5 | 36:7,11 37:18 |
| 62:3,4 104:7 | 88:1,8 91:13 | 88:10 90:13 | 104:15 | 90:6,8 97:18 | 47:5,9,11 |
| federal | 93:7,9,11,17 | germane | grab | 100:12 | 57:1,17 |
| 42:20 44:6,10 | 93:22 94:4 | 49:4 | 27:16 | happens | 65:20 66:2 |
| 45:19 | 101:14 | gestures | grade | 14:16 | 97:12,14,16 |
| feel | 104:11,14,16 | 4:23 | 50:24 51:8 | happy | 99:3 100:15 |
| 42:14 48:23 | 104:18 | getting | graduate | 5:3 | hospitalized |
| 50:18 56:6 | 105:10 | 59:22 | 7:1 | harass | 65:9,13,16 |
| fell | Floor | gift | grammar | 62:19,20 | hour |
| 15:21 20:2,9 | 1:19 2:12 | 52:24 53:1,10 | 104:24 | hats | 1:21 89:24 |
| 21:17,19 | followed | 53:14 | Granberg | 73:2 | 96:11 |
| felony | 22:7 29:6 | girl | 1:4 37:10 80:1 | head | hours |
| 7:12 | following | 39:12 80:5,6 | 81:4,10,12 | 4:22 15:9 | 56:16 59:21 |
| female | 23:12 24:1,19 | give | 81:23 82:10 | 92:15,16 | 60:4,7 64:5 |
| 34:17,18 | follows | 8:22 23:13 | 82:14 92:7 | 99:12 | 64:15 69:19 |
| fence | 4:5 | 34:20 42:22 | 92:24 93:1 | health | 69:21 72:4 |
| 21:12,14,15,16 | food | 45:2 62:13 | 93:13,14 | 48:6 65:3 69:5 | house |
| 21:18,22,24 | 52:15 | 72:13 73:17 | 101:3 103:12 | 69:13,16 | 41:9 |
| field | footing | 84:3 85:24 | 106:5 107:11 | healthy | housewife |
| 51:24 | 43:1 | 86:1,5 91:14 | 109:7 | 82:23 | 37:20,22 |
| fighting | force | 97:23 98:2 | grass | hear | Huh |
| 48:16 | 8:13,20,24 | 98:12,15,20 | 18:16,17,24,24 | 26:21 30:18 | 78:7 |
| figured | 13:17 33:10 | 104:13 | 19:2 20:2,9 | 34:10,14 | hundred-and... |
| 24:21 | 49:10 | given | 20:12,14 | 35:9 59:16 | 100:22 |
| file | foregoing | 4:12 44:3 | 21:17 92:18 | hearing | hurt |
| 73:20 75:14,17 | 106:14 107:22 | 51:19 106:15 | ground | 30:21 | 61:22 62:1 |
| filed | 108:2 | 107:19,23 | 4:15 21:4,7 | height | husband |
| 73:21 75:3,11 | forgot | gives | 28:14 | 80:17,24 95:23 | 38:6 41:18 |
| filing | 7:6 51:9,11 | 75:22,24 | grown-up | help | husband's |
| 73:24 | 58:15 61:1 | giving | 6:21 | 61:21,22 62:1 | 41:19 |
| find | forgotten | 86:3 | guess | hereinbefore | |
| 44:9 | 46:12 | glasses | 73:19 95:22 | 108:7 | **I** |
| fine | form | 99:8,10,11,11 | guy | heretofore | ID |
| 48:21 52:18 | 65:14 73:17,20 | 99:14,15,16 | 11:3,10,16 | 107:6 | 3:12 28:5,10 |
| 55:17 61:10 | 93:3,8 94:3 | 99:17,21 | 22:9,15,19 | hereunto | 28:14 |
| 105:5 | 98:16 | 100:4,21,23 | 26:5 28:7 | 108:12 | idea |
| finish | forth | go | 35:23 46:3 | heroin | 95:14 |
| 5:22 84:4 | 60:20 | 4:16 5:21 | | 59:23 60:19 | identification |
| fire | forwarded | 18:17 19:14 | **H** | 64:2 | 32:8 103:23 |
| 97:6 | 109:16 | 29:10 31:19 | H | high | identify |
| first | foundation | 32:5 37:2 | 3:11 | 7:1 52:6 57:16 | 46:5 |
| 4:4 8:2 17:8 | 57:5 93:8,16 | 40:21,23 | half | 58:7 67:6 | illegal |
| 26:14 28:19 | 94:3 | 42:19 43:1 | 92:12 | 68:16 | 56:7,10,12 |
| 28:20 29:23 | frequent | 48:9 49:1 | halfway | history | Illinois |
| 29:24 37:10 | 84:20 | 51:1 52:8 | 33:5 | 66:8 | 1:2,18,20 2:5 |
| 38:4 43:8,13 | frequently | 57:10 61:7 | hall | hit | 2:13 6:7 |
| 52:6 57:8 | 84:14 | 61:12 62:17 | 38:15 | 11:6 15:9,19 | 37:17 39:23 |
| 61:24 85:7 | front | 63:17 66:15 | hand | 16:3,6,13,18 | 40:1 47:13 |
| 94:11,16 | 9:16,22 10:3,5 | 66:23 67:1 | 18:14 28:9 | 17:22 18:2,4 | 50:4,15 |
| 99:23 103:1 | 19:2 27:12 | 71:12 72:17 | 103:18 | 20:19 21:2 | 106:2 107:1 |
| 107:16 | fucking | 74:21 77:12 | 108:13 | 22:9,15,19 | 107:5,10 |
| fist | 31:2 35:16 | 84:18 104:4 | handcuffed | 24:2,10,18 | 108:19 109:2 |
| 16:15 | full | 104:22 | 24:18 28:9 | 26:17 27:9 | 109:6,18 |
| FitzSimmons | 16:2 | goes | 92:20 | 27:16,24 | impairs |
| 2:3 3:5 5:21 | fully | 21:18 66:11 | handcuffs | 28:22 30:4 | 59:21 |
| 19:17 36:19 | 60:8 109:16 | going | 20:16,21 24:24 | 30:15,18 | incident |
| 36:23 37:5,7 | fun | 5:6,15 16:11 | 26:10,17 | 31:10,14,20 | 45:9 47:6 60:7 |
| 37:9 42:16 | 60:16 | 17:4,4,19 | 30:10 31:8 | 32:2,21 | 60:15 62:15 |
| 43:3 44:8 | funds | 19:17 21:1 | 103:15 | 34:10,12 | 79:24 82:13 |
| 48:19 47:24 | 50:5 | 24:20 25:14 | hands | 35:8 36:1,1 | 91:21 101:2 |
| 48:11,16 | further | | | 36:15 81:5 | |

103:11
incidents
66:23
includes
75:18
income
73:20,21 75:3
75:11,12,14
75:17
independent
62:2,3,8 74:10
indicate
67:5 84:1
indicated
10:11 23:8
38:23 41:5
47:5 49:14
51:5 68:20
78:5 98:23
information
37:10 98:3
inhaler
68:4,5,11,13
injuries
101:5
injury
98:6,21
inside
31:6
Instant
53:19,21 54:5
54:8
Institute
19:3,4
instructions
98:12,15,21
insurance
100:17,18
interested
108:10
interrupt
26:3
interrupted
93:18
introduce
90:20 91:8
103:4
introduced
91:9
investigator
102:14
involved
91:21
involving
7:15
iron
21:16,18,22
irrelevant
76:15
issue
36:17 55:16
it'll
37:14

___ J ___

J
2:10
Jackson
1:19 2:12
January
37:14 49:23
58:5
jeans
81:3,3
Jennifer
2:10 87:24
job
9:5 52:6,23
53:18 54:8
jobs
53:14 54:7

Joe
37:8 59:13
Johnson
38:9,13,16
39:19
join
35:1
joined
24:23 25:15,22
26:6 27:2,15
28:19 29:23
31:17 78:22
JOSEPH
2:3
judge
42:20,21,24
45:20 48:24
49:3 61:18
62:16 83:21
83:24
judgment
59:22 66:12
June
1:20 49:22
65:8,20
89:15 106:13
107:7 109:4
109:8
jurisdiction
54:22
jury
66:18 74:16

___ K ___

K
107:3
keep
36:9 98:10,14
98:17,24
kept
18:9 24:6
Kimble
1:8 62:5 106:7
107:12
kind
5:16 9:19 19:6
19:7 44:3
48:7 56:15
56:18 64:17
68:5,13
82:23,23
85:12 95:7
97:3 99:18
100:17
104:22
kitchen
51:21
knew
82:15,16
know
5:2,10,15
22:20 23:4,9
25:11,18
26:22 32:14
34:16,18
37:18 41:17
43:22 45:23
48:5,14 49:5
49:7 58:20
57:11,23
58:3 62:22
63:8 64:12
64:13 71:23
74:10,12
76:16 77:8
80:7,14 81:6
83:15 85:15
87:4 89:3,4
90:15,19
92:4 97:1
99:1,19

100:6 102:11
102:24 103:3
104:1 105:8
knowing
87:14
knowledge
102:20
KUZAS
2:2

___ L ___

ladies
85:16 89:4,6,7
90:11
lady
81:18
Lake
33:20 34:1,2
77:13 78:20
Langley
58:18,23 63:11
large
79:12
LARRY
1:10 106:8
107:14
LaSalle
2:4 109:1
law
2:9 109:10
lawsuit
45:15 46:2
85:9
lawyer
91:10 104:14
layperson
74:11,12
lead
54:15
leading
60:8
led
14:24 15:2
left
15:18 31:18
36:6
Leonard
39:7,10 40:5
letter
109:12
let's
43:11 44:9
52:4 63:17
69:18 99:22
104:16
License
1:24
lie
55:7
lied
55:6
life
43:2 49:2
54:13 66:7
lifted
22:6
Likewise
5:21
Limit
62:13
limited
62:14 82:8
line
19:18 60:12
little
19:6 21:12,14
21:14,18
31:18 33:4
49:2 50:10
69:18 83:12
90:24

live
6:4 39:21,22
40:2,5,11,13
40:18 41:5
lived
6:10,12 42:4
lives
6:13
located
41:12 53:3,21
location
72:8
long
6:10 7:7,24
44:21 47:1
47:19 52:21
53:5 58:4,14
59:12 60:9
60:10,23
62:22,24
64:4 81:19
81:20 82:3,4
89:23 96:4,6
96:9 100:24
look
11:8 14:2,3
23:21 29:12
32:12 54:21
54:22 83:14
94:18 95:11
97:8
looked
18:15,19,23
20:11 32:16
97:10
looking
32:14
Loop
9:20,21 79:13
79:20 80:12
80:15 83:2
83:13,17
lose
9:5 92:14
103:12,13
lot
48:1 79:19
80:12 96:6
loud
4:18
low
90:24
lunch
43:16,17,18,20
44:1,14,17
46:13 86:17
86:18 88:21
89:11,12,18
89:21 90:1
103:1
lying
54:23

___ M ___

mad
101:12,21
Madison
43:21,24 44:18
77:5 100:1,2
100:7
MAIL
109:3
maintain
55:15 68:8
69:8
making
29:3 74:4
man
24:17 25:1
26:9,17 27:8
27:9,16,24

28:22 30:3
30:15,18
31:10,14,20
35:8 36:14
45:21 82:5,6
82:11,14,17
82:19,22
84:24 94:19
95:24
managed
21:11
mandatory
44:6,10
manner
93:20
Margaret
109:22
mark
32:6
marked
3:12 32:8,11
marriage
38:14 39:19
married
37:24 38:2,4
38:13,21
matter
60:9,10 61:19
105:9
Matthew
1:4 37:9 106:5
107:11
Maxie's
44:18 86:19,21
89:19,20
Mayhew
2:10 3:4 4:7
19:19,20
32:9 36:21
36:24 37:1,4
42:13 44:6
44:24 46:15
47:20 48:21
50:6,17 51:6
52:2,7,16
54:14 55:1
55:12 56:18
57:2,10 59:5
59:15 60:3
60:17 61:19
65:5,10,14
65:22 69:8
71:24 73:12
73:23 74:4
75:5,8 76:12
81:8,11 82:7
83:18 84:17
85:4 87:8,13
87:22,24,24
88:2,3 91:11
93:3,8,16,21
93:23 101:13
103:2,8
104:9,13,15
104:17
105:12
ma'am
47:3
McCORKLE
109:1
McDonald's
78:2,3
mean
8:17,18,19
15:2 16:12
20:17,23
26:3 29:20
57:10 60:3
65:14,15
87:14 99:16
100:1 104:9
meant

5:7 62:19,20
medication
56:16,17,18,21
56:23,24
57:4,8,12,16
57:24 58:2,6
58:8 67:6,7
67:12 68:1
medications
60:21 68:7
medicine
68:17,17
medium
95:2
meet
43:13,15 44:19
90:10
meeting
44:21 85:3
89:23
meetings
102:12
member
83:16 84:9,10
memory
59:22 66:13
96:7
men
103:1
mental
48:5 65:2
66:21 69:5
69:13,15
mentioned
108:7
met
43:8,14 46:23
91:20,22,23
103:7
methadone
58:11,12,14,17
59:2,4,9,10
59:19,24
60:11,17,24
60:24 61:8
62:23,24
63:18 64:9
67:16,16
68:18
metra
1:7 2:9 19:15
19:22,23,24
20:3 25:14
35:5,21,24
45:16,20
46:4,5 61:21
61:22 85:9
85:20,22
86:12,14
88:22 91:20
91:24 92:5
92:23 95:18
96:10,13
97:2 101:18
102:3,7,13
102:13,14
106:6 107:12
109:7
Metra's
19:13
Michigan
9:18,19 13:10
16:21 17:11
17:21 19:6
19:11 20:1,7
20:8 33:18
77:13 78:19
99:24 100:7
midwife
37:22
mileage
44:7,10

military
54:10
Mine
87:22
minute
18:18 33:17,24
33:24 43:12
67:2
minutes
44:22 81:21
96:11 103:7
mischaracte...
46:16 87:9
93:4 94:2
misconduct
48:4
missed
93:24
money
8:14,17,18,19
9:1 11:20
13:15 44:4
76:14
Monroe
78:4
month
41:24 42:2
46:22,24
88:23 89:1
months
43:10 44:15
46:9,11,17
46:20 85:4
86:24 87:10
87:17
morning
67:11 77:2
motion
104:17
move
61:17
multi-unit
41:13
muscular
95:5

—————— N ——————
N
3:1
name
4:8 22:11,13
33:8 34:21
37:8 38:6,10
38:11 39:4
41:20 46:6
53:19 56:20
58:3,19 63:2
70:11 71:19
80:7 87:21
88:6 90:15
90:18,19
97:18,20
100:6 102:10
102:11
named
57:8
names
79:9 88:11
90:21 92:4
103:9,10
natural
91:1
nature
41:11 45:14
46:1 51:14
73:8 104:24
NAUGHT
105:13
near
10:17,23 11:13
nearby

9:23
Nearsighted
99:20
necessary
64:1 92:22
93:12 104:3
need
5:9 37:10 52:8
56:6 68:4
74:21 105:5
105:6
needed
85:23
neither
40:18 48:14
Nellop
57:21
nephew
6:16
never
11:9 14:22
68:24 93:5
94:8,9
new
83:3 70:24
newspaper
7:23 11:2
newspapers
76:1,1 77:6
Nice
91:3
nigger
22:14,17
night
9:8 10:22 47:6
60:7
nodding
4:22
normally
77:10
north
2:4 83:17
109:1
Northern
1:2 106:2
107:10
Northwestern
97:15,16 99:3
notarial
108:13
notary
1:17 106:24
107:4 108:19
note
36:23 69:10
noted
93:18 94:1
notes
88:15
Notice
108:5
notified
37:3
notify
109:15
Nu
58:20,21 59:1
59:3 60:9,24
61:7,12 63:4
number
3:12 32:6,11
62:9,9 63:5
107:13
nurse
96:4
N-e-w
63:3
N-u
63:4

—————— O ——————
o
61:21 107:3,3
object
19:17 36:19
42:13 46:15
47:20 48:8
50:6 52:2,17
59:5 60:3
65:22 73:12
76:12 81:6
82:7 87:8
93:3 101:13
objection
36:23 48:21,22
49:5 50:17
52:7,16
54:14 55:5
55:12,16
56:8 57:3,13
60:11,23
61:9,9,10
65:5,10 68:8
68:24 69:8,9
73:24 74:4,5
75:5,7,7
83:18 84:17
93:16,17
objections
52:9 55:15
93:21 94:1,2
observe
20:14 21:2
28:3
obviously
8:17 55:13
57:11 74:13
94:19
occurred
10:24 47:7
66:14 80:1
87:6
offended
7:11
office
34:23 35:1
71:5
officer
1:7,10 17:6,8
17:20 18:1,7
18:13 20:17
20:18,20
21:2,7 22:8
23:2,4,6,8
23:10,15,16
23:18,19
24:1,8,17,24
25:4,7,9,12
25:15,16,18
25:20,22
26:5,7,12,16
27:1,4,8,15
27:23 28:7
28:17,18,18
28:19,20
29:1,17,21
29:22 30:7,8
30:9 31:8,10
31:17,22
32:20 35:5
35:16,17
36:1 48:13
91:10 92:23
93:13 94:12
94:13,14,15
95:17 106:6
106:8 107:12
107:14
officers
24:24 35:2,4,8
35:10,21
36:12 45:16
45:20,22

46:6 91:20
91:24 92:5
101:7,11,19
101:24
official
76:13
oh
8:21 66:10
76:4
okay
4:15,16,20,23
4:24 5:3,4,8
5:13,14 6:2
6:21 7:1,11
8:9,23 9:5
9:11 10:2
11:16,19,22
12:1,11 13:4
13:13,17,20
14:7,21 15:5
16:23 17:3
17:11,20
18:4,7,17
19:10,14
20:2,5,9,13
21:1,10,21
22:3,19
23:18 24:13
24:17,23
25:3,15
26:12,23
27:15,19,22
28:21 29:9
30:1,7,9
31:4,13,16
31:19 32:3
32:12 33:1,9
33:23 34:14
35:3,7 38:23
41:5,9,16
42:19 43:8
43:11,20
44:14,17,21
44:23 45:8
45:18 46:9
46:22 47:17
47:18 49:14
49:20 50:3
50:21 51:23
52:4 53:9,14
54:4 56:7,12
57:24 59:1
61:6 62:6
63:2,5,8,20
63:24 64:6
66:8,9 67:5
68:1,20
69:22 70:4
70:13 71:11
71:17 72:4
72:13 73:15
73:21 74:19
75:14 76:23
77:4,20 78:5
78:19 79:1,5
79:17,24
80:8,24
81:20,22
82:13,17,21
83:8 85:11
86:3,6,11,21
87:5,16,20
88:18,21
89:12,15,18
89:23 90:3,7
90:10 91:8
91:14,23
92:4,16,19
94:7,18 95:4
95:8,16,24
98:5,9,17
98:2,5,8,19

99:2,8,18,21
100:8,11
101:23
103:11 104:3
old
6:8 39:2,14
53:12 54:4
95:8,9,11,14
96:1
option
105:3
order
42:22 104:4
105:10
ordered
104:21 105:4
orientation
8:4,5 72:15
original
70:16,17,21
outcome
108:10
outlined
109:18,19
outpatient
69:12
outside
13:7 21:12
34:3
Owe1
74:13
owner
10:7,8
owns
41:16

—————— P ——————
P
pack
52:24 53:1,10
53:15 98:14
98:17
pad
88:15
page
33:5
paid
44:1 47:11
73:6,6
pair
91:3
pants
91:3,6
paper
8:14,18,21 9:1
10:18 88:16
88:19 97:19
98:22
papers
8:9 9:12,15
10:14,23
13:6 70:2
73:7 76:3,4
76:6,8,10
77:8 98:24
paperwork
35:6
paramedics
97:8
paranoid
64:24 66:6
Pardon
37:21 51:10
78:16 102:6
Parnell
6:5,11 33:7
40:3,6,9
41:6 42:5
109:6
particular
8:9 46:22
48:23 71:23

72:8
particularly
93:5
parties
108:3,9 109:24
party
48:19,20
passed
38:20 46:11
patient
62:23 83:1
pay
41:22,24 44:4
44:9 47:9
73:15 76:6
99:7
pedestrians
13:10
pen
88:20
pending
5:11 104:17
107:9
people
8:13,19 13:11
17:18 52:15
70:7 73:7
79:3,7,10,13
79:15,15,19
79:22 83:21
95:11 105:8
perceived
66:17
perception
84:2
perceptions
66:18
perform
72:14
period
18:20 62:11,14
person
5:19 17:22
18:2,4 20:19
21:2 24:2,10
25:6 48:7
86:15
personal
43:2 83:19
personally
107:7
pertaining
1:16
Phillips
51:2 52:6
phone
86:1,7 89:2,9
phonetic
57:21
physical
48:6 72:8
physically
71:12 94:12
96:13
pick
28:17 72:18
place
33:5 38:14
40:15
Plaintiff
1:5 2:7 106:5
107:12
plan
64:18 100:18
please
4:8,18 5:2,9
5:19 7:10
109:11
point
12:2 24:3,20
46:22 104:7
police

```
1:7,10 23:16
24:4,6,7,9
24:15,16,22
24:23 25:7
29:1 31:1,2
31:2,3 32:20
34:23 35:1,2
35:4,7,10,15
35:16,16,18
35:21 36:1,5
45:16,20,22
46:4,5 55:23
56:2 91:10
91:20,24
92:5 93:13
94:11 95:17
101:7,11,16
101:18,24
106:6,8
107:12,14
pop
78:15,17
Popped
15:16
position
52:21 61:15
70:9
positions
45:5
preclude
93:19
prescribe
60:21
prescribed
57:17 58:9
60:18 68:2
100:14
prescribes
99:21
prescription
56:23,24 99:17
presence
107:20
present
36:18 81:11
108:6
pressure
56:19 57:16
58:7 67:6
68:17
Printing
53:20,21 54:5
54:8
prior
62:12,14 67:7
103:6
probably
60:6
problems
66:7
Procedure
1:15 109:18,19
109:20
proceed
27:19
program
58:16
properly
94:1
protocol
48:17
provide
32:1 100:18
provider
69:16
provides
73:9
proviso
104:9
public
1:17 47:14,16
47:19 49:11

49:11 50:5
50:15,15
106:24 107:4
108:19
punch
69:22 72:7
punctuation
104:24
purse
100:10
pursuant
1:14 89:13
108:5
put
18:11,12 20:21
20:24 21:7
22:9 24:24
26:16 30:10
31:8,20
60:20 74:15
92:19 93:1
93:14 94:16
98:17
putting
62:7

        Q
quarter
11:3,24 76:7
question
5:2,3,5,7,10
5:11,18,20
5:22 6:1
10:20 16:2
29:18 36:22
42:9,22 45:7
48:3 49:9
50:10 51:6
52:17 55:7
62:23 64:7
68:24 72:20
92:24 93:4,8
93:24 94:3,5
questioning
19:18 60:13
questions
5:16 7:9,11
49:4 50:19
57:6 60:6
61:14,22,23
62:13,17
74:23 75:8
90:2,3 104:5
104:8,15
106:15

        R
radio
26:18
Raelene
1:17,23 106:12
107:4 109:23
raised
14:23
raising
14:24
ran
92:7
Randolph
17:12,21 19:6
19:8,11,24
33:21 34:1,2
77:13 78:20
92:10
reached
18:14
read
93:9,10 106:10
109:12
reading
109:10,13

ready
109:10
real
24:4,6,7,9,14
29:1 31:1,1
31:2 35:15
35:16 101:11
101:16
realize
24:20
really
66:24 74:22
79:23 83:22
87:5 95:10
96:4
reask
93:23
reason
55:13
reasonable
66:18,19
recall
14:20 17:16
22:18 26:11
36:10 45:24
46:7,24 47:2
53:11,12
55:23 81:1
63:1 64:10
76:20 77:20
77:22 78:1,8
79:9 87:2
90:16,18
91:6 100:21
103:9
receipt
109:11
received
50:4,14
receiving
50:13
recipient
50:16
recognize
23:15 25:6,9
32:17 96:2
recognized
23:17
recollection
66:13 87:5
record
4:9 19:18 52:9
67:1,3 93:10
109:24
recorder
88:13 91:17
recording
102:21
recovering
59:23 60:19
redirect
104:12
reduced
107:21
refuse
69:1
refused
92:19 104:6
refusing
42:17
regardless
55:4
regular
68:3 79:7,10
79:13
regularly
83:1
related
108:9
relation
27:23
relatively

79:12
relevance
42:13 47:21
48:22 50:6
50:17 52:2,7
54:14 56:8
57:3 59:6,13
59:14,17
60:12 65:5
66:3,4 73:12
74:1,2 83:18
84:17
relevant
48:23 62:10,11
62:13,19
remain
79:1 96:9
remember
9:8 53:18 63:1
66:16,23
72:3 75:13
88:12
rent
41:22,24
rep
70:3,4,5,6
72:10,13
75:24
repeat
10:20 42:8
55:8
repeated
101:10
rephrase
5:3
report
70:8
reported
1:23 107:19
reporter
4:16,21 5:18
106:13
109:22
REPORTERS
109:1
reporting
75:12
represent
43:5 48:11,15
48:18,19
49:6
requested
93:10
required
44:7 69:22
72:7 73:4
109:10
requirement
44:10
reserved
105:12
resided
42:6
residence
41:12,15
resist
20:22
respect
60:12,13
104:19
respective
108:3
responses
4:19
restaurant
52:13 85:5
retail
7:15
return
74:1 75:14,17
returns

75:3
review
104:21 105:6
right
5:7 6:3,8 9:22
10:3 12:8
13:9 17:14
19:3,24 20:3
20:24 21:6
21:12 23:2
27:4 28:2
29:6,15 30:3
32:10 33:4
34:9,19 37:8
40:20 44:15
46:9 48:5,9
49:1 54:21
54:22 55:2
56:22 57:14
58:23 63:10
64:14 66:15
68:21,22
69:9 72:6
81:22 87:6
88:19 93:7
96:20 104:20
rights
45:21
ROBERT
2:2
room
29:11,12 30:5
30:6,13 31:6
31:9,11,13
31:19
Rosen
2:11 42:24
44:24 48:8
48:13 49:8
55:9 59:13
59:16 60:2
61:24 62:6
66:3,9,20
66:7 74:6,9
74:13,20,24
85:4 88:4,7
103:2,8
105:8
Rule
109:18,19
rules
1:14 4:15 8:9
8:12 109:18
109:20
ruling
55:10
run
16:19 17:3,22
80:15
running
16:1,5,8,10,19
17:7,15
runs
19:7,7

        S
S
3:11
SAITH
105:13
sake
5:17
saw
17:9,20 18:15
21:3 23:16
26:18,23
28:10 29:13
94:10
saying
15:5,6,8 22:10
24:13 28:23

28:24 30:24
35:14 84:11
95:13
says
14:15
scare
15:7
scared
15:14
schedule
109:12
scheme
73:9
schizophrenia
66:6
schizophrenic
64:21
school
7:1 40:21,23
51:1,9,11,17
51:19 52:6
scope
62:17 82:8
seal
108:13
seat
29:15,16,19,22
30:1,5,22
second
14:10 26:6
27:15 28:18
29:23 31:16
46:16 95:16
seconds
104:13,14
see
13:1 14:13
17:16 20:10
21:21 25:13
30:12,15
33:4 35:24
36:12 54:23
83:1 84:14
84:19,20
86:15,19
92:13 96:3
101:3,5,7
103:12,13
seeing
99:11,15,16
seen
17:6 22:22,24
23:6 25:16
25:20 80:8
80:10 84:5,6
84:22 85:1
101:23
self
39:22
sell
8:8 72:17 76:1
76:8,11
102:5,7
selling
9:12,15 10:16
10:18,23
13:6 33:18
34:4 70:2
84:22 85:1
102:4
SERGEANT
1:9 106:7
107:13
Serve
52:15
service
52:10,12 69:16
services
42:12
set
86:17,18 89:11
108:12
```

Setina 109:22
setting 36:21
Shadur 42:20,21,24
shirt 91:3
shoe 92:14 103:12 103:13,15,16 103:21,22
shoes 103:15
short 95:2
Shorter 95:3,4
Shorthand 108:13
shoulders 4:22
shouting 17:14 34:11
show 32:5 55:8 66:5 105:12
showed 71:8
shrugging 4:22
sic 102:5
sick 46:10 49:24 70:23 71:6
side 10:1 11:14,15 11:17 12:23 12:24 13:2,5 14:10 27:13 27:14
sight 99:18
sign 32:3 33:10,12 33:16 102:17 109:12
signature 33:6,7,7,8 104:16 108:1 109:11,23
signed 32:23 33:2,9 36:4,17 109:17
signing 33:14 34:24 109:10,14
Sincerely 109:21
single-family 41:12,15
sister 6:14 40:12 41:18,19
size 95:6,7
skip 63:23
skipped 63:24
sling 98:11
snatched 18:14
snowing 87:3
sold 100:15
somebody 102:8

something's 70:7
sorry 22:13 26:3
sort 8:3 57:4
source 68:2
south 6:5,10 16:20 16:21,24 17:1 19:7 33:6 40:2,6 40:9 41:6 42:5 109:6
southwest 17:2,3 92:8,11
specific 11:22 82:10 63:8 72:4 73:1 74:23
Specifically 40:2
speculation 101:13
spell 4:8 39:8 57:22 63:2
spelling 104:23
spend 79:19 80:14
spends 80:12
spontaneous 93:20
spots 72:18
SS 107:2
staff 51:21,22
stage 36:21
stairs 25:14 27:6,20 27:23 28:4 28:22 29:2,4 29:7
Stamm 1:17,23 106:12 107:4 109:23
stand 10:4 74:16
standing 9:24 10:1,2 11:1 21:10 21:12 22:3 27:13 34:19 52:16 55:15 57:3 61:9,10 69:9 73:23 74:5 75:5,6 75:7
STAR 1:8 106:7 107:13
start 16:10 76:23 77:10 79:16 99:22
started 8:2 15:4 16:1 16:5 17:6,22 22:6 61:3 77:5
state 1:18 4:8 17:1 39:23,24 42:11 52:8 54:15 100:1 100:2 107:1

107:5
statement 23:13 31:12,23 32:1 45:3,5 85:24 86:1,4 86:5 102:15 102:18
statements 48:4 102:22
states 1:1,15 106:1 106:14 107:9
stating 55:5,12 64:8
station 19:15,22,23,24 20:3 22:7 95:19 96:10 96:13 102:4 102:7
stay 18:1 31:13
stenographi... 107:19
steps 19:14
stick 11:6,6 14:12 14:23,24 15:10,16,20 16:18 17:23 18:2,5 20:19 22:10,15,19 24:2,11 26:17 27:10 27:17 28:1 28:23 30:4 30:16,19 31:20 32:2 32:21 34:10 34:12 35:9 36:2,15 81:5 81:14 82:20
stop 18:3,5,8 34:19
stopped 18:10 28:17
store 10:5 11:4,5 12:8,12,14 12:18,20,21 14:11
street 2:4 11:5,12,14 11:15,17 12:22 13:2,5 13:20 14:10 19:7,8,12 20:3,5,5,6 21:13 56:1 63:8,15 92:10 97:23 109:1,6
streets 34:11
Streetwise 7:21,22,24 8:3 8:7,10 9:13 9:14 10:12 10:16 11:2,2 11:2 13:18 33:19 34:4 49:15,15,18 49:21 50:4 50:14 54:8 61:4 69:4,19 69:20 70:13 71:9,18,19 72:5,23,24 73:9,15,17 74:19 75:4 75:11,12,22

75:23 76:1
76:11 84:22
85:1 86:22
102:4,5
strike 72:20 92:23 93:13 101:7
strongly 61:17
stuff 97:18
subpoena 44:7,10
SUBSCRIBED 106:20
sue 2:11 46:4
suffers 66:6
suggest 52:19
suggestion 61:21
suit 91:4,5 108:10
Suite 2:4 109:1
summers 53:6,7,10
supervise 72:11
supervises 70:1
supervisor 70:1
supposed 8:13,14,16,19 8:20
Supreme 109:18
sure 10:21 36:24 37:5 93:24 100:5
surmise 63:13
swole 96:18
swollen 96:20,21
sworn 4:2,5 106:20 107:16
System 52:10,12

T
T 2:3 3:11
tag 74:6
take 4:21 5:11,18 9:3,7 32:12 33:17 38:14 39:12 58:11 64:9,11,12 64:13 67:6,7 67:10,12,16 68:3 71:1 97:8,11
taken 1:16 58:14 102:15 105:5 106:11
takes 59:20 104:14
talk 43:11 45:11,14 52:4 89:18 81:18,20

86:16 89:9
talked 26:14 79:5 91:23 95:17 102:12
talking 5:19 19:8,23 21:15 79:3 80:4,5,18 78:16,18 82:5,11 86:11 94:16
talks 84:15
tall 82:23 90:24 95:2,2
Tanika 39:7 40:5,5,15
tape 88:13 91:16 102:21
tasks 70:2
tax 73:20,24 75:3 75:14,17
taxes 73:21 75:12
telephone 63:5 86:10,13
tell 13:9 14:17 44:24 45:8 45:10,18 46:1 48:10 51:12 72:21 79:18 82:4 82:21 85:12 86:3 90:7 95:11 96:1
telling 15:7 24:4 32:20 54:24 64:10
ten 6:12 41:6 42:4 54:18 55:4
terms 59:15 82:7
Terrence 39:15,16,18 40:13,13,21
testified 4:5 93:5
testify 36:18 107:16
testifying 36:20
testimony 19:19 46:17 54:16 60:14 87:9 93:4 94:3 105:11 107:18,23 108:12
theft 7:16
thereof 108:11
thing 5:14 18:15
things 48:9 60:20
think 19:3 34:1 37:4 38:5,19 43:1 46:16,17 48:24 50:7 53:16 56:11 66:20 87:13 91:5 99:24

100:5 104:9
105:4
thinks 49:2
thoughts 83:19
threatened 33:12
three 6:20 38:23 101:1
threw 28:15 99:6
Thursday 9:8 89:15
tie 91:3
time 5:1,9,19 12:5 12:6 13:13 13:15 14:10 18:20 21:3 23:11 28:21 34:7,9 35:19 37:5 38:4 42:4 43:8 44:19 46:12 47:19 50:3 50:12 55:2 59:9,10 62:10,14 65:7,7 66:17 67:10,14,21 68:10 71:2 76:23 77:2 77:12,15,18 78:9,21 79:20,24 80:2,12,14 81:22 82:8 82:13 84:19 84:19 85:7 87:12 88:17 88:18 91:20 92:13 96:5 96:12 101:2 103:11
times 5:15 54:12 55:21 63:24 65:9,13,19 66:1 84:5 92:22 93:12
title 70:9
today 44:5 49:5,18 49:22 56:13 60:14 62:11 65:6 67:7,17 68:21 70:14 99:10 104:20
told 11:3,7 12:3 14:2,22 15:12 18:3,8 23:13,19 29:14,16,19 29:22 35:5 45:2 46:3 69:1 85:3 86:5,9 98:9 98:10
to-wit 107:6
training 7:5 8:3 51:5,7 51:15,24
transcribed 105:4
transcript

106:11,14
107:23
Transcription
107:22
treat
98:21
treated
69:7,15
treatment
64:18 69:13
trial
55:2 74:16
Troop
53:4
true
33:1 55:9,10
60:2 74:24
107:22
truth
54:24 107:17
107:17,17
try
5:19 8:24
13:17
trying
17:1,18 20:15
20:20,22
21:7 22:8
46:3 76:13
78:8 87:7
turned
92:15,16
tussling
20:15 21:6
twice
103:8
two
6:22 35:2
42:21 43:5
44:14 46:9
46:11,18
48:16 55:22
62:9 76:9
88:10 91:24
96:6 103:1
103:15
104:13,14
type
65:2 69:13
72:19,21
73:1 94:21
102:17
typewriting
107:21
T-a-n-i-k-a
38:9

**U**

ultimately
23:3 26:16
understand
5:1 42:23 55:1
57:6 62:6
94:5
understanding
45:7
understands
74:20
understood
5:6
undertook
51:15
undetermined
107:17
unethical
93:19
uniform
23:17,21 25:10
25:13,14
72:22 73:1
94:21 95:23

United
1:1,15 106:1
107:9
upside
15:9
upstairs
102:9
use
26:18,23 63:18
63:20,22
64:1
U.S
109:20

**V**

varies
76:17
vendor
70:3,4,5,6,9
70:12 72:5
72:10,13
75:23 76:11
vendors
70:7 73:11
75:23,24
verbal
4:18
vicinity
82:14,18
view
18:21
violated
45:20
vocation
51:20
vocational
7:5 51:5,7,14
51:24
vs
1:6 106:6
109:7

**W**

wait
5:20,22,23
33:24,24
waived
108:2
walk
27:5
walked
13:5 27:6
walkie-talkie
26:15,18 95:18
walking
13:11 22:6
23:9 24:18
25:24 26:4
27:18,22
28:3,21 29:3
29:5,5
wall
29:13 31:3,4,5
walls
29:14
want
4:16 9:7 19:21
32:12 33:17
35:15,16
48:9 55:14
59:16 61:21
61:22 62:9
62:22 70:8
73:3
wanted
23:14 93:24
101:16
wards
42:10
wasn't
11:7 15:14

37:3 54:20
81:13
watch
15:21
water
78:15,17
way
16:19 58:20,21
59:1,4,24
60:10,24
61:7,12 63:3
63:4 84:6,11
84:13,15
93:19 108:9
108:10
ways
105:9
wear
72:21 73:3
99:8
wearing
23:18 81:2
91:2 100:11
week
76:21
weekend
76:22
weeks
42:21
well-built
95:5
Wendell
51:2 52:5
went
8:4 11:4,5
12:8,22 13:1
13:20 16:8
30:4 36:6,11
47:5 51:9
61:7 70:23
78:1,11,19
weren't
10:2 100:11
west
1:19 2:12
11:14,15
16:24 17:1
19:5 20:6,7
20:8 92:10
92:12
we'll
5:23 32:5
65:18
we're
8:13,14,20
59:22 80:18
104:10
we've
81:7
WHEREOF
108:12
White
41:21,21 45:21
94:24
winter
87:2,17,17,19
witness
3:2 4:1,4
42:14 47:22
50:18 52:10
59:23 61:18
61:20 62:2,3
62:5,8,8
65:11 66:16
66:22 73:13
76:16 81:13
83:21 84:19
87:21,23
88:6 91:12
105:11 107:8
107:19,20,24
woman

80:18 83:11,19
word
14:24 15:2
87:11
words
45:5
work
53:5,9 69:21
69:21 72:14
76:23
worked
7:24 10:11
25:11 49:23
52:10 53:6
53:19 54:1,4
77:1,4
working
8:2,10 61:3
74:18 86:22
wouldn't
18:12,13
wrist
15:16,17,18,20
16:4,6 96:14
97:9
writing
88:15 98:13
written
98:16,20
102:15,18
104:21 105:4
wrong
70:8 75:21
96:13
wrote
98:22
W-a-y
63:3

**X**

X
3:1,11
x-rays
98:7,9

**Y**

Yeah
18:22 48:1
59:24 85:17
86:15
year
52:22 73:18
75:15,18
85:10,11,12
years
6:12 7:8 8:1
39:2,6,14
41:6 42:4
50:12 53:9
54:18 55:4
59:3 61:2
62:12 69:3
75:2,10 98:6
101:1
yelling
17:14
yesterday
59:11 67:19,21
89:14,15
90:17
young
95:24 96:1
yu
61:22

**$**

$400
42:2
$58
44:11,12

**#**

#105
1:8 106:7

**0**

08
1:6 106:6
084-004445
1:24

**1**

1
3:14 32:6,7,11
1-23-57
37:13
105
107:13
1099
73:17,19 74:14
11
44:20 77:3
89:15
11th
50:24 51:7
11029
6:5,10 33:6
40:2 41:6
42:5 109:6
12
49:22 65:8,20
106:13 109:8
12th
1:20 107:7
12245
40:6,16
1225
40:7
15th
1:19 2:12
17
6:24 8:1 39:14
50:12 69:3
75:10
19
6:24 38:5 39:6
109:4
1957
37:14
1991
38:5,14

**2**

2
2:00
67:22
20
7:8 53:13
200
2:4 109:1
2005
38:20
2007
9:8 10:17,22
45:12 49:16
49:21 63:17
63:18,20,22
64:8 65:8,20
66:12 70:19
71:8,11 72:2
75:18 76:20
85:8 91:19
92:2 100:9
2008
72:3 75:15,18
2009
1:20 38:19
49:22 65:8
65:21 75:15
106:13,22
107:7 108:14
109:4,8

207(a)
109:18
22
54:6
222
2:4
23
54:6,6
23rd
37:14
24
56:16 60:4,7
25
95:8
263-0052
109:2
28
63:22 64:7
109:13
29
63:20 64:7

**3**

3
30
9:7 10:17,22
45:12 47:6
49:16,21
59:21 63:17
63:18 64:8
65:8,20
66:11 70:17
71:7,11,24
72:2 76:20
77:11 85:7
91:19 92:2
100:9
30(e)
109:19
300
109:1
312
2:6,14 109:2
3131
1:6 106:6
32
3:14
322-7064
2:14
33
6:24 39:2
35
95:9,9
37
3:5

**4**

4
3:4
4:30
77:21 78:11
40
44:22 96:11
40s
80:23
400
42:1
45
40:8,9 89:24
95:9
45th
53:4

**5**

5
5:00
77:19,21 78:6
78:10,11
50
13:24 77:11
50s
80:23

51st
  56:1
52
  6:9 37:11
547
  1:19 2:12
55
  95:9
57
  63:14

───── 6 ─────
60601
  2:5
60601-1014
  109:2
60628
  6:7 109:6
60661
  2:13
629-1400
  2:6

───── 7 ─────
7-Eleven
  9:16,17,23
    10:3,8,17,23
    11:13 12:9
    13:21 33:20
    92:8
7:00
  67:11 77:14
71st
  63:10
72
  59:21 64:5,15
75th
  58:18,23 63:15
7500
  63:13
773-503-2777
  85:18

───── 8 ─────
80s
  51:13

───── 9 ─────
9:00
  1:21

**EXHIBITS**

(Court Branch #      (Court Date/Time)      (Arresting Agency #)
or District #)

**MISDEMEANOR COMPLAINT**  (This form replaces CCG-0655 , CCMC-0222 & CCMC-0225)      (Rev. 12/7/00)   CCCR 065

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

                **Plaintiff**      }    **NO.** _____

      v.

_MATTHEW GRANBERG_

                **Defendant.**

_____ Deborah Coleman _____ complainant, now appears befor
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states the following:

That: _MATTHEW GRANBERG_ of _6119 SONOMA WAY- OAKLAND, CA_ has, on or abou
         (defendant)                 (address)

_AUGUST 30, 2007_ at the location of _151 N- MICHIGAN AVE · CHICAGO, IL_
(date)                            (place of offense)

committed the offense(s) of _____ Battery

in that he/she _knowingly / intentionally, without legal justification, caused bodily harm to Deborah Coleman, made physical
of an insulting nature, to wit:_ _HE STRUCK HER ON THE WRIST WITH A 1"X 2"X 3' WOODEN
STICK, AS WITNESSED BY METRA POLICE OFFICER D. KIMBLE #957_

in violation of _720_ Illinois Compiled Statutes _5_ / _12-3 (a) (1)_
      (Chapter)                          (Act)           (Sub Section)

**AOIC Code**

| | | | | | |
|--|--|--|--|--|--|
| | | | | | |

    x _Deborah Coleman_
                 (Complainant's Signature)

      _11029 S. PARNELL - CHICAGO, IL 60628_
                 (Complainant's Address)

        _773 - 503 - 2777_
                 (Complainant's Telephone)

      _DEBORAH COLEMAN_
                 (Complainant's Name Printed or Typed)

**STATE OF ILLINOIS** } ss:
**COOK COUNTY**

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and
that the same is true.

            _Deborah Coleman_ (P)
               (Complainant's Signature)

Subscribed and sworn to before me on this _30_ day of _AUGUST_ , _2007_

            _S. A. Gleason_
               (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there i
probable cause for filing same.  Leave is given to file said complaint.

**SUMMONS ISSUED,**    Judge _____
       or

'ARRANT ISSUED,    Ball set at: _____
       or

**BAIL SET AT:** _____ Judge _____

△ π EXHIBIT _1_
Deponent _Coleman_
Date _9-12-09_ Rptr. _PL_
WWW.DEPOBOOK.COM

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS