CASE NO. ___08cv3131___

ATTACHMENT NO. ___11___

EXHIBIT ___E___

TAB (DESCRIPTION) _____

# EXHIBIT E



400 S. Michigan, chicago il - Google Maps                                          Page 1 of 1

