AEK/SES/1433-121

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW GRANBERG, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> METRA POLICE OFFICER DION KIMBLE, ) <br> STAR #105, SERGEANT ALFRED COLLINS, ) <br> POLICE OFFICER LARRY GEANES, and ) <br> NORTHEAST ILLINOIS REGIONAL ) <br> RAILROAD CORPORATION d/b/a METRA, ) <br> ) <br> Defendants. ) | CASE NO. 08 CV 3131 <br> Judge Milton I. Shadur |

## JOINT MOTION TO DISMISS

Plaintiff, *pro se*; Metra by its attorney, A. Jay Koehler and Susan Sullivan of Swanson, Martin & Bell; Officers D. Kimble, Alfred Collins and Larry Geanes by Ms. Sue-Ann Rosen of the Metra Law Department respectfully file this joint motion to dismiss plaintiff's complaint with prejudice and state as follows:

1. This cause was filed against defendants alleging various claims related to an incident between plaintiff and Metra police officers in August of 2006.

2. Plaintiff now wishes to dismiss this case, with prejudice, as to all parties with the understanding and agreement that all parties will bear their own costs and fees.

3. Upon the entry of this dismissal order, with prejudice, the defendants further agree to waive any claim they have or could have against plaintiff arising out of the incident alleged in plaintiff's complaint.

4. All parties agree and stipulate to the dismissal of this action, with prejudice, for the reasons states herein.

WHERFORE, plaintiff and defendants respectfully request that this court dismiss plaintiff's complaint, with prejudice pursuant to the terms stated herein

_____
**Matthew Granberg, Pro Se**

_____
Sue-Ann Rosen
Metra Law Department
547 W. Jackson Blvd., 15th floor
Chicago, IL 60661
Telephone: (312) 322-6900
Fax: (312) 322-6698
**Attorneys for Defendants,**
**Metra Police Officer D. Kimble Start #105,**
**Sergeant Alfred Collins,**
**Police Officer Larry Geanes**

_____
A. Jay Koehler
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Fax: (312) 321-0990
**Attorneys for Defendant,**
**Northeast Illinois Regional Commuter**
**Railroad Corporation d/b/a Metra**